IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1-10,

    Defendants.

## DEFENDANT EASTHILLS, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant EASTHILLS, INC. ("EASTHILLS"), by and through its undersigned counsel, hereby submits its Certificate of Interested Parties pursuant to Federal Rule of Civil Procedure 7.1, and states as follows:

In all cases except habeas corpus cases, attorneys for private non-governmental parties must identify in the disclosure statement all persons, associations of persons, firms, partnerships, or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case.

The undersigned, attorney of record for Defendant EASTHILLS, certifies that the following parties have a direct, pecuniary interest in the outcome of this case:

**None.**

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED: November 10, 2023	Respectfully submitted,

*/s/ Shawn A. Mangano*
SHAWN A. MANGANO
(Nevada Bar No. 6730)
shawnmangano@bayramoglu-legal.com
NIHAT DENIZ BAYRAMOGLU
(Nevada Bar No. 14030)
deniz@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404