IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

**UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE**

    Pursuant to Rule 7 of the Federal Rules of Civil Procedure, Plaintiff Kammok Holdings LLC ("Kammok") moves the Court to continue the November 20, 2023 scheduling conference. Kammok filed suit on September 14, 2023.  However, Kammok did not effectuate service of the complaint prior to November 10, 2023, on which date counsel for Easthills, Inc. ("Easthills") filed its answer and counterclaim.  Because Defendant had not become fully engaged in the litigation until the ten days prior to the scheduling conference, the parties have not had sufficient time to confer regarding a proposed scheduling order.

    In order to promote judicial efficiency, Kammok moves the Court for a continuance of not less than one month to allow the parties time to confer regarding the scheduling order.

    Undersigned counsel certifies that counsel for Kammok has conferred with counsel for Defendant regarding this Motion, and is authorized to state that the Motion is unopposed.

2

DATED this 16th day of November, 2023.

           BY:    /s/ Douglas N. Marsh
                   Reid J. Allred
                   Douglas N. Marsh
                   CAMBRIDGE LAW, LLC
                   4610 South Ulster Street, Suite 150
                   Denver, Colorado 80237
                   303.488.3338
                   reid@cambridgelawcolorado.com
                   doug@cambridgelawcolorado.com

                   Erik A. Olson (*pro hac application pending*)
                   eolson@mohtrial.com
                   Dominic W. Shaw (*pro hac application pending*)
                   dshaw@mohtrial.com
                   MARSHALL OLSON & HULL, P.C.
                   Newhouse Building
                   Ten Exchange Place, Suite 350
                   Salt Lake City, Utah 84111
                   801.456.7655

                   *Attorneys for Plaintiff*