IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-02405-CNS-MEH | Date: | December 19, 2023 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

| *Parties:* | *Counsel:* |
|---|---|
| KAMMOK HOLDINGS, LLC, | Reid Allred |
| | Eric Olsen |
| Plaintiff & Counter Defendant, | |
| v. | |
| DOES 1-10, | |
| Defendant, | |
| EASTHILLS, INC., | Shawn Mangano |
| Defendant & Counter Claimant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**Court in session:**     **10:13 a.m.**

Court calls case.   Appearances of counsel by telephone.

Discussion held regarding the Parties' [ECF 15] *Proposed Scheduling Order* with the Court's changes made on the record.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Fact Discovery Deadline:**            August 30, 2024
**Expert Discovery Deadline:**           November 22, 2024
**Dispositive Motion Deadline:**         December 13, 2024
**Rule 26(a)(2) Expert Disclosures:**    October 11, 2024
**Rule 26(a)(2) Rebuttal Expert Disclosures:**  November 22, 2024

**Final Pretrial Conference:**           Within 24 hours after the scheduling conference, the Parties shall jointly contact chambers by email (Sweeney_chambers@cod.uscourts.gov) to get a final pretrial conference date.

**Court in recess:** 10:18 a.m. (Conference concluded)
**Total time in Court: 00:05**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.