# EXHIBIT E

Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Elizabeth Cummings <elizabeth@bayramoglu-legal.com>
Mon 12/11/2023 12:44 PM

To: reid@cambridgelawcolorado.com <reid@cambridgelawcolorado.com>; doug@cambridgelawcolorado.com <doug@cambridgelawcolorado.com>; eolson@mohtrial.com <eolson@mohtrial.com>; dshaw@mohtrial.com <dshaw@mohtrial.com>; travis@loyaliplaw.com <travis@loyaliplaw.com>
Cc: Litigation <litigation@bayramoglu-legal.com>

📎 6 attachments (2 MB)
Exhibit D.pdf; Exhibit A.pdf; Exhibit B.pdf; Exhibit C.pdf; 20231211 Motion for Sanctions.pdf; 20231211 Declaration of D. Bayramoglu ISO Motion for Sanctions.pdf;

Dear Counsel:

With regards to the above-referenced matter and in accordance with Fed. R. Civ. P. 5, attached for service please find Defendant Easthills, Inc.'s Motion for Sanctions pursuant to Fed. R. Civ. P. 11(b)(1)-(3) with supporting documents.  Defendant Easthills, Inc. intends to file this motion with the Court within 21 days after service of the motion, as provided in Rule 11(c)(2).  A copy of this motion and supporting documents was also sent to your offices via First Class Mail.


Thank you,
Elizabeth




Relayed: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Microsoft Outlook
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@NETORG6201904.onmicrosoft.com>

Mon 12/11/2023 12:44 PM

To:travis@loyaliplaw.com <travis@loyaliplaw.com>

📎 1 attachments (23 KB)

Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11;

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

travis@loyaliplaw.com (travis@loyaliplaw.com)

Subject: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Delivered: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

postmaster@cambridgelaw.com <postmaster@cambridgelaw.com>

Mon 12/11/2023 12:44 PM

To: reid@cambridgelawcolorado.com <reid@cambridgelawcolorado.com>

📎 1 attachments (35 KB)

Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11;

### Your message has been delivered to the following recipients:

reid@cambridgelawcolorado.com (reid@cambridgelawcolorado.com)

Subject: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

**Delivered: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11**

postmaster@mohtrial.com <postmaster@mohtrial.com>

Mon 12/11/2023 12:44 PM

To: dshaw@mohtrial.com <dshaw@mohtrial.com>

📎 1 attachments (35 KB)

Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11;

**Your message has been delivered to the following recipients:**

dshaw@mohtrial.com (dshaw@mohtrial.com)

Subject: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

**Delivered: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11**

postmaster@mohtrial.com <postmaster@mohtrial.com>

Mon 12/11/2023 12:44 PM

To:eolson@mohtrial.com <eolson@mohtrial.com>

📎 1 attachments (35 KB)

Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11;

**Your message has been delivered to the following recipients:**

eolson@mohtrial.com (eolson@mohtrial.com)

Subject: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

**Delivered: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11**

postmaster@cambridgelaw.com <postmaster@cambridgelaw.com>

Mon 12/11/2023 12:44 PM

To: doug@cambridgelawcolorado.com <doug@cambridgelawcolorado.com>

📎 1 attachments (35 KB)

Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11;

**Your message has been delivered to the following recipients:**

doug@cambridgelawcolorado.com (doug@cambridgelawcolorado.com)

Subject: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Read: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Reid J. Allred <Reid@cambridgelaw.com>
Mon 12/11/2023 12:51 PM
To:Elizabeth Cummings <elizabeth@bayramoglu-legal.com>

Your message

  To: Reid J. Allred
  Subject: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11
  Sent: Monday, December 11, 2023 10:43:46 AM (UTC-07:00) Mountain Time (US & Canada)

 was read on Monday, December 11, 2023 10:51:09 AM (UTC-07:00) Mountain Time (US & Canada).

**Read: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11**

Erik Olson <eolson@mohtrial.com>

Mon 12/11/2023 3:34 PM

To: Elizabeth Cummings <elizabeth@bayramoglu-legal.com>

Your message

  To: Erik Olson
  Subject: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11
  Sent: Monday, December 11, 2023 10:43:46 AM (UTC-07:00) Mountain Time (US & Canada)

was read on Monday, December 11, 2023 1:34:32 PM (UTC-07:00) Mountain Time (US & Canada).