# EXHIBIT F

**9405 8301 0935 5047 5001 41**

| | | |
|---|---|---|
| Print Date: 2023-12-11 | PRIORITY MAIL® | $8.05 |
| Ship Date: 2023-12-11 | Extra Services: | $0.00 |
| | Fees: | $0.00 |
| | Total: | $8.05 |

From: BAYRAMOGLU LAW OFFICES LLC
NIHAT D BAYRAMOGLU
1540 W WARM SPRINGS RD STE 100
HENDERSON NV 89014-4336

To: CAMBRIDGE LAW LLC
REID J ALLRED
STE 150
4610 S ULSTER ST
DENVER CO 80237-4326

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**9405 8301 0935 5047 5074 23**

| | | |
|---|---|---|
| Print Date: 2023-12-11 | PRIORITY MAIL® | $8.05 |
| Ship Date: 2023-12-11 | Extra Services: | $0.00 |
| | Fees: | $0.00 |
| | Total: | $8.05 |

From: BAYRAMOGLU LAW OFFICES LLC
NIHAT D BAYRAMOGLU
1540 W WARM SPRINGS RD STE 100
HENDERSON NV 89014-4336

To: LOYAL INTELLECTUAL PROPERTY LAW
TRAVIS BANTA
PO BOX 17395
2350 E ARBOR LN
HOLLADAY UT 84117-3600

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

---

ing with the United States Postal Service!
USPS Tracking® page at usps.com

ipping with the United States Postal Service!
the USPS Tracking® page at usps.com



Cut on dotted line.

### Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9405 8301 0935 5047 5518 08**

| | | |
|---|---|---|
| Print Date: 2023-12-11 | PRIORITY MAIL® | $8.05 |
| Ship Date: 2023-12-11 | Extra Services: | $0.00 |
| | Fees: | $0.00 |
| | Total: | $8.05 |

From: BAYRAMOGLU LAW OFFICES LLC
NIHAT D BAYRAMOGLU
1540 W WARM SPRINGS RD STE 100
HENDERSON NV 89014-4336

To: MARSHALL OLSON & HULL, P.C.
ERIK A OLSON
STE 350
10 E EXCHANGE PL
SALT LAKE CITY UT 84111-2871

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**  Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com