# EXHIBIT G

Re: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Shawn Mangano <Shawnmangano@bayramoglu-legal.com>
Tue 1/2/2024 2:02 PM
To: Dominic Shaw <dshaw@mohtrial.com>; reid@cambridgelawcolorado.com <reid@cambridgelawcolorado.com>; doug@cambridgelawcolorado.com <doug@cambridgelawcolorado.com>; Erik Olson <eolson@mohtrial.com>; travis@loyaliplaw.com <travis@loyaliplaw.com>; Deniz Bayramoglu <deniz@bayramoglu-legal.com>
Cc: Litigation <litigation@bayramoglu-legal.com>; Elizabeth Cummings <elizabeth@bayramoglu-legal.com>

Counsel:

We have considered Kammok Holdings, LLC's ("Kammok") proposed to agree to a stipulated, amended complaint under FRCP 15(a)(2). For several reasons, Easthills, Inc. ('Easthills") is unwilling to agree to such a request.

First, the copyright infringement claim was filed for a clearly improper purpose under the DMCA, which Easthills believes needs to be redressed beyond simply amending the Complaint without any associated repercussions. As alleged in Easthills' counterclaim, significant financial harm was inflicted its Kickstarter crowdfunding campaign as a result. Second, Kammok not only filed its unviable copyright infringement complaint in this action, but it has maintained this claim for relief for months despite being advised it is untenable and despite having been served with a the FRCP 11 Motion (the "Rule 11 Motion"). As you are aware, the Rule 11 Motion provided Kammok with 21 days to take corrective action following receipt. Kammok, however, essentially took 20 days to even propose any corrective action whatsoever in response. Finally, Easthills has incurred significant attorneys' fees in attempting to secure the voluntary, or after service of the Rule 11 Motion, the compelled withdrawal of Kammok's baseless copyright infringement claim for relief. Recovery of Easthiils' attorneys' fees are not addressed in your proposed stipulated amended Complaint. Accordingly, Easthills will be proceeding with filing the Rule 11 Motion.

Regards,

S




---

**From:** Dominic Shaw <dshaw@mohtrial.com>
**Sent:** Thursday, December 28, 2023 3:51 PM
**To:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>; reid@cambridgelawcolorado.com <reid@cambridgelawcolorado.com>; doug@cambridgelawcolorado.com <doug@cambridgelawcolorado.com>; Erik Olson <eolson@mohtrial.com>; travis@loyaliplaw.com <travis@loyaliplaw.com>; Deniz Bayramoglu <deniz@bayramoglu-legal.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>; Elizabeth Cummings <elizabeth@bayramoglu-legal.com>

**Subject:** RE: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Counsel,

Based on the below correspondence, we would like to file the attached proposed amended complaint.  This amended complaint removes all allegations related to plaintiff's copyright claim.  The remainder of the amended complaint is identical to what was originally filed.

I believe this amended complaint should moot your request that plaintiff be "require[d] to dismiss its copyright infringement claim."  Under FRCP 15(a)(2), we need your written consent before we may file an amended complaint.  Please let us know if we have such consent.

Best,

## Dominic Shaw

Attorney at Law



Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111r
Telephone:  (801) 456-7655
Facsimile:  (801) 456-7656
dshaw@mohtrial.com
www.mohtrial.com


This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information.  Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact dshaw@mohtrial.com by reply email and destroy all copies of the original message.

---

**From:** Elizabeth Cummings <elizabeth@bayramoglu-legal.com>
**Sent:** Monday, December 11, 2023 10:44 AM
**To:** reid@cambridgelawcolorado.com; doug@cambridgelawcolorado.com; Erik Olson <eolson@mohtrial.com>; Dominic Shaw <dshaw@mohtrial.com>; travis@loyaliplaw.com
**Cc:** Litigation <litigation@bayramoglu-legal.com>
**Subject:** Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Dear Counsel:

With regards to the above-referenced matter and in accordance with Fed. R. Civ. P. 5, attached for service please find Defendant Easthills, Inc.'s Motion for Sanctions pursuant to Fed. R. Civ. P. 11(b)(1)-(3) with supporting documents.  Defendant Easthills, Inc. intends to file this motion with the Court within 21 days after service of the motion, as provided in Rule 11(c)(2).  A copy of this motion and supporting documents was also sent to your offices via First Class Mail.

Thank you,
Elizabeth




**ELIZABETH CUMMINGS, CP**

Certified Paralegal

Qualified by the National Association of Legal Assistants to provide CP® (certified paralegal) services

1540 West Warm Springs Road, Suite 100,
Henderson, NV 89014
(702) 462-5973
www.bayramoglu-legal.com

CP® is a registered certification mark of the National Association of Legal Assistants. Its use is permitted only by those who have met and maintained rigorous, national-certification standards.

EVERY PERSON WHO
WALKS THROUGH
OUR DOOR IS
IMPORTANT TO US