IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC.,

    Defendants.

**Joint Motion for Entry of the Proposed Stipulated Protective Order Concerning Discovery Information**

1. The parties have negotiated a Proposed Stipulated Protective Order Concerning Discovery Information ("Stipulated Protective Order").

2. The parties request the Court enter the contemporaneously filed *[Proposed] Stipulated Protective Order Concerning Discovery Information*.

FOR THESE REASONS, the parties request the Court formally enter the *[Proposed] Stipulated Protective Order Concerning Discovery Information*, and grant all such further relief as is just, proper or appropriate.

DATED: January 16, 2024

| **Bayramoglu Law Offices LLC** | **Marshall Olson & Hull, P.C.** |
|---|---|
| By: */s/ Shawn A. Mangano* <br> Shawn A. Mangano <br> Nihat Deniz Bayramoglu <br> 1540 West Warm Springs Road Ste. 100 <br> Henderson, NV 89014 <br> Tel: (702) 462-5973 <br> Fax: (702)553-3404 <br> shawnmangano@bayramoglu-legal.com <br> deniz@bayramoglu-legal.com <br> *Attorneys for Defendant* | By: */s/Dominic W. Shaw* <br> Dominic W. Shaw <br> Erik A. Olson <br> Newhouse Building <br> Ten Exchange Place, Suite 350 <br> Salt Lake City, Utah 84111 <br> dshaw@mohtrial.com <br> eolson@mohtrial.com <br> *Attorneys for Plaintiff* |

**Cambridge Law, LLC**
Reid J. Allred
Douglas N. Marsh
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
reid@cambridgelawcolorado.com
doug@cambridgelawcolorado.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Dominic W. Shaw (dshaw@mohtrial.com)
Erik A. Olson (eolson@mohtrial.com)
Reid J. Allred (reid@cambridgelawcolorado.com)
Douglas N. Marsh (doug@cambridgelawcolorado.com)


<u>*/s/Heather Ikerd*</u>
Heather Ikerd, employee of Bayramoglu Law Offices LLC