IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1-10,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

Under D.C.COLO.L.AttyR 5(a), Nihat Deniz Bayramoglu enters his appearance as counsel of record for Defendant Easthills, Inc. I certify that I am a member in good standing of the bar of this Court. My Contact information is:

Nihat Deniz Bayramoglu
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
E-mail: deniz@bayramoglu-legal.com

DATED: January 18, 2024        Respectfully submitted,

                                             */s/ Nihat Deniz Bayramoglu*
                                             Nihat Deniz Bayramoglu (NV Bar No. 14030)
                                             deniz@bayramoglu-legal.com
                                             **BAYRAMOGLU LAW OFFICES LLC**
                                             1540 West Warm Springs Road Suite 100
                                             Henderson Nevada 89014
                                             Telephone:  702.462.5973
                                             Facsimile:   702.553.3404

## CERTIFICATE OF SERVICE

    I, hereby certify that on January 18, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

By: */s/ Nihat Deniz Bayramoglu*
Nihat Deniz Bayramoglu
Bayramoglu Law Offices LLC