# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1-10,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Under D.C.COLO.L.AttyR 5(a), Emily M. Heim enters her appearance as counsel of record for Defendant Easthills, Inc. I certify that I am a member in good standing of the bar of this Court. My Contact information is:

Emily M. Heim
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
E-mail: emily@bayramoglu-legal.com

DATED: January 18, 2024

Respectfully submitted,

*/s/ Emily M. Heim*
EMILY M. HEIM (FL Bar No. 1015867)
emily@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404

## CERTIFICATE OF SERVICE

I, hereby certify that on January 18, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

By: */s/ Emily M. Heim*
Emily M. Heim
Bayramoglu Law Offices LLC