**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

**NOTICE OF APPEARANCE OF DOMINIC W. SHAW**

Pursuant to Rule 9 of the Federal Rules of Civil Procedure, Notice is hereby given that Dominic W. Shaw of the law firm Marshall Olson & Hull hereby enters his appearance as counsel for plaintiff Kammok Holdings, LLC.  All notices and filings should be directed to him using the contact information included in the signature block below, together with co-counsel Reid J. Allred and Douglas N. Marsh of the law firm Cambridge Law, LLC, who have previously appeared and remain as counsel of record for plaintiff.

DATED this 18th day of January, 2024.

              BY: /s/ Dominic W. Shaw

              Reid J. Allred
              Douglas N. Marsh
              CAMBRIDGE LAW, LLC
              4610 South Ulster Street, Suite 150
              Denver, Colorado 80237
              303.488.3338
              reid@cambridgelawcolorado.com
              doug@cambridgelawcolorado.com

              Erik A. Olson
              eolson@mohtrial.com
              Dominic W. Shaw
              dshaw@mohtrial.com
              MARSHALL OLSON & HULL, P.C.
              Newhouse Building
              Ten Exchange Place, Suite 350
              Salt Lake City, Utah 84111
              801.456.7655

              *Attorneys for Plaintiff*