**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

**NOTICE OF APPEARANCE OF ERIK A. OLSON**

Pursuant to Rule 9 of the Federal Rules of Civil Procedure, notice is hereby given that Erik A. Olson of the law firm Marshall Olson & Hull hereby enters his appearance as counsel for plaintiff Kammok Holdings, LLC.  All notices and filings should be directed to him using the contact information included in the signature block below, together with co-counsel Reid J. Allred and Douglas N. Marsh of the law firm Cambridge Law, LLC, who have previously appeared and remain as counsel of record for plaintiff.

DATED this 18th day of January, 2024.

           BY: /s/ Erik A. Olson

           Reid J. Allred
           Douglas N. Marsh
           CAMBRIDGE LAW, LLC
           4610 South Ulster Street, Suite 150
           Denver, Colorado 80237
           303.488.3338
           reid@cambridgelawcolorado.com
           doug@cambridgelawcolorado.com

           Erik A. Olson
           eolson@mohtrial.com
           Dominic W. Shaw
           dshaw@mohtrial.com
           MARSHALL OLSON & HULL, P.C.
           Newhouse Building
           Ten Exchange Place, Suite 350
           Salt Lake City, Utah 84111
           801.456.7655

           *Attorneys for Plaintiff*