| | |
|---|---|
| **From:** | Dominic Shaw |
| **To:** | Shawn Mangano; reid@cambridgelawcolorado.com; doug@cambridgelawcolorado.com; Erik Olson; travis@loyaliplaw.com; Deniz Bayramoglu |
| **Cc:** | Litigation; Elizabeth Cummings |
| **Subject:** | RE: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant"s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 |
| **Date:** | Tuesday, January 2, 2024 11:38:00 AM |
| **Attachments:** | image001.png<br>image002.png |

Counsel,

I wanted to follow up on the below. Given our offer to file the attached, I trust that you will not file your Rule 11 motion. Please let me know if this is accurate. And when you have had time to review the attached amended complaint, please let us know whether you consent to our filing.

Best,

## Dominic Shaw

Attorney at Law

**marshallolson&hull** TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone:  (801) 456-7655
Facsimile:  (801) 456-7656
dshaw@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information.  Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact dshaw@mohtrial.com by reply email and destroy all copies of the original message.

**From:** Dominic Shaw
**Sent:** Thursday, December 28, 2023 4:51 PM
**To:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>; reid@cambridgelawcolorado.com; doug@cambridgelawcolorado.com; Erik Olson <eolson@mohtrial.com>; travis@loyaliplaw.com; Deniz Bayramoglu <deniz@bayramoglu-legal.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>; Elizabeth Cummings <elizabeth@bayramoglu-legal.com>
**Subject:** RE: Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Counsel,

Based on the below correspondence, we would like to file the attached proposed amended complaint.  This amended complaint removes all allegations related to plaintiff's copyright claim.

The remainder of the amended complaint is identical to what was originally filed.

I believe this amended complaint should moot your request that plaintiff be "require[d] to dismiss its copyright infringement claim." Under FRCP 15(a)(2), we need your written consent before we may file an amended complaint. Please let us know if we have such consent.

Best,

**Dominic Shaw**

Attorney at Law

marshall olson & hull
TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111r
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
dshaw@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact dshaw@mohtrial.com by reply email and destroy all copies of the original message.

**From:** Elizabeth Cummings <elizabeth@bayramoglu-legal.com>
**Sent:** Monday, December 11, 2023 10:44 AM
**To:** reid@cambridgelawcolorado.com; doug@cambridgelawcolorado.com; Erik Olson <eolson@mohtrial.com>; Dominic Shaw <dshaw@mohtrial.com>; travis@loyaliplaw.com
**Cc:** Litigation <litigation@bayramoglu-legal.com>
**Subject:** Case No. 1:23-cv-02405-CNS-MEH KAMMOK HOLDINGS, LLC v. EASTHILLS, INC., and DOES 1-10 Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11

Dear Counsel:

With regards to the above-referenced matter and in accordance with Fed. R. Civ. P. 5, attached for service please find Defendant Easthills, Inc.'s Motion for Sanctions pursuant to Fed. R. Civ. P. 11(b)(1)-(3) with supporting documents. Defendant Easthills, Inc. intends to file this motion with the Court within 21 days after service of the motion, as provided in Rule 11(c)(2). A copy of this motion and supporting documents was also sent to your offices via First Class Mail.

Thank you,
Elizabeth




**Certified Paralegal**

Qualified by the National Association of Legal Assistants to provide CP® (certified paralegal) services

1540 West Warm Springs Road, Suite 100,
Henderson, NV 89014
(702) 462-5973
www.bayramoglu-legal.com

CP® is a registered certification mark of the National Association of Legal Assistants. Its use is permitted only by those who have met and maintained rigorous, national certification standards.

EVERY PERSON WHO
WALKS THROUGH
OUR DOOR IS
IMPORTANT TO US