# EXHIBIT I

Case No. 1:23-cv-02405-SKC-TPO   Document 37-3   filed 02/06/24   USDC Colorado   pg 1 of 2

# KICKSTARTER, PBC
228 Park Ave S
PMB 59430
New York, New York 10003-1502

September 28, 2023

*Via Email*

Travis Banta, Esq.
Loyal IP Law
Phone: 801-706-5636
Address: 2350 E. Arbor Lane, P.O. Box 17395, Holladay, Utah, 84117

    *Re: Anymaka:The Portable Hammock Stand that Sets Up in 3 Seconds*

Dear Mr. Banta,

    We have received and reviewed a reinstatement request (also attached to this email) from the law firm representing Easthills, Inc., the creator of the above-referenced project. Upon further review of the submissions and information provided by them and your client, Kammok Holdings, Kickstarter will unhide the Anymaka project on Monday, October 2, 2023, at noon PST unless prior to that time you submit a copyright registration for the copyright(s) in question. As you may be aware, a copyright infringement lawsuit may not be filed without first obtaining a copyright registration from the copyright office. A pending registration is not sufficient.[1] If you do not provide copyright registration certificate(s) by that time, we will proceed as stated.

    Regarding the patent and trade dress claims, your communication does not provide a basis for hiding the project. Please refer to our prior response to your claims in this regard.

Sincerely,

*[signature]*
keybase.io/peterspdx    FC74 A941 A2FF 1BB4

Kickstarter, PBC
Chief Legal Officer

---

[1] *See* https://supreme.justia.com/cases/federal/us/586/17-571/.

1