IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:    23-cv-02405-SKC-MEH | Date:   February 8, 2024 |
| Courtroom Deputy:    Christopher Thompson | FTR:   Courtroom A 501 |

*Parties:*

KAMMOK HOLDINGS, LLC,

    Plaintiff & Counter Defendant,

v.

EASTHILLS, INC.,

    Defendant & Counter Claimant,

DOES 1-10,

    Defendant.

*Counsel:*

Douglas Marsh (by video)
Dominic Shaw (by video)

Shawn Mangano

---

**COURTROOM MINUTES**
**ORAL ARGUMENT**

---

**Court in session:    2:40 p.m.**

Court calls case.  Appearances of counsel.

This matter is before the Court regarding the [ECF 19] *Motion for Sanctions Pursuant to Fed. R. Civ. P. 11* filed by Defendant on January 2, 2024.  The Court hears the Parties' arguments and makes its ruling on the record.

For the reasons set forth on the record, the Court will take the *Motion* under advisement and not enter a ruling at this time.

**Court in recess:    3:13 p.m.**    Oral argument concluded.
Total in-court time:    00:33

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** Ab Litigation Services at (303) 629-8534.