IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-CV-02405-SCK-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10,

    Defendants

## JOINT STIPULATION

Plaintiff Kammok Holdings, LLC, and Defendant Easthills, Inc. hereby stipulate as follows:

(1) that Plaintiff failed to apply for preregistration with the United States Copyright Office (the "USCO") before filing suit;

(2) that Plaintiff failed to secure registration of the copyrighted work before filing suit;

(3) that having filed its copyright application two days before commencing suit, accompanied by the statement in the Complaint that "a copyright registration is expected to be issued[]" [Dkt. No. 1 ¶ 40], Plaintiff had not availed itself of, and did not avail itself of, the procedures available for maintaining a copyright infringement suit upon issuance of denial of its application by the USCO; and

(4) that, at the time Plaintiff filed its copyright infringement action, it had not complied with the requirements of 17 U.S.C. § 411(a) or with the United States Supreme Court precedent

cited by defendant Easthills, Inc. in its motion [Dkt. No. 19], and did not satisfy those requirements thereafter.

In connection with these stipulations, Defendant Easthills, Inc. hereby withdraws its Rule 11 Motion [Dkt. No. 19].

The parties further stipulate pursuant to D.C.Colo.LCivR 6.1 that Defendant shall have until February 29, 2024 to answer or otherwise respond to Plaintiff's Amended Complaint [Dkt. No. 39].

DATED this 20th day of February, 2024.

By: /s/ Douglas N. Marsh
Reid J. Allred
Douglas N. Marsh
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338
reid@cambridgelaw.com
doug@cambridgelaw.com

Erik A. Olson
eolson@mohtrial.com
Dominic W. Shaw
dshaw@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: 801.456.7655

*Attorneys for Plaintiff*

/s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
(Nevada Bar No. 6730)
shawnmangano@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone: 702.462.5973
Facsimile: 702.553.3404

*Attorney for Defendant*