# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SCK-MEH

KAMMOK HOLDINGS, LLC
    Plaintiff,
v.

EASTHILLS, INC.; and DOES 1-10,
    Defendants,
v.

KAMMOK HOLDINGS, LLC; LOYAL IP LAW, P.C.;
MARSHALL OLSON & HULL, P.C.; and CAMBRIDGE
LAW, LLC,
    Counterclaim Defendants.

## SUMMONS IN A CIVIL ACTION

To:   Cambridge Law
      c/o Reid J Allred, Registered Agent
      Registered Agent Address: 4610 S. Ulster Street, Ste. 150, Denver, CO 80237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SHAWN A. MANGANO, ESQ.
shawnmangano@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
T: (702) 462-5973  F: (702) 553-3404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
Signature of Clerk or Deputy Clerk