# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SCK-MEH

KAMMOK HOLDINGS, LLC
    Plaintiff,

v.

EASTHILLS, INC.; and DOES 1-10,
    Defendants,

v.

KAMMOK HOLDINGS, LLC; LOYAL IP LAW, P.C.;
MARSHALL OLSON & HULL, P.C.; and CAMBRIDGE
LAW, LLC,
    Counterclaim Defendants.

## SUMMONS IN A CIVIL ACTION

To:   Loyal IP Law
      c/o David W. Cook, Registered Agent
      Registered Agent Address: 545 Bringhurst Dr Providence, UT 84332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*SHAWN A. MANGANO, ESQ.*
*shawnmangano@bayramoglu-legal.com*
*BAYRAMOGLU LAW OFFICES LLC*
*1540 West Warm Springs Road Suite 100*
*Henderson Nevada 89014*
*T: (702) 462-5973  F: (702) 553-3404*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
Signature of Clerk or Deputy Clerk