# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SCK-MEH

KAMMOK HOLDINGS, LLC
   Plaintiff,

v.

EASTHILLS, INC.; and DOES 1-10,
   Defendants,

v.

KAMMOK HOLDINGS, LLC; LOYAL IP LAW, P.C.;
MARSHALL OLSON & HULL, P.C.; and CAMBRIDGE
LAW, LLC,
   Counterclaim Defendants.

## SUMMONS IN A CIVIL ACTION

To: Marshall Olson & Hull, P.C.
   c/o Erik A. Olson, Registered Agent
   Registered Agent Address: 10 Exchange Place, Ste. 350, Salt Lake City, UT 84111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   SHAWN A. MANGANO, ESQ.
   shawnmangano@bayramoglu-legal.com
   BAYRAMOGLU LAW OFFICES LLC
   1540 West Warm Springs Road Suite 100
   Henderson Nevada 89014
   T: (702) 462-5973  F: (702) 553-3404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/08/2024     s/ J. Torres
            Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SCK-MEH

KAMMOK HOLDINGS, LLC
    Plaintiff,
v.

EASTHILLS, INC.; and DOES 1-10,
    Defendants,
v.

KAMMOK HOLDINGS, LLC; LOYAL IP LAW, P.C.;
MARSHALL OLSON & HULL, P.C.; and CAMBRIDGE
LAW, LLC,
    Counterclaim Defendants.

**SUMMONS IN A CIVIL ACTION**

To:    Loyal IP Law
    c/o David W. Cook, Registered Agent
    Registered Agent Address: 545 Bringhurst Dr Providence, UT 84332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SHAWN A. MANGANO, ESQ.
shawnmangano@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
T: (702) 462-5973  F: (702) 553-3404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/08/2024

s/ J. Torres
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SCK-MEH

KAMMOK HOLDINGS, LLC
    Plaintiff,

v.

EASTHILLS, INC.; and DOES 1-10,
    Defendants,

v.

KAMMOK HOLDINGS, LLC; LOYAL IP LAW, P.C.;
MARSHALL OLSON & HULL, P.C.; and CAMBRIDGE
LAW, LLC,
    Counterclaim Defendants.

## SUMMONS IN A CIVIL ACTION

To:    Cambridge Law
c/o Reid J Allred, Registered Agent
Registered Agent Address: 4610 S. Ulster Street, Ste. 150, Denver, CO 80237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SHAWN A. MANGANO, ESQ.
shawnmangano@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
T: (702) 462-5973  F: (702) 553-3404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/08/2024

s/ J. Torres
Signature of Clerk or Deputy Clerk