AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-02405-SKC-MEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Marshall Olson & Hull, P.C.**
was recieved by me on **3/12/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **c/o Eric A. Olson, Registered Agent**, who is designated by law to accept service of process on behalf of **Marshall Olson & Hull, P.C.** at **10 E Exchange Pl Ste 350, Salt Lake City, UT 84111** on **03/13/2024 at 4:04 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  03/14/2024

*Server's signature*

**Dakotah Bishop**
*Printed name and title*

**883 N 200 W
American Fork, UT 84003**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to wyatt Kimball who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 18-25 years of age, 6'2"-6'6" tall and weighing 120-140 lbs.   receptionist for attorney specified.**





Tracking #: **0127194186**