**Statement of Undisputed Material Facts**

<u>Movant's Statement</u>

| **Moving Party's Undisputed Material Facts and Supporting Evidence** | **Opposing Party's Response/Additional Facts and Supporting Evidence** | **Moving Party's Reply and Supporting Evidence** |
|---|---|---|
| 1. Kammok manufactures, sells, and distributes a portable and adjustable hammock stand called the Swiftlet.<br>Mangano Decl. ¶ 3, Ex. A. | | |
| 2. Kammok is the alleged assignee of the '893 Patent, which Kammok purports covers the utilitarian aspects of the Swiftlet.<br>Mangano Decl. ¶ 8, Ex. E. | | |
| 3. Claim 1, the only independent claim of '893 Patent (Claim 1), claims an adjustable-footprint suspension seat comprising:<br>  a. three or more feet;<br><br>  b. a first cantilever arm comprising a first cradle disposed on a distal end of the first cantilever arm and a side | | |

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response/Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| clip including a first anchor for a suspension seat oriented on a backside of the first cantilever arm, wherein the first cantilever arm extends through the side clip and the side clip slides proximally and distally along the first cantilever arm;<br>c. a second cantilever arm comprising a second cradle disposed on a distal end of the second cantilever arm and a second anchor for the suspension seat oriented on a backside of the second cantilever arm; and<br>d. a first footprint adjustment bar connecting the first cantilever arm to the second | | |

2

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response/Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| cantilever arm. Mangano Decl. Ex. E at col. 12:29-44. | | |
| 4. Kammok alleges the texture on the anchor points of the Swiftlet are sculptural features that can be identified separately from the utilitarian purpose of the product design. Dkt. No. 38 ¶ 11 | | |
| 5. Kammok also alleges the hammock holders of the Swiftlet have a clamshell design that is sculptural in nature and separate from the utilitarian purpose of the product design. Dkt. No. 38 ¶ 12 | | |
| 6. Kammock alleges that it is entitled to legal protection of its Swiftlet Trade Dress, which includes its textured anchor points and a clamshell hammock holder. Dkt. No. 38 ¶¶ 49-52. | | |
| 7. Kammok does not possess a federally | | |

| Moving Party's Undisputed Material Facts and Supporting Evidence | Opposing Party's Response/Additional Facts and Supporting Evidence | Moving Party's Reply and Supporting Evidence |
|---|---|---|
| registered trade dress for the Swiftlet Trade Dress.<br>Mangano Decl. ¶ 6, Ex. B at 12. | | |
| 8. Moreover, the USCO has refused to grant Kammok a copyright for the same elements Kammok is alleging is its trade dress because they are functional.<br>Mangano Decl. ¶ 7, Ex. C. | | |

4