## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

      Plaintiff,

v.

EASTHILLS, INC.; and DOES 1-10,

      Defendants.

---

## DECLARATION OF SHAWN MANGANO IN SUPPORT OF DEFENDANT EASTHILLS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

I, Shawn Mangano, of the City of Henderson, in the State of Nevada, declare as follows:

1.      I am an attorney at law, duly admitted to practice before, among other courts, all federal and state courts within the State of Nevada, State of California, and the United States District Court for the District of Colorado.

2.      I am lead counsel for Defendant EASTHILLS, INC. ("Easthills") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

3.      This declaration is submitted in support of Defendant Easthills' Motion for Partial Summary Judgment (the "Motion"), which supports dismissing Plaintiff Kammok Holdings, LLC's ("Kammok") claim for trade dress infringement as alleged in its First Amended Complaint [Dkt. No. 38 at 7-8.]

4.      Kammok's claim purports to enforce certain common law trade dress rights in its Swiftlet's product configuration of a hammock stand consisting of "textured anchor points and a clamshell hammock holder." [*Id*. ¶ 46, and collectively referred to herein as the "Swiftlet Trade Dress".]

5.      Kammok manufactures, sells, and distributes a portable and adjustable hammock stand called the Swiftlet. Attached hereto as Exhibit A is a true and correct copy of Kammok's website: https://kammok.com/products/swiftlet-portable-hammock-stand.

6.      Kammok does not possess a federally registered trade dress for the Swiftlet Trade Dress.  Attached hereto as Exhibit B is a true and correct copy of Kammok's Responses to Easthills' First Set of Request for Production and Requests for Admissions.

7.      Kammok does not and cannot have a protectable trade dress interest because the Swiftlet Trade Dress serves a functional or useful purpose. In fact, the United States Copyright Office ("USCO") has flat out refused to grant Kammok a copyright for the same elements Kammok is alleging as its trade dress because they are functional.  Attached hereto as Exhibit C are true and correct copies of rejections from the USCO for Kammok's three copyright applications related to the Swiftlet.

8.      It is unquestionable that the textured anchor points allow the hammock to be attached to the structure and the clamshell holder holds the hammock in place and provides support. Attached hereto as Exhibit D is a true and correct copy of a photo found on Kammok's website of the Swiftlet that shows how the anchor points and clamshell holder keeps the hammock in place as seen here: (https://kammok.com/products/swiftlet-portable-hammock-

2

stand?tw_source=google&tw_adid=&tw_campaign=18311386684&gad_source=1&gc
lid=EAIaIQobChMI68PbxI_thAMVsJ5aBR0IsAy2EAAYAiAAEgKs0fD_BwE)

9.      The functional or useful purpose of the alleged trade dress rights in the textured anchor points and clamshell hammock holder is further exemplified by Kammok's own U.S. Patent No. 11,330,893 (the "'893 Patent"), of which the Swiftlet is a commercial embodiment. The '893 Patent repeatedly emphasizes the usefulness and functionality of the anchor points and clamshell hammock holder. Attached hereto as Exhibit E is a true and correct copy of the '893 Patent.

10.     Kammok can also not prove that its trade dress is distinctive or has acquired any secondary meaning. In fact, a significant number of other portable hammock designs in the market also consist of a textured anchor point and a clamshell hammock holder. Attached hereto as Exhibit F are true and correct copies of website pages from https://www.yellowleafhammocks.com/products/adjustable-hammock-stand-white, https://eaglesnestoutfittersinc.com/products/parkway-adjustable-hammock-stand, https://bestchoiceproducts.com/products/space-saving-steel-youth-hammock-stand-9-outdoor-patio-portable-w-carrying-case, and https://www.walmart.com/ip/FDW-Hammock-Stands-Portable-Hammock-Stand-Heavy-Duty-Steel-Stand-for-Outdoor-Patio-or-Indoor-with-Portable-Carrying-Blue/335104173, that depict other commercially available portable hammocks that embody essentially identical, functional features as what is being claimed by Kammok in its alleged Swiftlet Trade Dress.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 1, 2024                    By: /s/ Shawn Mangano
                                        Shawn Mangano

3

MOVANT'S_APPENDIX 000003

# EXHIBIT A

MOVANT'S_APPENDIX 000004

3/11/24, 7:34 PM                          Portable Hammock Stand - Swiftlet | Kammok

Free U.S. shipping on orders $99+ [Exclusions apply]





# SWIFTLET

Portable Hammock Stand

★★★★★ 426 Reviews    false

## $299.95

4 interest-free installments, or from $27.07/mo with **Shop** Pay    Check your purchasing power

> Hang anywhere with the lightweight, portable hammock stand made to get you outdoors. Long and short bar included for lounge mode and chair mode.

The perfect hang is no longer limited to trees. From beach campouts to tailgate days, the Swiftlet offers comfort and freedom to hang anywhere in a lightweight, portable system. *Hammock not included.*

— 1 +        ADD TO CART



LIGHTWEIGHT          PORTABLE

ADJUSTABLE           EASY SETUP

https://kammok.com/products/swiftlet-portable-hammock-stand

**Designed to adapt to your environment, the Swiftlet provides hammock loungers freedom to hang in treeless terrain.**

Complete your
## SWIFTLET



| | $299.95 | false |
|---|---|---|
| | Swiftlet | |
| | Portable Hammock Stand | |



| | $39.95 | false |
|---|---|---|
| | Swiftlet Extension Bar | |



| | $149.95 | fa... |
|---|---|---|
| | Swiftlet Shade Kit | |
| | Swiftlet Accessory | |
| | With Tarp ⌄ | |





Watch this video to learn more about Swiftlet.



MOVANT'S_APPENDIX 000006

The lightest, portable hammock stand to hang from park-to-patio.







At just 15 lbs, this stand won't weigh down your adventures. Elevate your time outside with the Swiftlet.

**FEATURES**      TECH SPECS      FAQS, INSTRUCTIONS & CARE      VIDEOS

### Lightweight and portable for camp

At just 15 lbs, the Swiftlet empowers car campers and tailgaters alike, to hang unrestricted from finding the perfect pair of trees. From sandy beaches to soccer fields, the portable design provides unlimited opportunities to hang anywhere.

### Fast and intuitive assembly

With quick release buttons and push pins, we've eliminated the need for screws and tools. Each piece of the stand slides and snaps together for a seamless assembly experience.

### Optimize space in chair mode

For board game nights or apartment patios, the Swiftlet converts to chair mode, saving space and cutting the footprint in half for cramped spaces.

### Compact for travel

A padded travel bag and handy internal straps make toting the Swiftlet a breeze. A small package in any car, the Swiftlet gives Fido more room to enjoy the ride to the park.

### Balance and strength for any terrain

MOVANT'S_APPENDIX 000007

Designed to flex and distribute weight on uneven surfaces, the Swiftlet securely holds up to 300 lb. Built for life outdoors, the aluminum frame is rust-resistant when left out during unexpected showers.

### Quick-adjust for the perfect hang

With 11 adjustable points on each arm, quickly slide and lock into the comfiest hang. The Swiftlet fits all Kammok hammocks from Roo Jr. to Roo Double XL.

### Stake-able feet

The feet on the Swiftlet feature stake holes for adding stability to your hammock stand when not in use.

### Adventure Grade Guarantee

Our Swiftlet Hammock Stand is backed by our Adventure Grade lifetime guarantee.

Reviews    Q&A

## Customer Reviews

| | | |
|---|---|---|
| 5 ★ | ▬▬▬▬▬ | 359 |
| 4 ★ | ▬ | 53 |
| 3 ★ | | 11 |
| 2 ★ | | 1 |
| 1 ★ | | 2 |

**4.8** ★★★★★
Based on 426 reviews

◦ See reviews summary

**Write A Review**

Sort by: Most recent ⌄

★★★★★ 10/27/23

We love it! We keep it in our camper and it's perfect for nighttime in front of the bonfire!

Tricia
✓ Verified Buyer

*Verified by shop*

★★★★★ 08/23/23

### Home and camping convenience

I've been wanting a hammock stand that i could use in my backyard but also bring

Was this review helpful? 👍 0  👎 0

★★★★ 10/06/23

### Look, ma! No trees!

I love my Swiftlet stand. It lives in my truck three seasons of the year and goes everywhere with me. I use it at the beach, the park, the backyard, the back of the house... I even use it as an extra bed at an event. I like that the exterior and interior of the stand seems are rugged and very sturdy and

★★★★★ 08/23/23

### Study frame!

This hammock stand is super light! I can move it around camp to find the shade and

★★★☆ [date]

### It's not new couch

I love my Kammok swiftlet so much g— of my co and put i living roo

★★★★ [date]

### So li and  portc

Was this ham stand is light! I e

3/11/24, 7:34 PM

Swiftlet Portable Hammock Stand - Swiftlet | Kammok

camping. This fits the needs perfectly.

★★★★★ 08/21/23

**Hang TIME**

Strong but still lightweight enough to carry.

I love hanging in my hammock and I wished I bought the Swiftlet sooner. It has been game changing. Now if I'm at camp, home or out hanging with friends I can literally hang in a few minutes. I can't wait to get the shade kit to make it great for the beach or places without trees and when I want

Read more

it's strong but also surprisingly lightweight for how sturdy it is. It's fun and easy to set up great addition to my kit We plan on taking it camping but also using it at home.

I have used this indoors to avoid putting holes in the walls. It works great I have this tensioned things like crazy to try to get a ridgeline hammock to work on with no ill effects, so it's very sturdy. I'm ordering the extension to get the length

Read more

Patrick

★★★★★ 07/04/23

**Build Sturdy**

★★★★★

**Great Service**

Read more

sun whe The stars bag fits r than just stand

★★★★★

**Lights &**
**Quick R**

Great g

Custom

lay flatte

We have our exte fit to gear and love stand en

quick to s

Read more

Sara

---

Load more reviews

---

**KAMMOK**

📞 +1 512-399-1418

📍 Kammok Corporate HQ & Warehouse
15210 Fitzhugh Road
#600
Austin, TX
78736-6321

**Products**
Backyard
Car Camping
Overlanding
Adventure Blankets
Hammock Camping
Retail Locations

**Company**
Our Story
Privacy Policy
Terms of Service
Reviews
#Kammok in the Wild
Careers

**Education**
Hammock Camping 101
Blog

**Support**
FAQ
Product Warranty
Product Registration
Custom Orders
Contact US

**Programs**
Outsider Rewards
Give 15%, Get $15
Become an Affiliate
Pro Program

Sign up for our best deals, early access to new gear, and more.

Enter your email

**SUBSCRIBE**

Portable Hammock Stand - Swiftlet | Kammok

© 2024 Kammok • All rights reserved

MOVANT'S_APPENDIX 000010

# EXHIBIT B

MOVANT'S_APPENDIX 000011

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

      Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

      Defendants

---

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR
PRODUCTION AND REQUESTS FOR ADMISSION**

---

      Plaintiff Kammok Holdings LLC ("Kammok") respectfully submits the following responses and objections to the first set of requests and first set of requests for admission directed to Kammok by defendant Easthills, Inc. ("Easthills").  Kammok generally objects to all of the requests on the ground that they call for privileged information and documents protected by the work product doctrine and the attorney-client privilege.

<u>**REQUESTS FOR ADMISSION**</u>

      **Request for Admission No. 1:**  Admit that You received a copy of the Counter-Notice.

      **Response:**  Admit.

      **Request for Admission No. 2:**  Admit that a true and correct copy of the Counter-Notice is attached hereto as Exhibit "2".

      **Response:**  Deny.  The Counter-Notice was not attached to any written discovery request issued by Easthills.

**Request for Admission No. 3:**  Admit that when You caused the Complaint to be filed in this Action You had not secured issuance of a federal copyright certificate of registration from the USCO for any alleged protectable original expression reflected in the Swiftlet.

**Response:**  Kammok admits that it did not secure issuance of a federal copyright certificate of registration prior to filing the Complaint.  Kammok denies any allegation that it did not have a protectable interest in original expressions reflected in the Swiftlet.

**Request for Admission No. 4:**  Admit that when You caused the Complaint to be filed in this Action You had not filed an application for issuance of a federal copyright certificate of registration from the USCO for any alleged protectable original expression reflected in the Swiftlet.

**Response:**  Deny.

**Request for Admission No. 5:**  Admit that as of September 12, 2023, You had not filed an application for issuance of a federal copyright certificate of registration from the USCO for any alleged protectable original expression reflected in the Swiftlet.

**Response**:  Deny.

**Request for Admission No. 6:**  Admit that Your allegation asserted in Paragraph 39 of the Complaint was factually untrue at the time this Action was commenced on September 14, 2023.

**Response:**  Deny.

**Request for Admission No. 7:**  Admit that You did not have a reasonable expectation that the USCO would issue a federal copyright certificate of registration for any alleged protectable original expression reflected in the Swiftlet as of September 14, 2023.

2

**Response:**  Deny.

**Request for Admission No. 8:**  Admit that Your application for a federal certificate of registration from the USCO for any alleged protectable original expression reflected in the Swiftlet that related to the allegations asserted in Paragraph 39 of the Complaint was denied.

**Response:**  Deny.

**Request for Admission No. 9:**  Admit You were aware that Kickstarter notified Defendant through electronic correspondence on September 15, 2023 that it would not be reinstating the Campaign because it had received notice from You that the Complaint that had been filed in this Action.

**Response:**  Admit.

**Request for Admission No. 10:**  Admit that You were advised that You lacked a federal copyright certificate of registration from the USCO to viably assert a copyright infringement claim for relief against Defendant prior to September 14, 2023.

**Response:**  Admit that defendant's counsel argued that plaintiff lacked a federal copyright certificate of registration from the USCO to viably assert a copyright infringement claim for relief against defendant prior to September 14, 2023.  However, the validity of the advice of Easthills' counsel is a conclusion of law and Kammok denies that the conclusion of law of Easthills' counsel was correct.

To the extent that Easthills is requesting that Kammok admit the accuracy of counsel's argument, such a request is improper.  *See Cunningham v. Standard Fire Ins. Co.*, 2008 WL 2247860 *2 (D. Colo. 2008) ("[R]equests for admission relating to the truth of a legal conclusion are properly objectionable.").

MOVANT'S_APPENDIX 000014

Kammok denies any remaining allegations in request for admission no. 10.

**Request for Admission No. 11:**  Admit that Defendant is Your direct Competitor.

**Response:**  Admit that Easthills is attempting to compete with Kammok by selling personal hammocks that violate Kammok's intellectual property.  Kammok denies the remainder of the allegations in request for admission no. 11 because Kammok does not have sufficient information regarding where and how Easthills does business.

**Request for Admission No. 12:**  Admit that You have not secured any federal trade dress registration rights from the USPTO for Swiftlet.

**Response:**  Admit.

**Request for Admission No. 13:**  Admit that the Swiftlet clamshell hammock holder anchor point serves at least one functional purpose.

**Response:**  Deny.  Kammok objects to the language "clamshell hammock holder anchor point," which is vague and ambiguous.

**Request for Admission No. 14:**  Admit that the Swiftlet anchor point sculptural designs serve at least one functional purpose.

**Response:**  Deny.

**Request for Admission No. 15:**  Admit that You asserted the copyright infringement claim for relief in this Action to delay reinstatement of Defendant's Kickstarter Campaign pursuant to 17 U.S.C. § 512(g)(2)(c) of the DMCA.

**Response:**  Deny.

MOVANT'S_APPENDIX 000015

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:**  Produce all applications for issuance of a federal copyright certificate of registration from the USCO for any alleged protectable original expression reflected in the Swiftlet.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 2:**  Produce all Communications with the USCO that Relate to the Swiftlet.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 3:**  Produce all Communications with Kickstarter that Relate to Defendant.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 4:**  Produce all Communications with Kickstarter that Relate to the Campaign.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

MOVANT'S_APPENDIX 000016

**Request for Production No. 5:**  Produce all communications with any third-party that relate to Defendant.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 6:**  Produce all Documents that Relate to Your claim for damages in this Action.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 7:**  Produce all Documents that Relate to Your claim for damages for copyright infringement in this Action.

**Response:**  As reflected in Kammok's January 2, 2024 motion for leave to amend complaint, Kammok intends to voluntarily dismiss its copyright infringement claim.  Thus, Kammok does not currently intend to pursue any claim for damages related to copyright infringement.  Thus, Kammok has no documents to produce in response to request for production no. 7.

Kammok reserves the right to supplement this answer if it is unable to dismiss its claim, or if through the course of discovery, it learns facts that would support the reinstatement of its copyright infringement claim.

**Request for Production No. 8:**  Produce all Documents that Relate to Your claim for damages for trade dress infringement in this Action.

6

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 9:**  Produce all federal copyright certificate of registration issued by the USCO that Relate to the Swiftlet anchor point sculptural designs.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 10:**  Produce all federal copyright certificate of registration issued by the USCO that Relate to the Swiftlet clamshell hammock holder.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 11:**  Produce all Documents Identified in Your Initial Disclosures submitted pursuant to Federal Rule of Civil Procedure 26 in this Action.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 12:**  Produce all Documents Identified in Your responses to any interrogatory propounded in this Action.

7

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 13:**  Produce all design and development Documents that Relate to the functionality of the Swiftlet anchor point sculptural designs.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 14:**  Produce all design and development Documents that Relate to the functionality of the Swiftlet clamshell hammock holder.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 15:**  Produce all Documents that Relate to Your allegation that "copyright registration was expected to be issued" for the Swiftlet as asserted in Paragraph 40 of the Complaint as of September 14, 2023.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 16:**  Produce all Documents that Relate to Your allegation that "copyright registration was expected to be issued" for the Swiftlet anchor point sculptural designs as asserted in Paragraph 40 of the Complaint as of September 14, 2023.

8

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 17:**  Produce all Communications that Relate to Your allegation that "copyright registration was expected to be issued" for the Swiftlet clamshell hammock holder as asserted in Paragraph 40 of the Complaint as of September 14, 2023.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 18:**  Produce all communications that Relate to the DMCA Takedown Notice.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

**Request for Production No. 19:**  Produce all Documents that Relate to Your decision to assert the copyright infringement claim for relief in this Action without having a federally issued certificate of registration to do so from the USCO.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

MOVANT'S_APPENDIX 000020

**Request for Production No. 20:**  Produce all Documents that Relate to any attempts to delay reinstatement of Defendant's Kickstarter Campaign pursuant to 17 U.S.C. § 512(g)(2)(c) of the DMCA.

**Response:**  The nonprivileged, responsive documents in Kammok's possession are produced herewith.  Please see the attached documents, including those bates stamped KAMMOK000001 to 143.

DATED this 2nd day of February, 2024.

BY:    /s/ Reid J. Allred
          Reid J. Allred

Douglas N. Marsh
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338
reid@cambridgelawcolorado.com
doug@cambridgelawcolorado.com

Erik A. Olson
eolson@mohtrial.com
Dominic W. Shaw
dshaw@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*

MOVANT'S_APPENDIX 000021

# EXHIBIT C

MOVANT'S_APPENDIX 000022



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

September 14, 2023

LOYAL INTELLECTUAL PROPERTY LAW PLLC
Attn: TRAVIS BANTA
2350 E ARBOR LN. PO BOX 17395
HOLLADAY, UT 84117
United States

Correspondence ID:   1-5YT4TOB

RE:    Kammok Cradle

Dear TRAVIS BANTA:

Registration for the above work must be refused because it is a useful article that does not contain any separable, copyrightable authorship needed to sustain a claim to copyright.

The Copyright law protects pictorial, graphic, or sculptural works. 17 U.S.C. § 102(a)(5). The design of a useful article is considered a pictorial, graphic, or sculptural work "only if, and only to the extent that, such design incorporates pictorial, graphic, or sculptural features that can be identified separately from, and are capable of existing independently of, the utilitarian aspects of the article." 17 U.S.C. § 101 (definition of "pictorial, graphic, and sculptural works"). The copyright statute defines "useful article" as "…an article having an intrinsic utilitarian function that is not merely to portray the appearance of the article or to convey information." 17 U.S.C. § 101 (definition of "useful article"). Any article "that is normally a part of a useful article is considered a useful article." 17 U.S.C. § 101 (definition of "useful article").

We examined your work, concluded that it is a useful article, and determined that it does not contain any separable design element that contains sufficient copyrightable authorship to support a registration.

Consequently, we cannot register your copyright claim.

This letter is for your information only; no response is necessary.

Registration Specialist AC
Visual Arts Division
U.S. Copyright Office

Enclosures:
  Reply Sheet

MOVANT'S APPENDIX 000023
KAMMOK000037

TRAVIS BANTA                              - 2 -                                    1-5YT4TOB



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov



**\*1-5YT4T0B\***

# Use this sheet <u>if</u> you request reconsideration

## How to request reconsideration:

- Send your written explanation *of why the claim should be registered or why it was* improperly refused.
- Be sure to include the Correspondence ID Number (listed under the bar code above) on the first page of your Request.
- Indicate whether you are requesting a "First Reconsideration" or "Second Reconsideration."
- **Submit your request ONLINE:** We strongly recommend sending all requests for reconsideration via email following these steps:

  **EMAIL YOUR REQUEST (BUT NOT THE REQUIRED FEE) to:**
  reconsideration@copyright.gov.
  o The subject line should say "First Reconsideration" or "Second Reconsideration"
  o Once your email request is received, you will be contacted with instructions on how to submit the required fee.
  o Failure to send your request for reconsideration to the above email address will result in a delayed response.

  **IMPORTANT NOTE**: Your request and the required fee must be received no later than three months after a refusal is issued.

- **Alternatively, you may submit your request VIA MAIL**:

  o **IMPORTANT NOTE**: Your request must be postmarked (via the U.S. Postal Service) or dispatched (via commercial carrier, courier, or messenger) no later than three months after a refusal is issued.
  o Enclose the required fee.
  o Address your request to:

    **FIRST RECONSIDERATION *or* SECOND RECONSIDERATION**
    **U.S. Copyright Office**
    **MCA Division**
    **P.O. Box 71380**
    **Washington, DC 20024-1380**

TRAVIS BANTA                                    - 4 -                                    1-5YT4TOB

**First Request for Reconsideration ($350.00 per application):** The Registration Program Office considers the first request. If it upholds the refusal, you may submit a second request.

**Second Request for Reconsideration ($700.00 per application):** The Copyright Office Review Board considers the second request. The Board consists of the Register of Copyrights and the General Counsel (or their respective designees), and a third member appointed by the Register. The Board's decision constitutes final agency action.

**Notification of decision**: The Copyright Office will send all notifications of its decisions by email to the email address provided in the record and/or in the request for reconsideration. If no email address is provided, the Office will send its decision via mail.

**RECONSIDERATION FEES:**

**First Request**          $350 per application

**Second Request**       $700 per application

READ MORE:

- U.S. Copyright Office Administrative Appeals:
  https://copyright.gov/comp3/chap1700/ch1700-administrative-appeals.pdf

- U.S. Copyright Office Fees:
  https://copyright.gov/circs/circ04.pdf

- Copyright Basics:
  https://copyright.gov/circs/circ01.pdf

- Copyright Registration:
  https://copyright.gov/circs/circ02.pdf



**United States Copyright Office**

Library of Congress • 101 Independence Avenue SE • Washington DC 20559-6000 • www.copyright.gov

September 01, 2023

LOYAL INTELECTUAL PROPERTY LAW PLLC
Attn: TRAVIS BANTA
2350 E ARBOR LN. PO BOX 17395
HOLLADAY, UT 84117
United States

Correspondence ID:   1-5Y3DNXB

RE:   Kammock Swiftlet Cradle

Dear TRAVIS BANTA:

Registration for the above work must be refused because it is a useful article that does not contain any copyrightable authorship needed to sustain a claim to copyright.

The Copyright law protects pictorial, graphic, or sculptural works. 17 U.S.C. 102(a)(5). Eligible works of art include works of artistic craftsmanship insofar as their form but not their mechanical or utilitarian aspects. In addition, the design of a useful article is considered a pictorial, graphic, or sculptural work "only if, and only to the extent that, such design incorporates pictorial, graphic, or sculptural features that can be identified separately from, and are capable of existing independently of, the utilitarian aspects of the article." The copyright statute defines "useful article" as "…an article having an intrinsic utilitarian function that is not merely to portray the appearance of the article or to convey information. Any article that is normally a part of a useful article is considered a useful article." 17 U.S.C. 101.

In addition, Copyright does not protect familiar symbols or designs; basic geometric shapes; words and short phrases such as names, titles, and slogans; mere variations of typographic ornamentation, lettering or coloring; or simple combinations of these elements. See 37 C.F.R. §202.1. Further, copyright does not extend to any idea, concept, system, or process which may be embodied in a work. 17 U.S.C. §102(b).

We examined your work, concluded that it is a useful article, and determined that it does not contain any non-useful design element that could be copyrighted and registered. Consequently, we cannot register your copyright claim.

This letter is for your information only; no response is necessary.

Sincerely,
KS
Copyright Examiner

KAMMOK000086

TRAVIS BANTA                          - 2 -                              1-5Y3DNXB

Visual Arts Division
U.S. Copyright Office

Enclosures
  Reconsideration Procedure



**United States Copyright Office**

Library of Congress • 101 Independence Avenue SE • Washington DC 20559-6000 • www.copyright.gov

**\* 1 – 5 Y 3 D N X B \***

# Use this sheet <u>if</u> you request reconsideration

## How to request reconsideration:

- Send your written explanation *of why the claim should be registered or why it was* improperly refused.
- Be sure to include the Correspondence ID Number (listed under the bar code above) on the first page of your Request.
- Indicate whether you are requesting a "First Reconsideration" or "Second Reconsideration."
- **Submit your request ONLINE:** We strongly recommend sending all requests for reconsideration via email following these steps:

  **EMAIL YOUR REQUEST (BUT NOT THE REQUIRED FEE) to:**
  reconsideration@copyright.gov.
  o The subject line should say "First Reconsideration" or "Second Reconsideration"
  o Once your email request is received, you will be contacted with instructions on how to submit the required fee.
  o Failure to send your request for reconsideration to the above email address will result in a delayed response.

  **IMPORTANT NOTE**: Your request and the required fee must be received no later than three months after a refusal is issued.

- **Alternatively, you may submit your request VIA MAIL**:

  o **IMPORTANT NOTE**: Your request must be postmarked (via the U.S. Postal Service) or dispatched (via commercial carrier, courier, or messenger) no later than three months after a refusal is issued.
  o Enclose the required fee.
  o Address your request to**:**

  **FIRST RECONSIDERATION *or* SECOND RECONSIDERATION**
  **U.S. Copyright Office**
  **MCA Division**
  **P.O. Box 71380**
  **Washington, DC 20024-1380**

**First Request for Reconsideration ($350.00 per application):** The Registration Program Office considers the first request. If it upholds the refusal, you may submit a second request.

**Second Request for Reconsideration ($700.00 per application):** The Copyright Office Review Board considers the second request. The Board consists of the Register of Copyrights and the General Counsel (or their respective designees), and a third member appointed by the Register. The Board's decision constitutes final agency action.

**Notification of decision**: The Copyright Office will send all notifications of its decisions by email to the email address provided in the record and/or in the request for reconsideration. If no email address is provided, the Office will send its decision via mail.

**RECONSIDERATION FEES:**

**First Request**          $350 per application

**Second Request**      $700 per application

READ MORE:

- U.S. Copyright Office Administrative Appeals:
  https://copyright.gov/comp3/chap1700/ch1700-administrative-appeals.pdf

- U.S. Copyright Office Fees:
  https://copyright.gov/circs/circ04.pdf

- Copyright Basics:
  https://copyright.gov/circs/circ01.pdf

- Copyright Registration:
  https://copyright.gov/circs/circ02.pdf



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

September 01, 2023

LOYAL INTELECTUAL PROPERTY LAW PLLC
Attn: TRAVIS BANTA
2350 E ARBOR LN. PO BOX 17395
HOLLADAY, UT 84117
United States

Correspondence ID:    1-5Y3G9OI

RE:    Swiftlet Anchor

Dear TRAVIS BANTA:

    Registration for the above work must be refused because it is a useful article that does not contain any copyrightable authorship needed to sustain a claim to copyright.

    The Copyright law protects pictorial, graphic, or sculptural works. 17 U.S.C. 102(a)(5).  Eligible works of art include works of artistic craftsmanship insofar as their form but not their mechanical or utilitarian aspects.  In addition, the design of a useful article is considered a pictorial, graphic, or sculptural work "only if, and only to the extent that, such design incorporates pictorial, graphic, or sculptural features that can be identified separately from, and are capable of existing independently of, the utilitarian aspects of the article."  The copyright statute defines "useful article" as "…an article having an intrinsic utilitarian function that is not merely to portray the appearance of the article or to convey information.  Any article that is normally a part of a useful article is considered a useful article." 17 U.S.C. 101.

    In addition, Copyright does not protect familiar symbols or designs; basic geometric shapes; words and short phrases such as names, titles, and slogans; mere variations of typographic ornamentation, lettering or coloring; or simple combinations of these elements.  See 37 C.F.R. §202.1. Further, copyright does not extend to any idea, concept, system, or process which may be embodied in a work.  17 U.S.C. §102(b).

    We examined your work, concluded that it is a useful article, and determined that it does not contain any non-useful design element that could be copyrighted and registered. Consequently, we cannot register your copyright claim.

    This letter is for your information only; no response is necessary.

Sincerely,
KS
Copyright Examiner

TRAVIS BANTA                              - 2 -                              1-5Y3G9OI

Visual Arts Division
U.S. Copyright Office

Enclosures
  Reconsideration Procedure

MOVANT'S_APPENDIX 000092
KAMMOK000070



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov



*1-5Y3G90I*

# Use this sheet _if_ you request reconsideration

## How to request reconsideration:

- Send your written explanation _of why the claim should be registered or why it was_ improperly refused.
- Be sure to include the Correspondence ID Number (listed under the bar code above) on the first page of your Request.
- Indicate whether you are requesting a "First Reconsideration" or "Second Reconsideration."
- **Submit your request ONLINE:** We strongly recommend sending all requests for reconsideration via email following these steps:

  **EMAIL YOUR REQUEST (BUT NOT THE REQUIRED FEE) to:**
  reconsideration@copyright.gov.
  o The subject line should say "First Reconsideration" or "Second Reconsideration"
  o Once your email request is received, you will be contacted with instructions on how to submit the required fee.
  o Failure to send your request for reconsideration to the above email address will result in a delayed response.

  **IMPORTANT NOTE**: Your request and the required fee must be received no later than three months after a refusal is issued.

- **Alternatively, you may submit your request VIA MAIL**:

  o **IMPORTANT NOTE**: Your request must be postmarked (via the U.S. Postal Service) or dispatched (via commercial carrier, courier, or messenger) no later than three months after a refusal is issued.
  o Enclose the required fee.
  o Address your request to**:**

  **FIRST RECONSIDERATION _or_ SECOND RECONSIDERATION**
  **U.S. Copyright Office**
  **MCA Division**
  **P.O. Box 71380**
  **Washington, DC 20024-1380**

MOVANT'S APPENDIX 000023
KAMMOK000071

**First Request for Reconsideration ($350.00 per application):** The Registration Program Office considers the first request. If it upholds the refusal, you may submit a second request.

**Second Request for Reconsideration ($700.00 per application):** The Copyright Office Review Board considers the second request. The Board consists of the Register of Copyrights and the General Counsel (or their respective designees), and a third member appointed by the Register. The Board's decision constitutes final agency action.

**Notification of decision**: The Copyright Office will send all notifications of its decisions by email to the email address provided in the record and/or in the request for reconsideration. If no email address is provided, the Office will send its decision via mail.

**RECONSIDERATION FEES:**

**First Request**          $350 per application

**Second Request**      $700 per application

READ MORE:

- U.S. Copyright Office Administrative Appeals:
  https://copyright.gov/comp3/chap1700/ch1700-administrative-appeals.pdf

- U.S. Copyright Office Fees:
  https://copyright.gov/circs/circ04.pdf

- Copyright Basics:
  https://copyright.gov/circs/circ01.pdf

- Copyright Registration:
  https://copyright.gov/circs/circ02.pdf

# EXHIBIT D

MOVANT'S_APPENDIX 000035

MOVANT'S_APPENDIX 000036

SLEEP &

HAMMOCKS & STANDS

ON-VEHICLE

KAMMOK



# EXHIBIT E

MOVANT'S_APPENDIX 000037

US011330893B2

(12) **United States Patent**      (10) **Patent No.:**    **US 11,330,893 B2**
Goodwin et al.                     (45) **Date of Patent:**    **May 17, 2022**

(54) **ADJUSTABLE FOOTPRINT SUSPENSION SEAT FRAME SYSTEM**

(71) Applicant: **Kammok Holdings, LLC**, Austin, TX (US)

(72) Inventors: **Daniel Goodwin**, Austin, TX (US); **James Booth**, Austin, TX (US)

(73) Assignee: **KAMMOK HOLDINGS, LLC**, Austin, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/430,027**

(22) Filed: **Jun. 3, 2019**

(65) **Prior Publication Data**

US 2019/0365085 A1    Dec. 5, 2019

**Related U.S. Application Data**

(60) Provisional application No. 62/680,378, filed on Jun. 4, 2018.

(51) **Int. Cl.**
| | |
|---|---|
| *A47C 3/22* | (2006.01) |
| *A45F 3/26* | (2006.01) |
| *A45F 3/24* | (2006.01) |
| *A47C 7/00* | (2006.01) |
| *A45F 3/22* | (2006.01) |
| *A47C 3/025* | (2006.01) |

(52) **U.S. Cl.**
CPC .................. *A45F 3/26* (2013.01); *A45F 3/24* (2013.01); *A47C 7/002* (2013.01); *A45F 3/22* (2013.01); *A47C 3/0255* (2013.01)

(58) **Field of Classification Search**
CPC ..... A45F 3/26; A45F 3/24; A45F 3/22; A47C 3/0255; A47C 7/002
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 290,921 | A | * | 12/1883 | Pluche | A45F 3/24 5/129 |
| 950,070 | A | * | 2/1910 | Funke | A47C 3/0255 5/129 |
| 2,353,220 | A | * | 7/1944 | Charlop | A45F 3/24 5/128 |
| 4,975,994 | A | * | 12/1990 | Barmettler | A45F 3/22 5/120 |
| 5,876,011 | A | * | 3/1999 | Blasing | F16M 11/16 248/411 |
| 6,415,464 | B1 | * | 7/2002 | Hsieh | A45F 3/22 5/120 |
| 7,082,629 | B2 | * | 8/2006 | Clark | A45F 3/24 5/127 |
| 7,089,610 | B2 | * | 8/2006 | Zhong | A45F 3/24 5/122 |
| 2007/0216131 | A1 | * | 9/2007 | Potappel | A61G 5/1054 280/250.1 |

* cited by examiner

*Primary Examiner* — Syed A Islam
(74) *Attorney, Agent, or Firm* — Loyal IP Law, PLLC; Travis Banta

(57)    **ABSTRACT**

An adjustable-footprint suspension seat frame includes three or more feet, a first cantilever arm with a first anchor for a suspension seat, a second cantilever arm with a second anchor for the suspension seat and a first footprint adjustment bar connecting the first cantilever arm to the second cantilever arm.

**19 Claims, 10 Drawing Sheets**



# FIG. 1



FIRST FOOTPRINT



SECOND
FOOTPRINT

MOVANT'S_APPENDIX 000039

**U.S. Patent**          May 17, 2022          Sheet 2 of 10          US 11,330,893 B2

# FIG. 2



MOVANT'S_APPENDIX 000040



FIG. 3

300

305

310

MOVANT'S_APPENDIX 000041



MOVANT'S_APPENDIX 000042



FIG. 5

# FIG. 6



MOVANT'S_APPENDIX 000044

**U.S. Patent**    May 17, 2022    Sheet 7 of 10    US 11,330,893 B2

# FIG. 7



700

# FIG. 8



MOVANT'S_APPENDIX 000046

FIG. 9



# FIG. 10



MOVANT'S_APPENDIX 000048

US 11,330,893 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**ADJUSTABLE FOOTPRINT SUSPENSION
SEAT FRAME SYSTEM**

CROSS REFERENCE TO RELATED
APPLICATION AND CLAIM OF PRIORITY

This application claims priority under 35 U.S.C. § 119(e) to U.S. Provisional Patent Application No. 62/680,378 filed on Jun. 4, 2018. The above-identified provisional patent application is hereby incorporated by reference in its entirety.

TECHNICAL FIELD

This disclosure relates generally to suspension seats, including, without limitation, hammocks and hammock chairs. More specifically, this disclosure relates to an adjustable-footprint suspension seat frame system.

BACKGROUND

Suspension seats, such as hammocks, hammock chairs and other seats which provide support for lying or sitting down while allowing for swinging motion along one or more degrees of freedom, come in a wide variety of sizes and shapes. Likewise, there is a similar heterogeneity in the sizes and shapes of users of suspension seats as well as contexts where use of a suspension seat is desired. Space permitting, suspension seats can provide a viable and comfortable seating option indoors and outdoors. The broad range of users and use contexts for suspension seats presents significant opportunities for improvement in the design of suspension seat frames, both in terms of accommodating heterogeneous users and in terms of adjusting the frames' footprints within a physical space.

SUMMARY

This disclosure provides an adjustable footprint suspension seat system.

In a first embodiment, an adjustable-footprint suspension seat frame includes three or more feet, a first cantilever arm with a first anchor for a suspension seat, a second cantilever arm with a second anchor for the suspension seat and a first footprint adjustment bar connecting the first cantilever arm to the second cantilever arm.

In a second embodiment, an adjustable side clip for a suspension seat includes a hollow collar, the hollow collar having an internal cross section corresponding to an exterior cross section of a cantilever arm of a suspension seat, a suspension seat mount on an exterior portion of the hollow collar and a lock, the lock configured to maintain engagement of the adjustable side clip at a substantially fixed location relative to the cantilever arm of the suspension seat.

In a third embodiment, a footprint adjustment bar includes a length defining member, at a first end of the length defining member, a first connection region of the length defining member having a surface of substantially similar cross section to a counterpart connection region of a first cantilever arm, at a second end of the length defining member, a second connection region of the length defining member having a surface of substantially similar cross section to a counterpart connection region of a second cantilever arm, a first lock to maintain engagement between the length defining member and the first cantilever arm, and a second lock to maintain engagement between the length defining member and the second cantilever arm.

In a fourth embodiment, a footprint adjustment bar includes a first length defining member, the first length defining member having a first end with a first lock and a second end with a second lock, a second length defining member, the second length defining member having a first end and a second end, with a third lock disposed at the second end of the second length defining member, and a locking hinge connecting the second end of the first length defining member with the first end of the second length defining member.

Other technical features may be readily apparent to one skilled in the art from the following figures, descriptions, and claims.

Before undertaking the DETAILED DESCRIPTION below, it may be advantageous to set forth definitions of certain words and phrases used throughout this patent document. The term "couple" and its derivatives refer to any direct or indirect communication between two or more elements, whether or not those elements are in physical contact with one another. The terms "include" and "comprise," as well as derivatives thereof, mean inclusion without limitation. The term "or" is inclusive, meaning and/or. The phrase "associated with," as well as derivatives thereof, means to include, be included within, interconnect with, contain, be contained within, connect to or with, couple to or with, be communicable with, cooperate with, interleave, juxtapose, be proximate to, be bound to or with, have, have a property of, have a relationship to or with, or the like. The phrase "at least one of," when used with a list of items, means that different combinations of one or more of the listed items may be used, and only one item in the list may be needed. For example, "at least one of: A, B, and C" includes any of the following combinations: A, B, C, A and B, A and C, B and C, and A and B and C.

Definitions for other certain words and phrases are provided throughout this patent document. Those of ordinary skill in the art should understand that in many if not most instances, such definitions apply to prior as well as future uses of such defined words and phrases.

BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of this disclosure and its advantages, reference is now made to the following description, taken in conjunction with the accompanying drawings, in which:

FIG. 1 illustrates an example of an adjustable-footprint suspension seat frame according to certain embodiments of this disclosure;

FIG. 2 illustrates an isometric view of an example of an adjustable-footprint suspension seat frame according to various embodiments of this disclosure;

FIG. 3 illustrates an exploded view of an example of an adjustable-footprint suspension seat frame according to various embodiments of this disclosure;

FIG. 4 illustrates an example of an adjustable-footprint suspension seat frame according to some embodiments of this disclosure;

FIG. 5 illustrates an example of a footprint adjustment bar according to certain embodiments of this disclosure;

FIG. 6 illustrates an example of a side clip according to various embodiments of this disclosure;

FIG. 7 illustrates an example of a side clip according to some embodiments of this disclosure;

FIG. 8 illustrates an example of a side clip according to certain embodiments of this disclosure;

US 11,330,893 B2

3

FIG. **9** illustrates an example of a suspension seat with an integrated blanket according to some embodiments of this disclosure; and

FIG. **10** illustrates an example of a suspension seat with an integrated blanket according to at least one embodiment of this disclosure.

DETAILED DESCRIPTION

FIGS. **1** through **10**, discussed below, and the various embodiments used to describe the principles of this disclosure in this patent document are by way of illustration only and should not be construed in any way to limit the scope of the disclosure.

FIG. **1** illustrates an example of an adjustable-footprint suspension seat frame **100** according to certain embodiments of this disclosure. As noted elsewhere in this disclosure, suspension seats for use with suspension seat frames come in a wide variety of shapes and sizes. Similar variety obtains amongst users of suspension seats and use contexts for suspension seats. Certain embodiments according to this disclosure help meet the varied needs of suspension seat users through structures which add the length of the frame's footprint (as used herein, the term "footprint" encompasses one or more dimensions between the frame's contact points on the ground) as a degree of adjustment for the frame, as well as structures for providing easy, granular adjustment of other structural parameters of the suspension seat frame.

Embodiments according to this disclosure provide an effective solution to certain suspension seat fit problems, including, without limitation, fitting a suspension seat (for example, a hammock or hammock chair) frame in a confined space, such as a dormitory room, or configuring a long hammock to support a lightweight user at a safe or comfortable height above the ground.

Referring to the non-limiting example of FIG. **1**, adjustable-footprint suspension seat frame **100** comprises first and second cantilever arms **105***a-b*, first and second pairs of feet **110***a-b*, first and second footprint adjustment bars **115***a-b*, first and second adjustable side clips **120***a-b*, and first and second cradles **125***a-b*. In this particular example, adjustable-footprint suspension seat frame **100** provides a free-standing platform to which the ends of a hammock or other suspension seat may be anchored to first and second adjustable side clips **120***a-b*, and the seat's tensile members (for example, a set of rope lines) passing over first and second cradles **125***a-b* to define a seating area substantially centered between first pair of feet **110***a* and second pair of feet **110***b*.

According to certain embodiments, first and second cantilever arms **105***a-b* comprise sections of a substantially rigid material, including, without limitation, metal tubing (for example, aluminum or steel), carbon fiber, fiberglass, wood or bamboo comprising a connection region **130**, a transition region **135** and an extension region **140**.

As shown in the non-limiting example of FIG. **1**, second cantilever arm **105***b* is constructed from a hollow section of metal tubing having a discorectangular, or obround, cross section. According to embodiments, second cantilever arm **105***b* connects to a footprint adjustment bar (for example, first footprint adjustment bar **115***a*) in a connection region **130** disposed at one end of second cantilever arm **105***b*. To create a strong joint and help second cantilever arm **105***b* resist bowing inwards towards first cantilever arm **105***a* in response to loads generated by a user seated in a suspension seat connected to adjustable side clips **120***a-b*, the centerline of connection region **130** is substantially coaxial with the centerline of the footprint adjustment bar, thereby enabling

4

overlap of material between the footprint adjustment bar and the cantilever arm in connection region **130**.

According to embodiments, second cantilever arm **105***b* further comprises a transition region **135**, wherein the centerline of the cantilever arm goes from being substantially parallel with first footprint adjustment bar **115***a* to being disposed at an angle (for example, 45 degrees) relative to the centerline of the cantilever arm. In the non-limiting example of FIG. **1**, transition region **135** comprises a region of pipe with a short radius (approximately 1 foot) bend. In some embodiments, transition region **135** may be formed by mandrel bending the material comprising the cantilever arm. In some embodiments, to further resist flexion of suspension seat frame **100**, one or more reinforcing gussets (for example, reinforcing gusset **150***b*) may be provided in transition region **135**. According to other embodiments, transition region **135** may be an abrupt (e.g., a zero radius turn) change in direction, such as may be formed by a welded scarf joint. According to still further embodiments, transition region **135** may have a very large (for example, 4-5 foot) radius, making transition region **135** coextensive with extension region **140**.

According to certain embodiments, extension region **140** comprises a portion of second cantilever arm **105***b* which extends upwards and away from connection region **130** to provide one or more points to which a side clip (for example, adjustable side clip **120***b*) can be attached to provide support for a suspension seat. In the non-limiting example of FIG. **1**, extension region **140** is shown as being substantially straight, with a single centerline. As noted elsewhere in this disclosure, other embodiments, wherein extension region **140** has a single or compound curve, are possible and within the contemplated scope of this disclosure. According to some embodiments, second cantilever arm **105** may comprise one or more telescoping pieces of material, thereby enabling adjustment of the length of extension region **140**.

In the non-limiting example of FIG. **1**, extension region **140** is shown as including cradle **125***b* and hole **145***a-c*. According to other embodiments, for example, embodiments configured to support short suspension seats which can be anchored on the inside of suspension seat frame **100**, cradles **125***a-b* may be omitted. Numerous variations are possible and within the intended scope of this disclosure.

In some embodiments, first and second pairs of feet **110***a-110b* comprise sections of substantially rigid material (for example, materials suitable for first and second cantilever arms **105***a-b*) extending outward from anchor points to provide points of ground contact for suspension seat frame **100**. In the non-limiting example of FIG. **1**, suspension seat frame **100** comprises four legs. Other embodiments, comprising three, five or more legs are possible and within the intended scope of this disclosure. Additionally, in the example of FIG. **1**, first and second pairs of feet **110***a-110b* are shown as being attached to reinforcing gussets **150***a-b*. According to other embodiments, first and second pairs of feet **110***a-110b* may connect to suspension seat frame **100** at different points, including, without limitation on a footprint adjustment bar (for example, first footprint adjustment bar **115***a*).

According to various embodiments, first footprint adjustment bar **115***a* comprises one or more sections of substantially rigid material (for example, materials suitable for first and second cantilever arms) which are attached to first and second cantilever arms **105***a-b*, and maintain the separation between first and second cantilever arms **105***a-b* under loads generated by the user of an attached suspension seat. In the non-limiting example of FIG. **1**, first footprint adjustment

MOVANT'S_APPENDIX 000050

US 11,330,893 B2

5

bar 115*a* detachably attaches to first and second cantilever arms 105*a-b* at points near the connection regions of first and second cantilever arms 105*a-b*. In some embodiments, first footprint adjustment bar 115*a* attaches at one end to first cantilever arm 105*a* via first coupling 117*a*, and attaches at the other end to second cantilever arm 105*b* via second coupling 117*b*. As shown in the non-limiting example of FIG. 1, first footprint adjustment bar 115*a* has a first length, which in conjunction with first and second pairs of feet 110*a-b*, define a first footprint.

According to certain embodiments, at least one of couplings 117*a-b* comprises a pin-hole pair, wherein one half of the pin-hole pair is on first footprint adjustment bar 115*a*, and the other half is on a cantilever arm. According to certain other embodiments, at least one of couplings 117*a-b* comprises a ring clamp disposed on the exterior of a region of overlap (for example, connection region 130) between the first footprint adjustment bar and a cantilever arm. According to still other embodiments, at least one of couplings 117*a-b* comprises a set screw in a region of overlap between the first footprint adjustment bar and a cantilever arm.

As shown in the non-limiting example of FIG. 1, second footprint adjustment bar 115*b* comprises a section of the same material as first footprint adjustment bar 115*a*, only having a different overall length. In this particular example, second footprint adjustment bar 115*b* is shown as having a length that is shorter than that of first footprint adjustment bar 115*a*, resulting in a reduction in the size of the footprint of suspension seat frame 100. As discussed elsewhere in this disclosure, by enabling adjustment of the footprint of the suspension seat frame 100, suspension seat frame 100 can be configured to support an expanded range of suspension seat designs and user profiles (for example, enabling very tall or very light people to use the same suspension seat design).

According to various embodiments, first footprint adjustment bar 115*a* and second footprint adjustment bar 115*b* may comprise part of a set of footprint adjustment bars for use with a particular pair of cantilever arms. Alternatively, first footprint adjustment bar 115*a* may be cut to a length determined to meet the needs of a specific user application (for example, use indoors). According to certain embodiments, each of first and second footprint adjustment bars 115*a-b* comprises the same coupling hardware. Thus, in some embodiments, couplings 117*a-b* comprise pin-hole pairs, and first footprint adjustment bar 115*a* comprises the hole side of the pin-hole pairs, second footprint adjustment bar 115*b* likewise comprises the hole side of the pin-hole pairs. In this way, couplings 117*a-b* operate identically with first and second footprint adjustment bars 115*a-b*.

According to various embodiments, first and second adjustable side clips 120*a-b* comprise first and second anchors for a suspension seat. In the non-limiting example of FIG. 1, each of adjustable side clips 120*a-b* comprises a hollow collar having an interior cross section of substantially similar size and shape as the exterior cross section of first and second cantilever arms 105*a-b*. According to certain embodiments, each of adjustable side clips comprises a lock capable for maintaining engagement of the adjustable side clip at a substantially fixed location relative to the cantilever arm. According to certain embodiments, the lock comprises the pin half of a pin-hole pair, with the hole half disposed on the cantilever arm (for example, pin holes 145*a-c*). According to certain other embodiments, the lock comprises a ring clamp, a set screw or one half of a ratchet-pawl pair, with the other half disposed on the cantilever arm.

6

In at least one embodiment, first and second cradles 125*a-b* comprise guides disposed at the distal ends of first and second cantilever arms 105*a-b* to support and spread the tensile members of a suspension seat (for example, the ropes of a hammock which converge at the points of attachment to adjustable side clips 120*a-b*, enhancing the comfort and ease of entry to the hammock. Cradles 125*a-b* may be made of any suitable material(s) with the strength to support the load created by the occupant of a suspension seat, and presenting low surface friction (to avoid unnecessary friction and wear on the hammock). Suitable materials for cradles 125*a-b* include, without limitation, DELRIN®, varnished wood and chrome-plated steel.

Although FIG. 1 illustrates one example of an adjustable-footprint suspension seat frame, various changes may be made to FIG. 1. For example, adjustable-footprint suspension seat frame 100 may have more or fewer legs than shown in FIG. 1. Additionally, transition region 135 of second cantilever arm 105*b* may, in certain embodiments, comprise a hinge for adjusting the rise angle of second cantilever arm 105*b* and facilitating breakdown and storage of suspension seat frame 100. Further, in some embodiments, first footprint adjustment bar may be of adjustable length.

FIG. 2 illustrates an isometric view of an example of an adjustable-footprint suspension seat frame 200 according to certain embodiments of this disclosure.

Referring to the non-limiting example of FIG. 2, adjustable-footprint suspension seat frame 200 comprises legs 205*a-205d*. According to embodiments, each of legs 205*a-205d* may be detachably attached to the rest of suspension seat frame 200 to facilitate breakdown or storage of the apparatus. Additionally, each of legs 205*a-d* comprises a foot 210. Foot 210 provides a point of contact, or interface, between suspension seat frame 200. According to certain embodiments, foot 210 may be removable and part of an interchangeable set of feet designed for different applications. According to some applications, foot 210 may have a large surface area (for use on soft surfaces, such as at an outdoor concert). According to other embodiments, foot 210 may have one or more felt-covered surfaces, to prevent damage to floors. Alternatively, foot 210 may be made of a low friction material (for example, a plastic suitable for use as a furniture "slider") to facilitate moving the suspension seat frame 200 within a room. Depending on embodiments, foot 210 may be cast, injection molded, carved (such as from wood) or 3-D printed.

FIG. 3 illustrates an exploded view of an example of an adjustable-footprint suspension seat frame 300 according to various embodiments of this disclosure.

Referring to the non-limiting example of FIG. 3, adjustable-footprint suspension seat frame 300 includes a compression bushing 305 as part of the coupling between a first cantilever arm and a footprint adjustment bar. According to certain embodiments, compression bushing 305 acts as an interface between the metallic surfaces of the cantilever arm and the footprint adjustment bar, preventing loss of material from either component and preventing a metallic first cantilever arm from galling or otherwise becoming stuck to a metallic footprint adjustment bar. Additionally, compression bushing 305 may be made of a suitably compressible material, such as polyurethane, to ensure a tight fit between the footprint adjustment bar and first cantilever arm, eliminating "slop" between the components and contributing to the overall sturdiness of adjustable suspension seat frame 300.

In some embodiments, compressible bushing 305 may be part of a first cantilever arm. According to other embodi-

MOVANT'S_APPENDIX 000051

US 11,330,893 B2

7

ments, compressible bushing 305 may be part of a footprint adjustment bar. According to still other embodiments, compressible bushing 305 may be part of a separate device for coupling a footprint adjustment bar to a first cantilever arm.

According to certain other embodiments, adjustable footprint suspension seat frame 300 comprises one or more compressible bushings 310 at the point of union between the leg and the rest of adjustable footprint suspension seat frame 300.

FIG. 4 illustrates an example 400 of an adjustable-footprint suspension seat frame 400 according to various embodiments of this disclosure.

Referring to the non-limiting example of FIG. 4, adjustable-footprint suspension seat frame 400 comprises a first footprint adjustment bar 405, first and second cantilever arms 410a-b, first and second leg pairs 415a-b and transition hinges 420a-b.

According to certain embodiments, first footprint adjustment bar 405 connects to cantilever arms 410a-b through transition hinges 420a-b. In this particular example, the footprint (as used in this disclosure, the term "footprint" is understood to encompass the dimensions between the points of contact between suspension seat frame 300 and a supporting surface, such as a floor or the ground) of the suspension seat frame 400 is defined by, inter alia, the current length of first footprint adjustment bar 405.

In this illustrative example, first footprint adjustment bar 405 comprises one or more structures which enable adjustment of the length of first footprint adjustment bar 405, such that adjustable-footprint suspension seat frame 400 may be operated at two or more footprint sizes with first footprint adjustment bar 405. As an example, first footprint adjustment bar 405 comprises two or more concentric members which can telescope relative to one another. According to such embodiments, first footprint adjustment bar 405 may comprise a first section and a second section, wherein the first section is substantially concentric to the second section and configured to move telescopically within the second section and configured to move telescopically (e.g., back and forth relative to each other) within the second section. Further, the first section is configured to operably engage with (to prevent movement of the first and second sections during use) to define two or more working lengths of the first footprint adjustment bar.

Operable engagement between the first and second sections of first footprint adjustment bar 405 is, in some embodiments, achieved by providing the second section with one or more holes for a pin-hole pair, and by providing the first section with at least one locking pin configured to pass through the locking pin hole to inhibit telescopic movement and substantially maintain the working length of first footprint adjustment bar 405. In other embodiments, operable engagement between the first and second sections of first footprint adjustment bar 405 is achieved by providing the second section with a ring clamp (for example, a "quick release" style ring clamp, such as used to provide easy adjustment of bicycle seat posts) to hold an interior surface of the second section against an exterior surface of the first section.

In some embodiments, adjustments in the length of first footprint adjustment bar 405 can be achieved by providing a first threaded member having a centerline substantially parallel to a longitudinal (e.g., lengthwise) axis of first footprint adjustment bar 405. In one example, the first threaded member has, at one end, a coupling portion suitable for attachment to a cantilever arm, or a length of material which connects to a cantilever arm. In this example, the first

8

threaded member has, at the opposite end, a threaded portion (for example, a threaded rod, a nut, or a region where the material of the first threaded member has been bent or formed to provide threads). In this non-limiting example, first footprint adjustment bar 405 further comprises a second threaded member having a substantially parallel to a longitudinal (e.g., lengthwise) axis of first footprint adjustment bar 405. The second threaded member has, at one end, a coupling portion suitable for attachment to a cantilever arm, or a length of material which connects to a cantilever arm. In this example, the second threaded member has, at the opposite end, a threaded portion (for example, a threaded rod, a nut, or a region where the material of the first threaded member has been bent or formed to provide threads). According to some embodiments, the threaded portion of the first section engages directly with the threaded portion of the second section. According to other embodiments, the threaded portion of the first section is connected indirectly (for example, by a rod having a region with threads in one direction and another region with threads in another direction) by a third threaded member.

According to certain other embodiments, the length of first footprint adjustment bar 405 may be adjusted by other suitable length control mechanisms, including, without limitation, a first member having one half of a ratchet-pawl pair, and a second member having the other half of the ratchet-pawl pair.

In various embodiments according to this disclosure, first and second cantilever arms 410a-b comprise lengths of material (for example, circular, rectangular, polygonal or obround section metal tubing) of sufficient strength to provide cantilevered support to resist loads generated by the use of a suspension seat. In this non-limiting example, first and second cantilever arms 410a-b do not include holes for pin-hole pairs. In this particular example, first and second cantilever arms 410a-b are designed to pair with adjustable side clips which operably engage with first and second cantilever arms through friction (for example, friction provided by a set screw or a ring clamp).

According to various embodiments of this disclosure, first and second cantilever arms 410a-b connect to transition hinges 420a-b, and are maintained at an operable angle by transition hinges 420a-b.

In some embodiments, first and second leg pairs 415a-b comprise removable legs attached to transition hinges 420a-b. According to other embodiments, adjustable-footprint suspension seat frame 400 has only three legs, instead of the four legs shown in the non-limiting example of FIG. 4. Alternatively, in other embodiments, one or more legs of first and second leg pairs 415a-b attaches to adjustable-footprint suspension seat frame 400 at points outside of transition hinges 420a-b. In some embodiments, first and second leg pairs 415a-b attach to first footprint adjustment bar 405. In other embodiments, first and second leg pairs 415a-b attach to first and second cantilever arms 410a-b.

As shown in the non-limiting example of FIG. 4, adjustable-footprint suspension seat frame 400 comprises first and second transition hinges 420a-b. According to certain embodiments, first and second transition hinges 420a-b connect connection regions to pivoting cantilever arms (for example cantilever arms 410a-b). In some embodiments, first and second transition hinges 420a-b comprise a pivot point and locks (for example, holes for pin-hole pairs) to hold a cantilever arm in position at a variety of operating angles.

FIG. 5 illustrates an example of a footprint adjustment bar 500 according to certain embodiments of this disclosure.

US 11,330,893 B2

9

According to certain embodiments, footprint adjustment bar **500** comprises one footprint adjustment bar of a set of footprint adjustment bars configured to interface with a set of common cantilever arms. According to other embodiments, footprint adjustment bar **500** is a retrofit component designed to interface with hardware of an existing suspension seat frame in order to provide a different sized footprint.

According to certain embodiments, footprint adjustment bar **500** comprises a length-defining member **505**. In the non-limiting example of FIG. **5**, length-defining member **505** comprises a single length of material (in this case, a section of metal tubing with an obround cross section) that defines the change in the footprint of an adjustable footprint suspension seat frame. For example, if the length of length-defining member **505** is increased by a foot, the length of the footprint of the adjustable footprint suspension seat frame in which it resides is similarly increased by a foot.

In some embodiments, length-defining member **505** comprises a single section of material. In other embodiments, length-defining member **505** comprises two or more lengths of material with centerlines substantially parallel to a common longitudinal axis, which can move relative to one another to change the overall length of length-defining member **505**. According to certain embodiments, the two sections of material may be concentric and move telescopically relative to one another. According to other embodiments, the two sections may be parallel to one another, and connected by one or more crossbars which attach to one section, and allow the other section to pass through.

In the non-limiting example of FIG. **5**, footprint adjustment bar **500** includes a lock **510** coupling footprint adjustment bar **500** to other components of an adjustable-footprint suspension seat frame. According to certain embodiments, lock **510** comprises one half of a pin-hole pair. Other embodiments are within the contemplated scope of this disclosure, such as embodiments, wherein lock **510** comprises a ring clamp or a set screw).

In some embodiments, footprint adjustment bar **500** further comprises a compressible bushing **515**. According to certain embodiments, compressible bushing **515** covers one or more surfaces of footprint adjustment bar **500** in a region where footprint adjustment bar **500** mates with another component of a suspension frame (for example, cantilever arms or a transition hinge). In certain embodiments, compressible bushing **515** is formed of a hard plastic which helps eliminate "slop" between suspension seat frame components under load, and eliminates galling or other sources of friction and sticking between metal components.

Footprint adjustment bar **500** provides one example of a footprint adjustment bar according to this disclosure. Other embodiments are possible and within the intended scope of this disclosure. For example, according to certain embodiments, a footprint adjustment bar may be constructed from two lengths of material connected by a locking hinge. Further, the first length of material has locks at both ends, and the second length of material has, at a minimum, a lock at an end disposed away from the locking hinge. Accordingly, a footprint adjustment bar according to such embodiments supports at least two footprints. A first footprint may be defined when the locking hinge is fully opened, and the two lengths of material abut one another at their ends. A second footprint may be defined when the locking hinge is fully closed, and the cantilever arms of a suspension seat frame are connected to the locks at the ends of the first length of material.

10

FIG. **6** illustrates an adjustable side clip **600** for a suspension seat according to various embodiments of this disclosure.

Referring to the non-limiting example of FIG. **6**, adjustable side clip **600** operates as an attachment for one end of a suspension seat at one or more positions **609**a and **609**b along a cantilever arm **607** of a suspension seat frame.

According to certain embodiments, adjustable side clip **600** comprises a hollow collar **605**. Hollow collar **605** may be constructed of any material with sufficient strength to support both the tensile load from the suspension seat provided through suspension seat mount **610**, as well as the sheer load provided through lock **615**. Suitable materials for hollow collar **605** include, without limitation, steel, aluminum, titanium, polyphthalamide, or high density polyethylene (HDPE). According to various embodiments, hollow collar **615** has an interior cross section of similar shape and profile to that of cantilever arm **607**, thereby allowing adjustable side clip **600** to slide between mounting positions and also maintain a tight, slop-free fit during use. In some embodiments, the interior surface of hollow collar **605** may comprise one or more internal rings, or areas of reduced cross section, to help ensure a slop-free fit between adjustable side clip **600** and cantilever arm **607**.

In some embodiments, adjustable side clip **600** comprises a suspension seat mount **610** on an exterior portion of hollow collar **605**. According to certain embodiments, suspension seat mount **610** may be integral to hollow collar **605**, with both components being cast, molded or otherwise formed as one unit. According to certain embodiments, suspension seat mount **610** comprises a ring, hook, or horizontal bar having a cross section that is slender enough to allow engagement with a corresponding hook, ring, carabiner or other mounting hardware on the suspension seat, but also strong enough to withstand the tensile force generated by the suspension seat under load. According to some embodiments, such as when mounted on a suspension seat frame which includes a cradle (for example, cradle **125**a in FIG. **1**), suspension seat mount **610** is disposed on the outside (relative to the occupant of the suspension seat) of the suspension seat frame. According to other embodiments, such as when mounted on a suspension seat frame which does not use a cradle, suspension seat mount **610** is disposed on the inside of the suspension seat frame. In some cases, hollow collar **605** has an internal cross section that is symmetric about multiple axes, thereby permitting adjustable side clip **600** to operate with suspension seat mount **610** facing inwards or outwards.

As shown in the non-limiting example of FIG. **6**, adjustable side clip **600** comprises a lock **615**. In the non-limiting example of FIG. **6**, lock **615** comprises one half of a pin-hole pair, wherein the pin is included as part of adjustable side clip **600**, and mates with holes (for example, the hole at position **609**a) provided on cantilever arm **607**. According to other embodiments, lock **615** is, without limitation, a ring clamp, a set, or grub screw, or one half of a ratchet-pawl pair.

FIG. **7** provides multiple views of an example of an adjustable side clip **700** according to various embodiments of this disclosure.

FIG. **8** provides multiple views of an adjustable side clip **800** according to various embodiments of this disclosure. As shown in the non-limiting example of FIG. **8**, hollow collar **815** has an open cross section, the terminal portions of which engage with a tensioning screw to form lock **815**. Further, in the non-limiting example of FIG. **8**, suspension seat mount **810** comprises a horizontal cylindrical section between two vertical flanges.

MOVANT'S_APPENDIX 000053

US 11,330,893 B2

11

FIG. **9** illustrates a suspension seat **900** with integrated blanket according to certain embodiments of this disclosure.

By their nature, suspension seats expand and contract during in response to a user's movements. Further, by their nature, suspension seats tend to have a narrow top width. As such, conventional blankets are generally unsuitable for use with suspension seats, in particular, hammocks. A conventional width blanket, such as a picnic blanket or bed blanket will likely be unduly wide, and drag on the ground at the edges, getting dirty and potentially providing passage for bugs, sticks and other unwanted material into the suspension seat. Conversely, a blanket sized to fit the width of a suspension seat will likely leave the user partially exposed, due to the inherent motion of the seat.

Certain embodiments of a suspension seat **900** according to this disclosure address these problems by providing a suspension seat, for example, a hammock, with an integrated blanket. As shown in the non-limiting example of FIG. **9**, suspension seat **900** comprises a support portion **905** and an integrated blanket **910**. In some embodiments, support portion **905** comprises a large (for example 7'×4') section of a flexible material having good tensile strength, such as canvas, cotton duck, rope mesh that converges at the ends for attachment to a suspension seat frame, a tree, or other supporting member. According to various embodiments, support portion **905** is formed by gathering the end portions of a substantially rectangular piece of material.

As shown in the non-limiting example of FIG. **9**, integrated blanket **910** comprises a length of an insulating material, which in certain embodiments, has some elasticity. Suitable materials for integrated blanket **910** include, without limitation, fleece, wool, and quilting, such as a layer of down or polyfil retained between two sheets. According to certain embodiments, integrated blanket **910** is attached to support portion **905** along the edges of the seat. Suitable methods of attachment include, without limitation, zippers, Velcro, snaps and stitching.

FIG. **10** illustrates, via a cross sectional view, the construction of a suspension seat **1000** comprising an integrated blanket according to various embodiments of this disclosure. According to certain embodiments, suspension seat **1000** comprises a support member **1005**, an integrated blanket **1010**. As shown in the non-limiting example of FIG. **10**, support member **1005** and integrated blanket **1010** are joined, at minimum, along the longitudinal edges of the support seat via a pair of sew lines **1015**a-b.

This written description uses examples to disclose the embodiments, including the best mode, and also to enable those of ordinary skill in the art to make and use the invention. The patentable scope is defined by the claims, and may include other examples that occur to those skilled in the art. Such other examples are intended to be within the scope of the claims if they have structural elements that do not differ from the literal language of the claims, or if they include equivalent structural elements with insubstantial differences from the literal languages of the claims.

Note that not all of the activities described above in the general description or the examples are required, that a portion of a specific activity may not be required, and that one or more further activities may be performed in addition to those described. Still further, the order in which activities are listed are not necessarily the order in which they are performed.

In the foregoing specification, the concepts have been described with reference to specific embodiments. However, one of ordinary skill in the art appreciates that various modifications and changes can be made without departing

12

from the scope of the invention as set forth in the claims below. Accordingly, the specification and figures are to be regarded in an illustrative rather than a restrictive sense, and all such modifications are intended to be included within the scope of invention.

Also, the use of "a" or "an" are employed to describe elements and components described herein. This is done merely for convenience and to give a general sense of the scope of the invention. This description should be read to include one or at least one and the singular also includes the plural unless it is obvious that it is meant otherwise.

Benefits, other advantages, and solutions to problems have been described above with regard to specific embodiments. However, the benefits, advantages, solutions to problems, and any feature(s) that may cause any benefit, advantage, or solution to occur or become more pronounced are not to be construed as a critical, required, or essential feature of any or all the claims.

After reading the specification, skilled artisans will appreciate that certain features are, for clarity, described herein in the context of separate embodiments, may also be provided in combination in a single embodiment. Conversely, various features that are, for brevity, described in the context of a single embodiment, may also be provided separately or in any sub combination. Further, references to values stated in ranges include each and every value within that range.

What is claimed is:

**1**. An adjustable-footprint suspension seat frame comprising:

three or more feet;

a first cantilever arm comprising a first cradle disposed on a distal end of the first cantilever arm and a side clip including a first anchor for a suspension seat oriented on a backside of the first cantilever arm, wherein the first cantilever arm extends through the side clip and the side clip slides proximally and distally along the first cantilever arm;

a second cantilever arm comprising a second cradle disposed on a distal end of the second cantilever arm and a second anchor for the suspension seat oriented on a backside of the second cantilever arm; and

a first footprint adjustment bar connecting the first cantilever arm to the second cantilever arm.

**2**. The adjustable-footprint suspension seat frame of claim 1, further comprising:

a first coupling on the first cantilever arm detachably attaching the first cantilever arm to the first footprint adjustment bar;

a second coupling on the second cantilever arm detachably attaching the second cantilever arm to the first footprint adjustment bar; and

wherein the first footprint adjustment bar has a first length and comprises one of a plurality of footprint adjustment bars, each bar of the plurality of footprint adjustment bars having a length and configured to detachably attach to the first cantilever arm at a first end and detachably attach to the second cantilever arm at a second end.

**3**. The adjustable-footprint suspension seat frame of claim **2**, wherein the first coupling comprises a compressible bushing.

**4**. The adjustable-footprint suspension seat frame of claim **2**, wherein the first footprint adjustment bar comprises a compressible bushing, the compressible bushing having a cross section of substantially similar size and shape to a cross section of the first coupling.

MOVANT'S_APPENDIX 000054

US 11,330,893 B2

13

**5**. The adjustable-footprint suspension seat frame of claim 1,
  wherein:
  the first footprint adjustment bar comprises a first section and a second section;
  wherein the first section is substantially concentric to the second section and configured to move telescopically within the second section, and
  wherein the first section is configured to operably engage with the second section to define two or more working lengths of the first footprint adjustment bar.

**6**. The adjustable-footprint suspension seat frame of claim 5, wherein:
  the second section comprises at least one locking pin hole; and
  the first section comprises at least one locking pin configures to pass through the at least one locking pin hole and substantially maintain a working length of the first footprint adjustment bar.

**7**. The adjustable-footprint suspension seat frame of claim 1, wherein:
  the first cantilever arm comprises a folding joint for adjusting an angle of the first cantilever arm relative to the first footprint adjustment bar.

**8**. The adjustable-footprint suspension seat frame of claim 1, wherein the first cantilever arm and the second cantilever arm each include a plurality of pin holes.

**9**. The adjustable-footprint suspension seat frame of claim 8, wherein the plurality of pin holes are disposed along a length of the first cantilever arm and a length of the second cantilever arm.

**10**. The adjustable-footprint suspension seat frame of claim 8, wherein the first anchor interlocks with the first cantilever arm at one of the plurality of pin holes on the first cantilever arm.

**11**. The adjustable-footprint suspension seat frame of claim 8, wherein the second anchor interlocks with the second cantilever arm at one of the plurality of pin holes on the second cantilever arm.

14

**12**. The adjustable-footprint suspension seat frame of claim 8, wherein the first anchor engages the first cantilever arm and slides distally and proximally along the first cantilever arm as the side clip slides proximally and distally along the first cantilever arm.

**13**. The adjustable-footprint suspension seat frame of claim 12, wherein the second anchor engages the second cantilever arm and slides distally and proximally along the second cantilever arm.

**14**. The adjustable-footprint suspension seat frame of claim 1, wherein the first cradle and the second cradle each include line guides.

**15**. The adjustable-footprint suspension seat frame of claim 1, wherein the first cantilever arm and the second cantilever arm are disposed opposite each other and facing each other on inside surfaces of each cantilever arm.

**16**. The adjustable-footprint suspension seat frame of claim 15, wherein the backside of the first cantilever arm and the backside of the second cantilever arm include surfaces that are on a side of the first cantilever arm and second cantilever arm that are opposite the inside surfaces of each cantilever arm.

**17**. The adjustable-footprint suspension seat frame of claim 1, wherein at least a portion the first cantilever arm and at least a portion of the second cantilever arm are disposed at an angle relative to the first footprint adjustment bar.

**18**. The adjustable-footprint suspension seat frame of claim 17, wherein the angle is 45 degrees.

**19**. The adjustable-footprint suspension seat frame of claim 17, further comprising transitions which each transition a first portion of the first cantilever arm and a first portion of the second cantilever arm from being parallel to the first footprint adjustment bar to being disposed at an angle at a second portion of the first cantilever arm and at a second portion of the second cantilever arm.

* * * * *

MOVANT'S_APPENDIX 000055

# EXHIBIT F

MOVANT'S_APPENDIX 000056

3/11/24, 7:09 PM                    Portable Heavy-Duty Steel Hammock Stand w/ Built-In Wheel, Case - 9ft – Best Choice Products

Fast & Free Shipping on all Orders, Always!

bcp

🏠  /  Outdoor Living  /  Hammocks  /  SKY1898

**Portable Heavy-Duty Steel Hammock Stand w/ Built-In Wheel, Case - 9ft**
⭐⭐⭐⭐⭐ 83 Reviews



Live Chat

https://bestchoiceproducts.com/products/space-saving-steel-youth-hammock-stand-9-outdoor-patio-portable-w-carrying-case

3/11/24, 7:09 PM                    Portable Heavy-Duty Steel Hammock Stand w/ Built-In Wheel, Case - 9ft – Best Choice Products

       

**$79.99**  ~~$89.99~~  **11% OFF**                                                                    1 of 7

Market Price: $139.99  ⓘ

or 4 interest free installments of $19.99 by  [afterpay]  ⓘ

| Add to cart |
|---|

**FREE SHIPPING**
Get it by Thursday, Mar 14

Buy and earn **79** reward
points. That's **$2.39!**

♡ <u>Add to Wishlist</u>

---

📣 Description                                                                                                        ▬

UPGRADED WHEEL FOR MOBILITY: Our upgraded version of this hammock stand includes a built-in wheel that allows effortless movement to any location of your outdoor space

BUILT TO LAST: Heavy-duty 12-gauge steel with tempered steel spring pins reinforces the interlocking poles and supports weights up to 450 pounds

INCLUDED CASE: You'll always have a place to relax thanks to the convenient carrying case, included for easy portability

FITS HAMMOCKS UP TO 9FT: Accommodates hammocks up to 9ft long and in many styles including brazilian, flat, spreader, rope, and more!

EASY ASSEMBLY: Built with a tool-free setup and breakdown, plus a convenient, space-saving design that allows for easy storage

---

📋 Dimensions & Specs                                                                                             ＋

---

🔁 Shipping & Returns                                                                                               ＋

---

📦 Assembly & Product Support                                                                                      ＋

<u>Reviews</u>    Q&A

MOVANT'S_APPENDIX 000058

Case No. 1:23-cv-02405-SKC-TPO    Document 56-2    filed 04/02/24    USDC Colorado
pg 59 of 74

## Customer Reviews



5 ★ ━━━━━━━━ 70
4 ★ ━━ 11
3 ★ 0
2 ★ ▎ 2
1 ★ ▎ 1

**4.8** ★★★★★
Based on 84 reviews

**Write A Review**

🔍 Search reviews | Rating ⌄ | With media ◯

Popular topics

instructions | quality | weight | tree | assembly | frame | looks | bag | **Show more**

Sort by: With media ⌄



+2

★★★★★    05/06/23

### What a Breeze!

I am very impressed with this item. It is truly heavy duty and well made, but the weight is not too much for me to easily handle given my small stature. It came with extremely easy to follow instructions, but assembly was a breeze. I didn't even need them. The travel/storage bag is nicely made and not Read more

Dr. B. | ✔ Verified Buyer

Was this review helpful? 👍 0    👎 0



+1

★★★★★    03/06/23

### Works as described! Easy to

Works as described! Easy to assemble and easy move around.

Erica P. | ✔ Verified Buyer

Was this review helpful? 👍 0    👎 0



★★★★★

### The best

Best first hammoc
Durable n sweet

Dani T. | ✔ Verifi

Was this review



MOVANT'S APPENDIX 000059

3/11/24, 7:09 PM                    Portable Heavy-Duty Steel Hammock Stand w/ Built-In Wheel, Case - 9ft – Best Choice Products



★★★★★                    06/23/20

Solid choice and good value-
shipped fast!

Really easy to assemble and
disassemble. Adjusts to several
hammock sizes I love the carrying
bags and how portable they are. My
yard is lacking trees appropriate
but I can still enjoy a hammock in



★★★★★                    05/15/20

So far so good!
(After

So far so good! (After a couple
weeks use in the backyard) haven't
taken it anywhere in the bag yet...

Michelle T.  |  ✔ Verified Buyer

Was this review helpful? 👍 2  👎 0



★★★★★                    06/27/20

Very easy to set
up.


+1

★★★★★                    06/22/20

Nice hammock
frame

Great frame. Easy to put together.
No tools required. Brand new but it
looks like it is good quality.

Barbara C.  |  ✔ Verified Buyer

Was this review helpful? 👍 1  👎 0

★★★★★                    10/19/23

Great stand,
terrible bag

The stand is great. Made of tubing
with a good weight and is easy to
assemble. The bag that came with it
is worthless. It is too small to hold
the stand and the zipper will not

★★★★★

Great po
Hammoc

Great addition to m
light enough to m
the ends are a litt
person to move -
with two people.
it's a great portal
stand that can ho
of weight and wo
to anyone lookin
Read more

Ron G.  |  ✔ Verifi

Was this review h



★★★★★

Love Ou

We gave up our t
and use this in ou
with eno hammoc
ever!!!

Angie V.  |  ✔ Ver

Was this revi
helpful?

3/11/24, 7:09 PM                Portable Heavy-Duty Steel Hammock Stand w/ Built-In Wheel, Case - 9ft – Best Choice Products

support the stress. I didn't even get
one use before the zipper broke.

Neal  |  ✓ Verified Reviewer

Was this review helpful?  👍 0  👎 0

Load more reviews



## STAY CONNECTED

Exclusive offers, a heads up on new arrivals, and more. #mybcp

     

| SHOP | COMPANY |
|------|---------|
| New Arrivals | Our Mission |
| Best Sellers | Our Story |
| Clearance | BCP Blog |
|  | Partners & Affiliates |
|  | Ambassador Program |
|  | Careers |

| ACCOUNT | HELP |
|---------|------|
| My Account | Help Center |
| BCP Rewards | Shipping Details |
| Wishlist | Track My Order |
| Afterpay | Start a Conversation |
|  | Returns |

### SUBSCRIBE TO OUR NEWSLETTER

The latest news arrivals & promotions sent to your inbox weekly.

Enter your email

Subscribe

© 2023 Best Choice Products, Inc. All rights reserved. Terms, Privacy, & Accessibility.

https://bestchoiceproducts.com/products/space-saving-steel-youth-hammock-stand-9-outdoor-patio-portable-w-carrying-case

MOVANT'S_APPENDIX 000061

Case No. 1:23-cv-02405-SKC-TPO     Document 56-2     filed 04/02/24     USDC Colorado
pg 62 of 74

15101 Red Hill Ave, Tustin, CA 92780
Help@BestChoiceProducts.com

MOVANT'S_APPENDIX 000062

3/11/24, 7:17 PM
Case No. 1:23-cv-02405-SKC-TPO    Document 56-2    filed 04/02/24    USDC Colorado
FDW Hammock Stands,Portable Hammock Stand Heavy Duty Steel Stand for Outdoor Patio or Indoor with Portable Carrying,Blue - Walmart.com
pg 63 of 74

Sports & Outdoors  /  Outdoor Sports  /  Camping Gear  /  Camping Furniture  /  Camping Hammocks  /  All Camping Hammocks

Pre-approval starts here.                                                                                   Sponsored ⓘ

📈 Reviewers highlighted: comfort, price, sturdiness

FDW

**FDW Hammock Stands,Portable Hammock Stand Heavy Duty Steel Stand for Outdoor Patio or Indoor with Portable Carrying,Blue**

★★★★☆ (4.4) 118 reviews

🚚 Free shipping   ↻ Free 30-day returns

**$67.98**

Price when purchased online ⓘ

[ Add to cart ]

**Actual Color:** Blue

| Blue $67.98 | $81.99 |

**How do you want your item?**

| 🚚 Shipping Arrives Mar 19 Free | 🚗 Pickup Not available | 📦 Delivery Not available |

Delivery to Henderson, 89014

🏪 Sold and shipped by **Factory Direct Wholesales, LLC**
★★★★☆ 11738 seller reviews
View seller information

ⓘ Free 30-day returns  Details

♡ Add to list                                          🎁 Add to registry

Sponsored
Now **$27.99** $35.99
Wise Owl Outfitters Camping Hammock, Portable Hammock for Outdoor, Indoor with Tree Straps, Single, Navy Blue/Blue
3+ day shipping

[ + Add ]

Reduced price                                                             Best seller

MOVANT'S_APPENDIX 000063

3/11/24, 7:17 PM                    FDW Hammock Stands,Portable Hammock Stand Heavy Duty Steel Stand for Outdoor Patio or Indoor with Portable Carrying,Blue - Walmart.com







Now $74.46  ~~$95.51~~  +$24.99 shipping

$88.99

Now $89.98  ~~$179.96~~

## About this item

### Product details

【Powder coated】 The hammock stand portable with powder coated steel construction with plastic caps on the ends of the tubing of the hammock stand heavy duty to create a soft finish.Note: the hammock stand is with the hammock.hammock hammock stand with hammock hammock stand hammock stand portable hammock stand heavy duty

【Complete adjust ability】 Each end of the hammock stand has 6 holes spaced 4 inches apart allowing for complete adjust ability of the hammock stand portable of the hook.Any height you want of the hammock stand heavy duty.hammock stand with hammock hammock stand hammock stand portable hammock stand heavy duty hammock

【Take less space and good for everywhere】 The hammock stand portable with space saving design, takes up less space than other ammock stands. The hammock stand with hammock is ideal for bedroom, decks, balconies, porches, etc.hammock stand hammock stand portable hammock stand heavy duty hammock hammock stand with hammock

【Bigger hammock for bigger happy】 The hammock stand portable is very comfortable and durable. Two peoples are able to relax in this at the same time on the hammock stand heavy duty.The hammock stand with hammock can give you a happy holiday.hammock stand portable hammock stand heavy duty hammock hammock stand with hammock hammock stand hammock stand

【Easy to assemble and disassemble】 Assembly the hammock stand is easy,The hammock stand portable is portable,so the hammock stand with hammock is easy to assemble and disassemble.hammock stand heavy duty hammock hammock stand with hammock hammock stand hammock stand portable

FDW Freestanding Hammock, Blue:

- Brand New And Good Quality
- Compact, lightweight and portable for easy carrying and storage
- Convenient And Quick To Set Up Suitable for outdoor camping, travel, beach and indoor use
- It Is A Good Place For Us To Release Of Pressure And Relax Hammock material
- 100% cotton Includes nylon carrying bag
- 300 Lb Weight Limit
- Material: Cotton Hammock and Steel Stand
- Hammock Dimension: 118" x 75"
- Stand Dimension: 111" x 47" x 43"
- Tube diameter: 42 mm x 1.8 mm
- Capacity: 300 lbs.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

### Specifications

**Features**
Lightweight

**Brand**
FDW

**Manufacturer Part Number**
HK-TM32-Blue

**Color**
Blue

More details

### Warranty

**Warranty information**
90 days

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the...

More details





Best seller



Sponsored

Now $87.99  ~~$96.99~~

YITAHOME Hammock Stand Heavy Duty with Hanging Chair Stand 330Lbs, Indoor Outdoor Swing Stand Suitable for Room, Garden, Balcony, Hammock Chair not Include

★★★★★

3+ day shipping

Now $94.99  ~~$114.99~~

Hammock Steel C Stand -Stand for Hanging Hammock Chairs - 300 Pound Capacity, Black

★★★★☆ 20

3+ day shipping

Now $83.99  ~~$279.99~~

Arlopu Hammock Chair Stand, Heavy Duty Steel X Base Porch, Lounger Swing, Indoor Outdoor Use, 330 lbs

★☆☆☆☆ 2

3+ day shipping

MOVANT'S APPENDIX 000064

3/11/24, 7:17 PM                              FDW Hammock Stands,Portable Hammock Stand Heavy Duty Steel Stand for Outdoor Patio or Indoor with Portable Carrying,Blue - Walmart.com



3/11/24, 7:17 PM

Case No. 1:23-cv-02405-SKC-TPO    Document 56-2    filed 04/02/24    USDC Colorado

FDW Hammock Stands,Portable Hammock Stand Heavy Duty Steel Stand for Outdoor Patio or Indoor with Portable Carrying,Blue - Walmart.com

pg 66 of 74







Options

$99.99

$60.89

$69.99

| Report: | ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General) |

### Related pages

| | |
|---|---|
| Vivere Hammocks | Camping Hammock Chair Stand |
| Wind Hammock | Tailgate Hammock |
| Insulated Hammock | Coral Coast Hammocks |
| Backpacking Hammock | Mountain Hammock |
| All Camping Hammocks | ENO Hammocks |
| Bliss Hammocks | Camping Hammocks by Brand |

MOVANT'S_APPENDIX 000066



MOVANT'S_APPENDIX 000067

3/11/24, 7:00 PM                    Hammock Stand Frame, Adjustable for Backyard Hammocks — Yellow Leaf Hammocks

Welcome back Shark Tank fans! We're so excited to share our wild journey with you. Stay tuned for
more big news! -Rach & Joe

 



     

# Adjustable Hammock Stand (Pure White)

$249

**About**    Specs    **Included**    Shipping

MOVANT'S_APPENDIX 000068

For those of us who don't have two perfect trees in the yard, this Hammock Stand is the perfect solution. It has a space-saving design and easy assembly, so all you have to worry about is putting on your sunscreen. (Also available in <u>Charcoal</u> - restock coming soon)

## Compatibility

The Adjustable Hammock Stand is compatible with **all** of our <u>Signature Hammocks</u> (Classic & Family sizes). It is *not* compatible with the Cotton Rope Hammock or the Hanging Chair Hammock.

---

### ADD TO CART | $249



# It assembles quickly so you can get straight to the good part. (Zzzzz)

MOVANT'S_APPENDIX 000069

Assembling The Adjustable Hammock Stand takes just a few minutes. Best of all? You don't even need any tools.



## Now you don't have to wait for two perfect trees to grow.

You can place the Hammock Stand anywhere you please. Try it in the backyard, on the patio, on the porch or out on the deck.

MOVANT'S_APPENDIX 000070



## The Hammock Stand can be moved around to chase the sun...

...or to stay in the shade! It's lightweight and easy to reposition so you can move it anywhere you choose.



## Be prepared to nap anywhere you go

The Hammock Stand is easy to disassemble and pack up for a camping trip or a beach day.

# Hammocks Loved By:





No reviews yet, write one now?

✎  WRITE A REVIEW



## You've got questions, we've got answers.

How long does shipping take?                                                   +

How do I hang my hammock?                                                      +

What's your return policy?                                                     +

I have even more questions!                                                    +



More questions?

CHAT WITH OUR CONCIERGE