# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## DECLARATION OF GREG MCEVILLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S TRADE DRESS INFRINGEMENT CLAIM FOR RELIEF

I, Greg McEvilly, hereby declare under penalty of perjury as follows:

1. I am an adult over the age of 21 years old and am competent to testify. I make this declaration from my own personal knowledge and the statements herein are true to the best of my knowledge, information, and belief. I would testify in accordance with this declaration if called on to do so.

2. I am the CEO of Kammok Gear, LLC and part owner of Kammok Holdings, LLC.

3. Kammok manufactures, sells, and distributes a portable and adjustable stand for hammocks on other suspension seats under the Swiftlet mark (the "Swiftlet").

4. Kammok has invested time, resources, and money into creating a distinct hammock holder at the end of cantilever arms in a clamshell design for the Swiftlet to make it known to consumers.

5. Kammok has invested time, resources, and money into creating distinct textured anchor points on which a hammock may be attached for the Swiftlet to make it known to consumers.

6. Kammok has invested time, resources, and money into creating a distinct carry bag in which the Swiftlet can be stored to make it known to consumers.

7. Kammok's clamshell design is sculptural in nature and separate from the utilitarian purpose of the design.

8. Kammok's textured anchor points include sculptural features separate from the utilitarian purpose of the design.

9. Consumers have commented publicly on the uniqueness of the Swiftlet, particularly its clamshell design and textured anchor points.

DATED this 23rd day of April, 2024.

BY: /s/ *[DocuSigned by: C2DE8C1AED9A43B]*
GREG MCEVILLY

2