**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

     Plaintiff,

v.

EASTHILLS, INC.; and DOES 1-10,

     Defendants.

---

**SUPPLEMENTAL DECLARATION OF SHAWN MANGANO
IN SUPPORT OF DEFENDANT EASTHILLS, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

     I, Shawn Mangano, of the City of Henderson, in the State of Nevada, declare as follows:

     1.     I am an attorney at law, duly admitted to practice before, among other courts, all federal and state courts within the State of Nevada, State of California, and the United States District Court for the District of Colorado.

     2.     I am lead counsel for Defendant EASTHILLS, INC. ("Easthills") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

     3.     This declaration is submitted in support of Defendant Easthills' Motion for Partial Summary Judgment (the "Motion"), which supports dismissing Plaintiff Kammok Holdings, LLC's ("Kammok") claim for trade dress infringement as alleged in its First Amended Complaint [Dkt. No. 38 at 7-8.]

1

4.      In response to Easthills' Second Set of Requests for Production, Kammok produced a physical specimen of the Swiftlet.

5.      Easthills' counsel set up the Swiftlet alongside the Anymaka in order to visibly compare the two portable hammock stands.

6.      Easthills' counsel's staff took photos of both the Swiftlet and Anymaka.

7.      The following is a true and correct copy of a digital photograph of the Swiftlet clamshell hammock holder taken by Easthills' counsel's staff.



8.      The following is a true and correct copy of a digital photograph of the Swiftlet clamshell hammock holder taken by Easthills' counsel's staff.



2

9.      The following is a true and correct copy of a digital photograph of the Swiftlet clamshell hammock holder taken by Easthills' counsel's staff.



10.     The following is a true and correct copy of a digital photograph of the Swiftlet textured anchor taken by Easthills' counsel's staff



///

SUPPLEMENTAL DECLARATION OF S.                    CASE NO. 1: 23-cv-02405-SKC-MEH
MANGANO ISO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

11.      The following is a true and correct copy of a digital photograph of the
Swiftlet textured anchor taken by Easthills' counsel's staff.



12.      The following is a true and correct copy of a digital photograph of
Kammok's Carry Case for the Swiftlet taken by Easthills' counsel's staff.



13.      The following is a true and correct copy of a digital photograph of
Anymaka's hammock holder taken by Easthills' counsel's staff.



4

SUPPLEMENTAL DECLARATION OF S.                    CASE NO. 1: 23-cv-02405-SKC-MEH
MANGANO ISO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

14.     The following is a true and correct copy of a digital photograph of Anymaka's hammock holder taken by Easthills' counsel's staff.



15.     The following is a true and correct copy of a digital photograph of Anymaka's anchor taken by Easthills' counsel's staff.



//

SUPPLEMENTAL DECLARATION OF S.                CASE NO. 1: 23-cv-02405-SKC-MEH
MANGANO ISO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

16.     The following is a true and correct copy of a digital photograph of Anymaka's carry case taken by Easthills' counsel's staff.



17.     The following is a true and correct copy of a photograph of the Swiftlet taken from REI's website:

https://www.rei.com/product/174397/kammok-swiftlet-hammock-stand?sku=1743970001&store=&CAWELAID=120217890010154860&CAGPSPN=pla&CAAGID=136582210554&CATCI=pla-501439958287&cm_mmc=PLA_Google%7C21700000001700551_1743970001%7C92700070578727398%7CTOF%7C71700000062011448&gad_source=1&gclid=EAIaIQobChMIvcHWx8z8hQMV2KVaBR2vuQzSEAQYAyABEgKZE_D_BwE&gclsrc=aw.ds



SUPPLEMENTAL DECLARATION OF S.                    CASE NO. 1: 23-cv-02405-SKC-MEH
MANGANO ISO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

18.    The following is a true and correct copy of a photograph of the Parkway Adjustable Hammock Stand taken from Eagle's Nest Outfitters, Inc.'s website: https://eaglesnestoutfittersinc.com/products/parkway-adjustable-hammock-stand?gad_source=1&gclid=EAIaIQobChMIlsyalM38hQMVXptaBR2ZegcZEAAYAS AAEgIBVPD_BwE



///

///

///

SUPPLEMENTAL DECLARATION OF S.                     CASE NO. 1: 23-cv-02405-SKC-MEH
MANGANO ISO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

19.     The following is a true and correct copy of a photograph of the Parkway Adjustable Hammock Stand taken from Eagle's Nest Outfitters, Inc.'s website: https://eaglesnestoutfittersinc.com/products/parkway-adjustable-hammock-stand?gad_source=1&gclid=EAIaIQobChMIlsyalM38hQMVXptaBR2ZegcZEAAYAS AAEgIBVPD_BwE



20.     The following is a true and correct copy of a photograph of the Parkway Adjustable Hammock Stand's carry case taken from Eagle's Nest Outfitters, Inc.'s website: https://eaglesnestoutfittersinc.com/products/parkway-adjustable-hammock-stand?gad_source=1&gclid=EAIaIQobChMIlsyalM38hQMVXptaBR2ZegcZEAAYAS AAEgIBVPD_BwE



8

SUPPLEMENTAL DECLARATION OF S.              CASE NO. 1: 23-cv-02405-SKC-MEH
MANGANO ISO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

21.     The following is a true and correct copy of a photograph taken from a Google search of a hexagon nut.



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 7, 2024                              By: */s/ Shawn Mangano*
                                               Shawn Mangano

SUPPLEMENTAL DECLARATION OF S.                    CASE NO. 1: 23-cv-02405-SKC-MEH
MANGANO ISO DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT