# EXHIBIT C

| | |
|---|---|
| **From:** | Copyright Office <cop-ad@loc.gov> |
| **Sent:** | Thursday, September 14, 2023 6:08:40 AM |
| **To:** | travis@loyaliplaw.com |
| **Subject:** | U.S. Copyright Office Application - 1-12982408225 Kammok Cradle |
| **Attachments:** | usco refusal 1-12982408225 9_14_2023.pdf |

Dear TRAVIS BANTA:

The U.S. Copyright Office has completed its review of your claim. Our registration decision is set forth in the attached .pdf.

The attached .pdf constitutes "written" notice per 37 C.F.R. § 202.5(b)(4) and 17 U.S.C. § 410(b).

Instructions for responding to the Office's registration decision are provided in the attached .pdf. All responses should be sent according to these instructions. Do not reply to this email.

Questions about this process should be directed to the Public Information Office at 1 (877) 476-0778.

Sincerely,

Registration Specialist AC

Visual Arts Division

U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office. [THREAD ID:1-5YT4TOJ]

KAMMOK000103