# EXHIBIT D



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

September 14, 2023

LOYAL INTELLECTUAL PROPERTY LAW PLLC
Attn: TRAVIS BANTA
2350 E ARBOR LN. PO BOX 17395
HOLLADAY, UT 84117
United States

Correspondence ID:   1-5YT4TOB

RE:    Kammok Cradle

Dear TRAVIS BANTA:

Registration for the above work must be refused because it is a useful article that does not contain any separable, copyrightable authorship needed to sustain a claim to copyright.

The Copyright law protects pictorial, graphic, or sculptural works. 17 U.S.C. § 102(a)(5). The design of a useful article is considered a pictorial, graphic, or sculptural work "only if, and only to the extent that, such design incorporates pictorial, graphic, or sculptural features that can be identified separately from, and are capable of existing independently of, the utilitarian aspects of the article." 17 U.S.C. § 101 (definition of "pictorial, graphic, and sculptural works"). The copyright statute defines "useful article" as "…an article having an intrinsic utilitarian function that is not merely to portray the appearance of the article or to convey information." 17 U.S.C. § 101 (definition of "useful article"). Any article "that is normally a part of a useful article is considered a useful article." 17 U.S.C. § 101 (definition of "useful article").

We examined your work, concluded that it is a useful article, and determined that it does not contain any separable design element that contains sufficient copyrightable authorship to support a registration.

Consequently, we cannot register your copyright claim.

This letter is for your information only; no response is necessary.


Registration Specialist AC
Visual Arts Division
U.S. Copyright Office

Enclosures:
  Reply Sheet

TRAVIS BANTA                                          - 2 -                                          1-5YT4TOB

 **United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov



**\* 1 - 5 Y T 4 T 0 B \***

# Use this sheet <u>if</u> you request reconsideration

## How to request reconsideration:

- Send your written explanation *of why the claim should be registered or why it was* improperly refused.
- Be sure to include the Correspondence ID Number (listed under the bar code above) on the first page of your Request.
- Indicate whether you are requesting a "First Reconsideration" or "Second Reconsideration."
- **Submit your request ONLINE:** We strongly recommend sending all requests for reconsideration via email following these steps:

    **EMAIL YOUR REQUEST (BUT NOT THE REQUIRED FEE) to:**
    reconsideration@copyright.gov.
    - The subject line should say "First Reconsideration" or "Second Reconsideration"
    - Once your email request is received, you will be contacted with instructions on how to submit the required fee.
    - Failure to send your request for reconsideration to the above email address will result in a delayed response.

    **IMPORTANT NOTE:** Your request and the required fee must be received no later than three months after a refusal is issued.

- **Alternatively, you may submit your request VIA MAIL:**

    - **IMPORTANT NOTE:** Your request must be postmarked (via the U.S. Postal Service) or dispatched (via commercial carrier, courier, or messenger) no later than three months after a refusal is issued.
    - Enclose the required fee.
    - Address your request to:

        **FIRST RECONSIDERATION *or* SECOND RECONSIDERATION**
        **U.S. Copyright Office**
        **MCA Division**
        **P.O. Box 71380**
        **Washington, DC 20024-1380**

TRAVIS BANTA - 4 - 1-5YT4TOB

**First Request for Reconsideration ($350.00 per application):** The Registration Program Office considers the first request. If it upholds the refusal, you may submit a second request.

**Second Request for Reconsideration ($700.00 per application):** The Copyright Office Review Board considers the second request. The Board consists of the Register of Copyrights and the General Counsel (or their respective designees), and a third member appointed by the Register. The Board's decision constitutes final agency action.

**Notification of decision:** The Copyright Office will send all notifications of its decisions by email to the email address provided in the record and/or in the request for reconsideration. If no email address is provided, the Office will send its decision via mail.

## RECONSIDERATION FEES:

**First Request**      $350 per application

**Second Request**     $700 per application

## READ MORE:

- U.S. Copyright Office Administrative Appeals:
  https://copyright.gov/comp3/chap1700/ch1700-administrative-appeals.pdf

- U.S. Copyright Office Fees:
  https://copyright.gov/circs/circ04.pdf

- Copyright Basics:
  https://copyright.gov/circs/circ01.pdf

- Copyright Registration:
  https://copyright.gov/circs/circ02.pdf