# EXHIBIT F



Travis Banta
801-706-5636
Travis@loyaliplaw.com

**Internet**
www.loyaliplaw.com

September 29, 2023

**VIA EMAIL**

**Kickstarter, PBC
Chief Legal Officer
228 Park Ave S
PMB 59430
New York, New York
10003-1502**

RE:   Your letter of September 28, 2023

Dear Kickstarter Chief Legal Officer:

I am in receipt of your letter of September 28, 2023, which indicates that Kickstarter intends to reinstate the Anymaka project on Monday, October 2, 2023 at noon PST unless we submit a copyright registration for the copyright(s) in question by then. You also indicated that a "lawsuit may not be filed without first obtaining a copyright registration from the copyright office" and that a "pending registration is not sufficient," Citing *Fourth Estate Public Benefit Corp. v. Wall-Street.com LLC*, 586 U.S. ____ (2019).

In the first 3 lines of the *Fourth Estate* decision, Justice Ginsburg cited 17 U.S.C. §411(a) which states that "no civil action for infringement of the copyright in any United States work shall be *instituted* until . . . registration of the copyright claim has been made in accordance with this title."

In your email to me on August 23, 2023, you stated:

"If you do not notify us within 10 business days that you have *filed legal action* relating to the allegedly infringing material, we may permit the project to move forward" (emphasis added).

We met your terms by timely filing a lawsuit within an extended period of 14 days which Kickstarter and I agreed to on August 31, 2023. There is and was *no* requirement that our lawsuit must be *instituted* within 14 days. The only requirement Kickstarter provided was that our lawsuit be *filed* within 14 days.

Not only does your stated course of action in your letter of September 28, 2023, contradict the terms you have articulated to us for defending my client's intellectual property, but it is also not supported by your citation to *Fourth Estate*. There is a difference between filing a lawsuit and

_____

**Loyal Intellectual Property Law**
2350 E. Arbor Lane, P.O. Box 17395 Holladay, Utah 84117 U.S.A.
Telephone: 801-706-5636



Page 2

instituting a lawsuit.  Moreover, the District Court has provided, under its rules, a timeframe for instituting a lawsuit by November 16.

Given that we have several pending copyright registrations, it may very well be that we do have copyright registrations before the lawsuit is instituted, as required under *Fourth Estate*, which could also open Kickstarter to liability for copyright infringement if the Anymaka project is allowed to continue prior to the date by which the lawsuit is instituted.  Whether or not we have a copyright registration is an issue for the courts at this point.

I request that you reconsider your proposed course of action as we have done everything you have required to maintain our DMCA complaint.  To require something additional now, with less than 2 business days of notice, which is not consistent with your citation to *Fourth Estate* or with the terms of service you set forth, is not only unfair, but also subjects Kickstarter to potential liability going forward.

Best regards,

Travis Banta
Loyal Intellectual Property Law

TRB

---

**Loyal Intellectual Property Law**
2350 E. Arbor Lane, P.O. Box 17395 Holladay, Utah 84117 U.S.A.
Telephone: 801-706-5636