# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants.

## JOINT DISPUTED CLAIM TERMS CHART

Pursuant to the Scheduling Order [Dkt. No. 17], Plaintiff Kammok Holdings, LLC ("Kammok") and defendant Easthills, Inc. ("Easthills") provide the following list of claim terms that they contend should be construed by the Court. Claim terms not listed below are proposed by the parties to be construed consistent with their plain and ordinary meaning.

| CLAIM TERM | CLAIM NUMBER(S) |
| --- | --- |
| Cantilever arm | 1, 8, 9, 10, 11, 12, 13, 15, 16, 17 |
| Cradle | 1 |
| Side clip | 1, 12 |
| Anchor | 1, 10, 11, 12, 13 |
| Footprint adjustment bar | 1, 17 |
| Pinholes | 8, 9 |
| Engages | 12, 13 |
| Inside surfaces | 15, 16 |
| Backside | 1, 16 |

| Side clip including a first anchor | 1 |
| Backside of the first cantilever arm | 1, 16 |
| Detachably attaching | 2 |
| Compressible bushing | 3, 4 |
| Telescopically | 5 |
| Connecting | 1 |

DATED this 6th day of June, 2024.

BY: /s/ Dominic W. Shaw

Reid Allred
Douglas Marsh
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338
reid@cambridgelaw.com
doug@cambridgelaw.com

Erik A. Olson
eolson@mohtrial.com
Dominic W. Shaw
dshaw@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*

/s/ Shawn A. Mangano
Shawn A. Mangano (NV Bar No. 6730)
shawnmangano@bayramoglu-legal.com
Emily M. Heim (FL Bar No. 1015867)
emily@bayramoglu-legal.com
Nihat Deniz Bayramoglu (NV Bar No. 14030)
deniz@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Ste 100
Henderson, NV 89014
Telephone: 702.462.5973
Facsimilie: 702.553.3404

*Attorneys for Defendant*