IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1-10,

    Defendants.

---

# DECLARATION OF EMILY HEIM IN SUPPORT OF DEFENDANT EASTHILLS, INC.'S RESPONSE TO OPENING CLAIM CONSTRUCTION BRIEF

---

I, Emily Heim, of the City of Tampa, in the State of Florida, declare as follows:

1. I am an attorney at law, duly admitted to practice before, among other courts, all federal and state courts within the State of Florida and the United States District Court for the District of Colorado. I am one of the attorneys for Defendant Easthills, Inc. ("Easthills") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of Easthills' Response to Opening Claim Construction Brief, which supports Easthills' construction of the disputed claim terms presented in Defendant's Opening Claim Construction Brief [Dkt. No. 64.]

3. On July 5, 2024, the parties each filed separately an Opening Claim Construction Brief [Dkt. Nos. 64, 65] to present their constructions for the thirteen

disputed claim terms for United States Patent No. 11,330,893 (the "'893 Patent") listed in the parties' Joint Disputed Claim Terms Chart [Dkt. No. 63].

4. On July 22, 2024, I communicated to Dominic Shaw, counsel for Kammok Holdings, LLC ("Kammok"), that Easthills has agreed to adopt Kammok's alternative proposed claim constructions for the terms "engages", "pinholes", "anchor", "side clip", and "side clip including a first anchor". I asked Kammok's counsel whether Kammok would stipulate to the mutual adoption of Kammok's alternative proposed claim constructions for these specific terms.

5. On July 26, 2024, the parties mutually agreed to the constructions for the following previously disputed terms.

| Agreed Term | Claim No. | Construction |
|---|---|---|
| Engages | 12, 13 | "Connects to for the purposes of holding the suspension seat in place" |
| Pinholes | 8, 9 | "Holes through which the side clip is connected to hold the suspension seat in place." |
| Anchor | 1, 10, 11, 12, 13 | "A connector in the side clip for connecting to a suspension seat." |
| Side Clip | 1, 12 | "A mechanism used to move the anchor distally or proximally." |
| Side clip including a first anchor | 1 | "A mechanism used to move the anchor distally or proximally that includes a first connector for connecting to a suspension seat." |

6. Therefore, the parties have reduced the original thirteen disputed terms [Dkt. No. 63] to eight remaining disputed terms. The terms "engages", "pinholes", "anchor", "side clip", and "side clip including a first anchor" are no longer in dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 29, 2024

By: */s/ Emily Heim*
Emily Heim