IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## JOINT MOTION FOR DETERMINATION

Pursuant to D.C.COLO.LPtR 15(d), Plaintiff Kammok Holdings, LLC and defendant Easthills, Inc. submit the following Joint Motion for Determination.  The parties filed their opening claim construction briefs on July 5, 2024.  The parties filed their responses to the opening claim construction briefs on July 29, 2024.  The parties filed their reply memoranda on August 5, 2024.  No additional briefing is necessary, and the parties' claim construction briefing is ripe for decision.  Therefore, the parties request that the Court set a claim construction hearing.

DATED this 9th day of August, 2024.

BY: /s/ Dominic W. Shaw
DOMINIC W. SHAW

Reid J. Allred
Douglas N. Marsh
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338
reid@cambridgelaw.com
doug@cambridgelaw.com

Erik A. Olson
eolson@mohtrial.com
Dominic W. Shaw
dshaw@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*

/s/ Emily M. Heim (signed with permission)
SHAWN A. MANGANO (NV Bar No. 6730)
shawnmangano@bayramoglu-legal.com
NIHAT DENIZ BAYRAMOGLU (NV Bar No. 14030)
deniz@bayramoglu-legal.com
EMILY M. HEIM (FL Bar No. 1015867)
emily@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Ste 100
Henderson Nevada 89014
Telephone:  702.462.5973 | Fax:   702.553.3404

*Counsel for Defendant*