IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to the Court's scheduling order (ECF No. 17) and D.C.COLO.LCivR 6.1(b), plaintiff Kammok Holdings, LLC ("Kammok") submits the following unopposed motion for an extension of the fact discovery deadlines. The parties seek a sixty-day extension of the fact discovery deadline, with all expert discovery deadlines to follow. This would move the relevant deadlines as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact discovery deadline | August 30, 2024 | October 29, 2024 |
| Affirmative expert designation deadline | October 11, 2024 | December 10, 2024 |
| Rebuttal expert designation deadline | November 22, 2024 | January 21, 2025 |
| Expert discovery deadline | November 22, 2024 | January 21, 2025 |
| Dispositive motions deadline | December 13, 2024 | February 11, 2025 |

The reason for the extension is to allow the parties sufficient time to conduct depositions. The parties have been diligent in pursuing discovery but are unable to schedule depositions prior to the close of fact discovery. The scheduling of depositions is complicated by the various witnesses being located in separate states and countries than any of the attorneys in this matter and

by a three-week jury trial that will be conducted by plaintiff's attorneys in another matter. The parties believe that a sixty-day extension will allow the parties sufficient time to conduct all necessary depositions. No extensions have previously been granted in this action.

DATED this 22nd day of August, 2024.

                          BY:   /s/ Dominic W. Shaw

                          Reid Allred
                          Douglas Marsh
                          CAMBRIDGE LAW, LLC
                          4610 South Ulster Street, Suite 150
                          Denver, Colorado 80237
                          303.488.3338
                          reid@cambridgelaw.com
                          doug@cambridgelaw.com

                          Erik A. Olson
                          eolson@mohtrial.com
                          Dominic W. Shaw
                          dshaw@mohtrial.com
                          MARSHALL OLSON & HULL, P.C.
                          Newhouse Building
                          Ten Exchange Place, Suite 350
                          Salt Lake City, Utah 84111
                          801.456.7655

                          *Attorneys for Plaintiff*