IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## UNOPPOSED MOTION TO CORRECT DISCOVERY DEADLINES

On August 22, 2024, Plaintiff Kammok Holdings, LLC ("Kammok") filed its unopposed motion to extend discovery deadlines (the "Motion") (ECF No. 74). The Court granted the Motion (ECF No. 75). Upon review of the Court's order granting the Motion, Kammok discovered that it had inadvertently included the same date for rebuttal expert designations and the close of expert discovery. This makes it impossible for the parties to conduct depositions of any rebuttal experts that may be disclosed. Thus, the parties now seek the following correction to the expert discovery deadlines:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Expert discovery deadline | January 21, 2025 | February 20, 2025 |
| Dispositive motions deadline | February 11, 2025 | March 4, 2025 |

The only previous extensions of discovery deadlines occurred on August 22, 2024 (ECF No. 75).

DATED this 27th day of August, 2024.

BY:   /s/ Dominic W. Shaw

Reid Allred
Douglas Marsh
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338
reid@cambridgelaw.com
doug@cambridgelaw.com

Erik A. Olson
eolson@mohtrial.com
Dominic W. Shaw
dshaw@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*