## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

     Plaintiff,

v.

EASTHILLS, INC.; and DOES 1-10,

     Defendants.

---

## DEFENDANT EASTHILLS, INC.'S NOTICE OF ERRATA TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Defendant Easthills, Inc. ("Defendant"), by and through their counsel, Bayramoglu Law Offices LLC, hereby submits this Notice of Errata regarding Defendant's Supplemental Memorandum in Support of Motion for Partial Summary Judgment (Dkt. No. 73).

On July 25, 2024, Defendant filed an Unopposed Motion for Leave to File a Supplemental Memorandum in Support of Motion for Partial Summary Judgment on Plaintiff's Trade Dress Infringement Claim, a Second Supplemental Declaration of S. Mangano in Support of the Motion and an Exhibit A to the Second Supplemental Declaration (Dkt. No. 66).

On July 26, 2024, this Court Granted Defendant Leave to file its Supplemental Brief on or before August 9, 2024 (Dkt. No. 67).

On August 9, 2024, Defendant complied with the Court Order and filed its Supplemental Brief and Second Supplemental Declaration of S. Mangano. (Dkt. No.

73). However, Exhibit A which was previously filed in Defendant's Motion for Leave to File a Supplemental Brief (Dkt. No. 66-3) was inadvertently omitted in this filing.

Submitted herewith as Exhibit A is a true and correct copy of the originally filed Exhibit A to the Second Supplemental Declaration of S. Mangano (Dkt. No. 66-3).

DATED: August 28, 2024

Respectfully submitted,

*/s/ Shawn A. Mangano*
SHAWN A. MANGANO, ESQ.
(Nevada Bar No. 6730)
shawnmangano@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404

## <u>CERTIFICATE OF SERVICE</u>

I hereby certified that a true correct copy of the foregoing NOTICE OF ERRATA was served upon Plaintiff by ECF on August 28, 2024.

DATED: August 28, 2024                    */s/ Shawn A. Mangano*
                                          Shawn A. Mangano
                                          BAYRAMOGLU LAW OFFICES LLC