IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## MOTION FOR DOMINIC W. SHAW TO WITHDRAW AS COUNSEL

Pursuant to local rule D.C.COLO.LAttyR 5, Dominic W. Shaw ("Shaw"), counsel for Kammok Holdings, LLC, seeks leave to withdraw as counsel. Good cause exists for the withdrawal of Shaw. At the outset of this litigation, Shaw lived in Salt Lake City, Utah and expected to live there and work at his law firm Marshall Olson & Hull ("MOH") indefinitely. In August 2024, Shaw moved to Virginia for family reasons. This move has necessitated that Shaw seek other employment. Beginning in September 2024, Shaw will cease working for MOH and will start employment with the Internal Revenue Service.

Notwithstanding Shaw's withdrawal, Erik A. Olson of MOH and Reid J. Allred and Douglas N. Marsh of the law firm Cambridge Law, LLC, who have previously appeared will remain as counsel for plaintiff. Anikka T. Hoidal of MOH

will also file a notice of appearance concurrently with this motion. The above-named counsel are aware of all deadlines.

DATED this 18th day of September, 2024.

                                        BY:    /s/ Dominic W. Shaw

                                        Reid J. Allred
                                        Douglas N. Marsh
                                        CAMBRIDGE LAW, LLC
                                        4610 South Ulster Street, Suite 150
                                        Denver, Colorado 80237
                                        303.488.3338
                                        reid@cambridgelawcolorado.com
                                        doug@cambridgelawcolorado.com

                                        Erik A. Olson
                                        eolson@mohtrial.com
                                        Anikka T. Hoidal
                                        ahoidal@mohtrial.com
                                        MARSHALL OLSON & HULL, P.C.
                                        Newhouse Building
                                        Ten Exchange Place, Suite 350
                                        Salt Lake City, Utah 84111
                                        801.456.7655

                                        *Attorneys for Plaintiff*