IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

**NOTICE OF APPEARANCE OF ANIKKA T. HOIDAL**

Pursuant to Rule 9 of the Federal Rules of Civil Procedure, Notice is hereby given that Anikka T. Hoidal of the law firm Marshall Olson & Hull hereby enters her appearance as counsel for plaintiff Kammok Holdings, LLC. All notices and filings should be directed to her using the contact information included in the signature block below, together with co-counsel Erik A. Olson of the law firm Marshall Olson & Hull and Reid J. Allred and Douglas N. Marsh of the law firm Cambridge Law, LLC, who have previously appeared and remain as counsel of record for plaintiff.

DATED this 18th day of September, 2024.

        BY:    /s/ Anikka T. Hoidal

Reid J. Allred
Douglas N. Marsh
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338
reid@cambridgelawcolorado.com
doug@cambridgelawcolorado.com

Erik A. Olson
eolson@mohtrial.com
Anikka T. Hoidal
ahoidal@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*