# EXHIBIT A

| Claim Chart – U.S. 11,330,893 | Anymaka Portable Hammock Stand |
|---|---|
| 1. An adjustable-footprint suspension seat frame comprising: | |
| three or more feet; | |
| a first cantilever arm comprising a first cradle disposed on a distal end of the first cantilever arm and a side clip including a first anchor for a suspension seat oriented on a backside of the first cantilever arm, wherein the first cantilever arm extends through the side clip and the side clip slides proximally and distally along the first cantilever arm; | |
| a second cantilever arm comprising a second cradle disposed on a distal end of the second cantilever arm and a second anchor for the suspension seat oriented on a backside of the second cantilever arm; and | |

| a first footprint adjustment bar connecting the first cantilever arm to the second cantilever arm. |  |
|---|---|