IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

**PLAINTIFF KAMMOK HOLDINGS, LLC'S NOTICE OF ERRATA TO PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff Kammok Holdings, LLC ("Kammok") hereby submits this Notice of Errata regarding its response to defendant Easthills, Inc.'s supplemental briefing in support of motion for partial summary judgment (the "Response") (ECF No. 77).

On August 23, 2024, Kammok filed the Response, which cites extensively the Rule 56(d) Declaration of Dominic Shaw. Counsel inadvertently omitted filing that declaration with the Response, and only learned of the unintended omission upon reviewing Easthills' motion to strike (ECF No. 77). Submitted herewith as Exhibit 1 is the Rule 56(d) Declaration of Dominic Shaw cited in the Response.

DATED this 2nd day of October, 2024.

          BY:   /s/ Erik A. Olson

Reid Allred
Douglas Marsh
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338
reid@cambridgelaw.com
doug@cambridgelaw.com

Erik A. Olson
eolson@mohtrial.com
Anikka T. Hoidal
ahoidal@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF KAMMOK HOLDINGS, LLC'S NOTICE OF ERRATA TO PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was served upon counsel for Easthills by ECF on this 2nd day of October 2024.

/s/ Anikka T. Hoidal
Anikka T. Hoidal
**Marshall Olson & Hull, P.C.**

## CERTIFICATION RE: USE OF ARTIFICIAL INTELLIGENCE (AI) FOR DRAFTING

The undersigned, counsel of record for Defendant Kammok Holdings, LLC, certifies that (a) no portion of the filing was drafted by AI, that (b) any language drafted by AI (even if later edited by a human being) was personally reviewed by the filer or another human being for accuracy using print reporters or traditional legal databases and attests that the legal citations are to actual existing cases or cited authority.

/s/ Anikka T. Hoidal
Anikka T. Hoidal
**Marshall Olson & Hull, P.C.**