# Exhibit 1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

**RULE 56(d) DECLARATION OF DOMINIC W. SHAW**

    I, Dominic W. Shaw, hereby declare under penalty of perjury as follows:

    1.    I am an adult over the age of 21 years old and am competent to testify. I make this declaration from my own personal knowledge and the statements herein are true to the best of my knowledge, information, and belief. I would testify in accordance with this declaration if called on to do so.

    2.    I have acted as counsel for the plaintiff Kammok Holdings, LLC since the inception of the above-captioned matter.

    3.    As Kammok's counsel, I (or someone from my office) intend to depose Eric Lin and Chen Ming.

    4.    The initial disclosures of Easthills, Inc. ("Easthills") identify Lin as the founder of Easthills and Ming as the chief engineer of Easthills.

5. Based on the job titles of Lin and Ming, Kammok reasonably believes that one or both of those witnesses were involved with the design of Easthills' product, the Anymaka.

6. Kammok intends to ask both of these witnesses about the design of the anchor points on the Anymaka, including why the design apparently changed from the time Easthills first began marketing the Anymaka to the time it sent a physical specimen to Kammok's counsel and to ask whether any of the Anymakas that were sold included textured anchor points, as originally advertised by Easthills.

7. Kammok has already begun the process of scheduling the depositions of Lin and Ming.

DATED this 23rd day of August, 2024.

BY: /s/ Dominic W. Shaw
DOMINIC W. SHAW