IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to the Court's scheduling order (the "Scheduling Order") (ECF No. 17) and D.C.COLO.LCivR 6.1(b), plaintiff Kammok Holdings, LLC ("Kammok") submits the following unopposed motion for an extension of the fact discovery deadlines. The parties seek a ninety-day extension of the fact discovery deadline, with all expert discovery deadlines and dispositive motions deadline to follow. This would move the relevant deadlines to:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Fact discovery deadline | October 29, 2024 | January 27, 2025 |
| Affirmative expert designation deadline | December 10, 2024 | March 10, 2025 |
| Rebuttal expert designation deadline | January 21, 2025 | April 21, 2025 |
| Expert discovery deadline | February 20, 2025 | May 21, 2025 |
| Dispositive motions deadline | March 4, 2025 | June 23, 2025 |

The reason for the extension is to allow the parties sufficient time to conduct depositions. The parties have been diligent in pursuing discovery but are unable to schedule depositions prior to the close of fact discovery. The scheduling of depositions is complicated by the various witnesses being located in separate states and countries. Additionally, plaintiff's attorneys have approximately fourteen days of trial in three different matters between now and the end of the year. Defendant's attorneys also have scheduling conflicts based on hearings in other matters. The parties believe that a ninety-day extension will allow sufficient time to conduct all necessary depositions. The parties previously sought a sixty-day extension of the fact discovery deadline, which the Court granted. *See* ECF Nos. 74, 76. The parties then moved to correct the dates for the expert discovery deadline and dispositive motion deadline, which the Court granted. *See* ECF Nos. 78, 80.

Pursuant to Local Rule 6.1(c), counsel certifies that this motion is being contemporaneously served upon counsel's client, Kammok Holdings, LLC.

DATED this 9th day of October, 2024.

BY:   /s/ Anikka T. Hoidal

Reid Allred
reid@cambridgelaw.com
Douglas Marsh
doug@cambridgelaw.com
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338

Erik A. Olson
eolson@mohtrial.com
Anikka T. Hoidal
ahoidal@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*