IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## DECLARATION OF GREG McEVILLY

I, Greg McEvilly, hereby declare under penalty of perjury as follows:

1.  I am an adult over the age of 21 years old and am competent to testify. I make this declaration from my own personal knowledge and the statements herein are true to the best of my knowledge, information, and belief. I would testify in accordance with this declaration if called on to do so.

2.  I am the CEO of Kammok Gear, LLC and part owner of Kammok Holdings, LLC.

3.  I relied on the opinion of Travis Banta in deciding whether plaintiff should pursue litigation in this matter.

4.  Based on Banta's opinions, I determined that plaintiff should file suit to protect its patent from further infringement by defendant.

5.      In providing this declaration in opposition to defendant's motion for sanctions, I do not intend to waive the work product doctrine, the attorney-client privilege, or any other applicable privilege.

SIGNED this 10/9/2024 day of October, 2024, in Travis County, Texas.

BY:   /s/ _____
       GREG MCEVILLY

2