IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to the Court's scheduling order (the "Scheduling Order") (ECF No. 17) and D.C.COLO.LCivR 6.1(b), plaintiff Kammok Holdings, LLC ("Kammok") submits the following unopposed motion for an extension of the fact discovery deadlines. The parties seek a thirty-day extension of the fact discovery deadline, with all expert discovery deadlines and dispositive motions deadline to follow. This would move the relevant deadlines to:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Fact discovery deadline | January 27, 2025 | February 26, 2025 |
| Affirmative expert designation deadline | March 10, 2025 | April 9, 2025 |
| Rebuttal expert designation deadline | April 21, 2025 | May 21, 2025 |
| Expert discovery deadline | May 21, 2025 | June 20, 2025 |
| Dispositive motions deadline | June 23, 2025 | July 23, 2025 |

The reason for the extension is to allow the parties sufficient time to complete fact discovery after resolving several issues that have come up during the course of

2

the fact discovery conducted thus far. The parties have been diligent in pursuing discovery but require additional time to complete depositions, provide discovery responses, and supplement discovery responses prior to the close of fact discovery. The parties believe that a thirty-day extension will allow sufficient time to resolve the issues necessary in order to complete fact discovery. The parties previously sought a sixty-day extension of the fact discovery deadline, which the Court granted. *See* ECF Nos. 74, 76. The parties then moved to correct the dates for the expert discovery deadline and dispositive motion deadline, which the Court granted. *See* ECF Nos. 78, 80. The parties then sought an additional ninety-day extension of the fact discovery deadline, which the Cour granted. *See* ECF Nos. 88, 90.

Pursuant to Local Rule 6.1(c), counsel certifies that this motion is being contemporaneously served upon counsel's client, Kammok Holdings, LLC.

DATED this 24th day of January, 2025.

        BY:    /s/ Anikka T. Hoidal

Reid Allred
reid@cambridgelaw.com
Douglas Marsh
doug@cambridgelaw.com
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338

Erik A. Olson
eolson@mohtrial.com
Anikka T. Hoidal
ahoidal@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*

3