IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

 Plaintiff,

v.

EASTHILLS, INC. and
DOES 1-10,

 Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 27, 2025.**

 For good cause shown, Plaintiff's "Unopposed Motion to Extend Discovery Deadlines" Motion [ECF 96] is **granted**. The Court **modifies** the Scheduling Order at ECF 17 as follows:

| | |
|---|---|
| Fact discovery deadline | February 26, 2025 |
| Affirmative expert designation deadline | April 9, 2025 |
| Rebuttal expert designation deadline | May 21, 2025 |
| Expert discovery deadline | June 20, 2025 |
| Dispositive motions deadline | July 23, 2025 |