IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1-10,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    Under D.C.COLO.L.AttyR 5(a), William Brees enters his appearance as counsel of record for Defendant Easthills, Inc. I certify that I am a member in good standing of the bar of this Court. My Contact information is:

William Brees
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson Nevada 89014
Telephone: (702) 462-5973
E-mail: william@bayramoglu-legal.com

DATED: February 17, 2025      Respectfully submitted,

                                        */s/ William Brees*
                                        William Brees (FL Bar No. 98886)
                                        william@bayramoglu-legal.com
                                        **BAYRAMOGLU LAW OFFICES LLC**
                                        1540 West Warm Springs Road Suite 100
                                        Henderson Nevada 89014
                                        Telephone: (702) 462.5973
                                        Facsimile: (702) 553.3404

## CERTIFICATE OF SERVICE

I, hereby certify that on February 17, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

By: */s/ William Brees*
William Brees (FL Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**