## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

    Plaintiff/Counter-Defendant,

v.

EASTHILLS, INC.; and DOES 1-10,

    Defendant/Counterclaimant.

### MOTION TO WITHDRAW SHAWN MANGANO AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to local rule D.C.COLO.LAttyR 5(b), Defendant Easthills, Inc. ("Defendant"), by and through their counsel hereby moves this court for leave to withdraw Shawn A. Mangano as counsel of record for Defendant and respectfully requests the Clerk of this Court remove Shawn A. Mangano from the CM/ECF service list for this action. Good case exists for the withdrawal of Shawn A. Mangano as he is no longer employed at the Bayramoglu Law Offices, LLC. Defendant will continue to be represented by William Brees and Emily M. Heim of the Bayramoglu Law Offices, LLC. The above-named counsel are aware of all deadlines.

DATED: February 17, 2025    Respectfully submitted,

    */s/William Brees*
    William Brees (FL Bar No. 98886)
    william@bayramoglu-legal.com
    **BAYRAMOGLU LAW OFFICES LLC**
    1540 West Warm Springs Road Suite 100
    Henderson Nevada 89014
    Telephone: 702.462.5973

2

## CERTIFICATE OF SERVICE

I, hereby certify that on February 17, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

By: */s/ William Brees*
William Brees (FL Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**