IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1-10,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Under D.C.COLO.L.AttyR 5(a), Kathleen Freeman enters her appearance as counsel of record for Defendant Easthills, Inc. I certify that I am a member in good standing of the bar of this Court. My Contact information is:

Kathleen Freeman
**BAYRAMOGLU LAW OFFICES LLC**
233 S Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Telephone: (702) 462-5973
E-mail: kathleen@bayramoglu-legal.com

DATED: February 20, 2025      Respectfully submitted,

           */s/ Kathleen Freeman*
           Kathleen Freeman (IL Bar No. 6325627)
           kathleen@bayramoglu-legal.com
           **BAYRAMOGLU LAW OFFICES LLC**
           233 S Wacker Drive, 44th Floor, #57
           Chicago, IL 60606
           Telephone: (702) 462.5973
           Facsimile: (702) 553.3404

## CERTIFICATE OF SERVICE

I, hereby certify that on February 20, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

*/s/ Kathleen Freeman*
Kathleen Freeman (IL Bar No. 6325627)
**BAYRAMOGLU LAW OFFICES LLC**