IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to the Court's scheduling order (the "Scheduling Order") (ECF No. 17) and D.C.COLO.LCivR 6.1(b), plaintiff Kammok Holdings, LLC ("Kammok") submits the following unopposed motion for an extension of the fact discovery deadlines. The parties seek a 90-day extension of the fact discovery deadline, with all expert discovery and dispositive motions deadlines to follow. This would move the relevant deadlines to:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Fact discovery deadline | February 26, 2025 | May 27, 2025 |
| Affirmative expert designation deadline | April 9, 2025 | July 8, 2025 |
| Rebuttal expert designation deadline | May 21, 2025 | August 19, 2025 |
| Expert discovery deadline | June 20, 2025 | September 18, 2025 |
| Dispositive motions deadline | July 23, 2025 | October 21, 2025 |

The reason for the extension is that there are a number of unresolved issues between the parties that affect the trajectory of fact discovery. First, defendant's longtime counsel, Shawn Mangano, has withdrawn from the case and has been replaced by new counsel, William Brees, who is continuing to come up to speed. Second, the parties have been diligent in pursuing fact discovery and that discovery has uncovered several previously unknown issues that the parties are currently addressing to determine an appropriate course for the remainder of discovery. This includes, for example, the possible addition of a new party located in Hong Kong, Anymaka Limited. Third, the parties have discussed the possibility of mediating this case and are exploring whether to proceed with mediation. Fourth, counsel for plaintiff is scheduled for approximately two months of trial over the summer, which does not include the trial preparation time.

The parties believe a 90-day extension of the fact discovery deadline will allow counsel the time necessary to resolve the issues that arose through the fact discovery completed thus far and to explore the potential for mediation. The extension of the corresponding deadlines will allow counsel for plaintiff to prepare for and try the cases scheduled for trial while working to further expert discovery and dispositive motions. The parties previously sought a sixty-day extension of the fact discovery deadline, which the Court granted. *See* ECF Nos. 74, 76. The parties then moved to correct the dates for the expert discovery deadline and dispositive motion deadline, which the Court granted. *See* ECF Nos. 78, 80. The parties sought an additional

ninety-day extension of the fact discovery deadline, which the Court granted. *See* ECF Nos. 88, 90. The parties subsequently sought an additional thirty-day extension, which the Court granted. *See* ECF Nos. 96, 98.

Pursuant to Local Rule 6.1(c), counsel certifies that this motion is being contemporaneously served upon counsel's client, Kammok Holdings, LLC.

DATED this 26th day of February, 2025.

        BY:   /s/ Anikka T. Hoidal

Reid Allred
reid@cambridgelaw.com
Douglas Marsh
doug@cambridgelaw.com
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338

Erik A. Olson
eolson@mohtrial.com
Anikka T. Hoidal
ahoidal@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*