IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

     Plaintiff,

v.

EASTHILLS, INC. and
DOES 1-10,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on February 27, 2025.**

    For good cause shown, Plaintiff's "Unopposed Motion to Extend Discovery Deadlines" Motion [ECF 103] is **granted**. The Court **modifies** the Scheduling Order at ECF 17 as follows:

| | |
|---|---|
| Fact discovery deadline | May 27, 2025 |
| Affirmative expert designation deadline | July 8, 2025 |
| Rebuttal expert designation deadline | August 19, 2025 |
| Expert discovery deadline | September 18, 2025 |
| Dispositive motions deadline | October 21, 2025 |