IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

**NOTICE OF APPEARANCE OF DOMINIC W. SHAW**

Pursuant to Rule 9 of the Federal Rules of Civil Procedure, notice is hereby given that Dominic W. Shaw of the law firm Marshall Olson & Hull hereby enters her appearance as counsel for plaintiff Kammok Holdings, LLC.  All notices and filings should be directed to him using the contact information included in the signature block below, together with co-counsel Erik A. Olson and Anikka T. Hoidal of the law firm Marshall Olson & Hull and Reid J. Allred and Douglas N. Marsh of the law firm Cambridge Law, LLC, who have previously appeared and remain as counsel of record for plaintiff.

DATED this 10th day of April, 2025.

> BY:   /s/ Dominic W. Shaw
>
> Reid J. Allred
> Douglas N. Marsh
> CAMBRIDGE LAW, LLC
> 4610 South Ulster Street, Suite 150
> Denver, Colorado 80237
> 303.488.3338
> reid@cambridgelawcolorado.com
> doug@cambridgelawcolorado.com
>
> Erik A. Olson
> eolson@mohtrial.com
> Anikka T. Hoidal
> ahoidal@mohtrial.com
> Dominic W. Shaw
> dshaw@mohtrial.com
> MARSHALL OLSON & HULL, P.C.
> Newhouse Building
> Ten Exchange Place, Suite 350
> Salt Lake City, Utah 84111
> 801.456.7655
>
> *Attorneys for Plaintiff*