IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

     Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

     Defendants

## DECLARATION OF TRAVIS BANTA

I, Travis Banta, hereby declare under penalty of perjury as follows:

1.     I am an adult over the age of 21 years old and am competent to testify. I make this declaration from my own personal knowledge and the statements herein are true to the best of my knowledge, information, and belief.  I would testify in accordance with this declaration if called on to do so.

2.     When I initially researched the Anymaka Kickstarter Campaign and the associated www.anymaka.com, the company Easthills, Inc. was the only entity listed on either site.  Additionally, www.anymaka.com listed a Colorado address.

3.     After investigating both the Kickstarter campaign and www.anymaka.com, I used the Business Database Search function of the Colorado

Secretary of State website to search for "Easthills." There, I discovered the information that led me to contact plaintiff Easthills, Inc.

4.    Neither the Kickstarter Campaign nor www.anymaka.com contained any reference to a company named Anymaka Limited, nor did they list any Hong Kong address. Thus, in my search, I found no information that alerted me to the existence of the Hong Kong-based Anymaka Limited online. Likewise, during pre-litigation communications with Easthills, Eashills' counsel did not disclose to me the existence of a Hong Kong-based company called Anymaka Limited.

5.    In providing this declaration in support of plaintiff's second motion for leave to amend, I do not intend to waive the work product doctrine, the attorney-client privilege, or any other applicable privilege.

DATED this 7th day of April, 2025, in Salt Lake County, Utah.

BY:    /s/ _____
TRAVIS BANTA

2