

Travis Banta
801-706-5636
Travis@loyaliplaw.com

**Internet**
www.loyaliplaw.com

July 13, 2023

VIA CERTIFIED MAIL TO:
    *Certified Mail No.:*    7021 1970 0001 5486 9200; 7021 1970 0001 5486 9194

Mr. Eric Lin
CEO – Easthills, Inc.
201 E. Center St.
Ste 112 #3500
Anaheim, CA
92805

Mr. Wang Chen
Registered Agent – Easthills, Inc.
7200 Missouri Drive
Suite D
Denver, CO
80246

    RE:    Infringement of U.S. Patent No. 11,330,893 – Anymaka Portable Hammock Stand
            Our Docket No.: KHL-0014.IV

Dear Mr. Lin and Mr. Chen:

    My firm and I represent Kammok Holdings, LLC of Austin Texas ("Kammok") with respect to their intellectual property acquisition and enforcement matters. Kammok owns U.S. Patent 11,330,893 ("the '893 patent) which provides an adjustable footprint suspension seat frame.

    We have become aware of a Kickstarter campaign for your Anymaka Portable Hammock Stand. Based on our review of your Anymaka Portable Hammock Stand, we believe you are infringing the '893 patent. In order to directly infringe the Kammok patent, Easthills, Inc., its agents, and/or customers must make, use, or sell the device as recited in one or more of the claims of the patent. *See* 35 U.S.C. 271(a). The Anymaka Portable Hammock Stand must include each element, or its substantial equivalent recited in the claim. It is our assertion that the Anymaka Portable Hammock Stand is violating the '893 patent based on 35 U.S.C. 271(a) by implementing each and every element of at least claim 1 of the '893 patent in the Anymaka Portable Hammock Stand device and offering the Anymaka Portable Hammock Stand device for sale at least through Kickstarter at least as early as July 12, 2023.

---



Page 2

    I have attached a claim chart for your reference showing that Easthills, Inc. is implementing each and every element of at least claim 1 in the Anymaka Portable Hammock Stand as shown on Kickstarter.

    Patent infringement is a serious matter.  Further, we will actively and zealously defend Kammok's intellectual property rights, including those secured in the '893 patent and all other rights which are expressly reserved in this letter including but not limited to trade dress infringement.  Accordingly, we demand that Easthills, Inc. immediately cease and desist making, selling, or offering for sale the Anymaka Portable Hammock Stand anywhere it is made, sold, or offered for sale, including Kickstarter, whom we have copied on this letter.  Your continued use of the technology patented in the '893 patent constitutes willful infringement under the Patent Act which can subject Easthills, Inc to not only ordinary damages for the patent holder's lost profits, but enhanced treble damages based on continued willful infringement.  We will assert and recover any and all damages available if Easthills Inc.'s infringement persists.

    Kammok demands that the Kickstarter campaign for the Anymaka Portable Hammock Stand be ended no later than July 21, 2023.  We further demand, by July 21, 2023, confirmation that Easthills Inc. will comply with the demands of this letter or face a lawsuit in Federal Court for patent infringement.

    Any failure or delay in complying with these demands may compound the damages for which Easthills, Inc. is liable.  If Kammok does not receive confirmation that Easthills, Inc. will accede to Kammok's demands by the close of business on July 21, 2023, Kammok is prepared to take all steps necessary to protect its valuable intellectual property rights including litigation.

    We look forward to your response.

Best regards,

*[signature]*

Travis Banta
Loyal Intellectual Property Law

TRB
Enclosure:   U.S. Patent No. 11,330,893
                 Claim Chart

**CC: Kickstarter PBC – Mr. Yancey Strickler**