Case No. 1:23-cv-02405-SKC-TPO    Document 110-6    filed 04/10/25    USDC Colorado
Eric Lin - 1/13/2025
pg 1 of 19
Kammok Holdings, LLC vs. Easthills, Inc., et al.

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLORADO

 3

 4   KAMMOK HOLDINGS, LLC,              )
                                        )
 5           Plaintiff(s),              )
                                        )
 6                                      )Civil Action No.
        VS.                             )1:23-cv-02405-CNS-MEH
 7                                      )
                                        )
 8   EASTHILLS, INC., and DOES          )
     1-10.,                             )
 9                                      )
     Defendant(s).                      )
10   _____)

11
                      DEPOSITION OF ERIC LIN
12
                   via ZOOM VIDEOCONFERENCING
13
                 MONDAY, JANUARY 13, 2025 and
14
                   TUESDAY, JANUARY 14, 2025
15
                          AT 3:38 P.M.
16
                       HONG KONG, CHINA
17

18

19

20

21

22

23

24   Reported by:   Laurie Miller, RPR, CLR,
                    NV CCR NO. 971, CA CSR NO. 6457
25   _____
```



(702) 799-9218 | info@worldwidelit.com
Worldwide Litigation Services - Firm #104F

Page

Case No. 1:23-cv-02405-SKC-TPO    Document 110-6    filed 04/10/25    USDC Colorado
Eric Lin - 1/13/2025
pg 2 of 19
Kammok Holdings, LLC vs. Easthills, Inc., et al.

```
 1                    APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4       BY:   ERIK OLSON, ESQ.
               ANIKKA HOIDAL, ESQ.
 5             MARSHALL OLSON & HULL, P.C.
               Newhouse Building
 6             Ten Exchange Place, Suite 350
               Salt Lake City, Utah 84111
 7             801.456.7655
               eolson@mohtrial.com
 8             Ahoidal@mohtrial.com

 9
     FOR DEFENDANTS:
10
         BY:   SHAWN MANGANO, ESQ.
11             EMILY HEIM, ESQ.
               BAYRAMOGLU LAW OFFICE
12             1540 West Warm Springs Road, Suite 100
               Henderson, Nevada 89014
13             702.462.5973
               shawnmangano@bayramoglu-legal.com
14

15

16   INTERPRETER:   JANE HU,
                    Mandarin Interpreter
17

18

19

20

21

22

23

24

25
```

Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado
Eric Lin - 1/13/2025
pg 3 of 19
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1    **A    I don't quite understand that question.  The**
2    **name of the law degree?**
3      Q    Yeah.  I'm sorry for the question.
4           The reason I ask is:  Is there only one kind
5    of law degree in China?  I just don't know.
6    **A    This degree is very -- provides very basic**
7    **and comprehensive knowledge in law in China.**
8         **So, basically, we will go through and over**
9    **all the basic laws in China.**
10     Q    In order to practice law, do you need an
11   additional degree?
12   **A    Not necessarily because the degree is not a**
13   **prerequisite for being a practicing attorney.**
14     Q    Have you ever been a practicing attorney?
15   **A    No.**
16     Q    What was your employment after obtaining
17   your degree at the university?
18   **A    I went to work at an aviation company.**
19     Q    What year did you receive your degree at
20   university?
21   **A    I believe it was in 2011.**
22     Q    Until when did you work at an aviation
23   company?
24   **A    I think it was about for two years.**
25     Q    What was your employment after that?

Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado pg 4 of 19

Eric Lin - 1/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1    **A    Then I went -- start my own company as an**
2    **entrepreneur.**
3         Q    And what is the name of that company?
4    **A    At that time, even though I start my**
5    **entrepreneurship, I didn't actually start a company.**
6         **I just started to work on some eCommerce**
7    **with a partner or partners.**
8         Q    Okay.
9              And is that what you do today?
10   **A    No.  It's been ten years.  And what I've**
11   **been doing has been changing.**
12        Q    What is your employment today?
13   **A    Today I am manager of my own company.**
14        Q    And what is the name of that company?
15   **A    I have a company registered in Hong Kong,**
16   **and I also participate in shareholding with other**
17   **companies, but it's very complicated.**
18        **What specific country that you want to ask**
19   **me about, my company or companies?**
20        Q    What is the name of your company that is
21   registered in Hong Kong?
22   **A    Anymaka, Limited.  A-n-y-m-a-k-a, Limited.**
23        Q    When did you form that company, Mr. Lin?
24   **A    That, I don't remember exactly.  Probably**
25   **was about two years ago.**

Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado
pg 5 of 19

Eric Lim - 1/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1    Q    Is Anymaka, Limited, the owner of Easthills,
2    Inc.?
3    **A    (In English)  No.  (Translated)  No.**
4    Q    Who is the owner of Easthills, Inc.?
5    **A    I am one of them.  The rest I'm not in a**
6    **position to disclose.**
7    Q    Why not?
8    **A    There's no why.  Because I feel this has**
9    **little to do with what we're talking about or what**
10   **we're here for today.**
11   **And plus I will risk disclosing other**
12   **people's privacy, so I do not intend to do that.**
13        MR. OLSON:  Shawn, can you have your client
14   answer that question for me, please?
15        MR. MANGANO:  Yes.
16        Can you read the question back again?
17        MR. OLSON:  Who are the owners of Easthills,
18   Inc.?
19        MR. MANGANO:  Yeah.
20        Eric, I think that should be publicly
21   available, for the most part.
22        THE DEPONENT:  (In English)  Oh, okay.
23        MR. MANGANO:  Go ahead.
24        THE DEPONENT:  Okay.  So you ask about the
25   owner of Easthills, Inc., in the United States?

Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado
pg 6 of 19
Eric Lin - 1/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1  BY MR. OLSON:

2  Q   Yes.

3  A   **Then it's only me.**

4  Q   Is Anymaka, Limited -- strike that.  Never

5  mind.

6      What is the business of Anymaka, Limited?

7  A   **It's mainly involved in selling any products**

8  **from this brand.  Anymaka brand.**

9  Q   And does that include the hammock stand

10 product that is at issue in this case?

11 A   **Correct.**

12 Q   What is your position at Easthills, Inc.,

13 other than being the owner?

14 A   **A manager.**

15 Q   Mr. Lin, can you identify for me some of the

16 types of products -- so examples of types of products

17 that you have sold as an entrepreneur?

18     I don't need to know all of them, but can

19 you give me some examples of types of products that

20 you have sold, other than or in addition to hammock

21 products?

22 A   **The products we have managed are mostly**

23 **related to outdoor lifestyle.  For instance, like**

24 **tents, sleeping bags or blankets.**

25 Q   When did you first consider developing or

Case No. 1:23-cv-02405-SKC-TPO    Document 110-6    filed 04/10/25    USDC Colorado
Eric Lin - 1/13/2025
pg 7 of 19
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1  selling a hammock stand?

2  **A    First of all, we have been selling or**

3  **managing the business of the hammock for quite a**

4  **while, quite a long time, so we are very familiar**

5  **with products like hammock and its related products,**

6  **like accessories like hammock stands and under**

7  **quilts.**

8  **        And we also sell those -- like the mosquito**

9  **nets.  Those kinds of related products.**

10  Q    When did you first consider developing a

11  hammock stand?

12  **A    I may not be as precise as I can remember,**

13  **but it may have been four or five years ago.**

14  Q    What was your involvement in developing the

15  Anymaka hammock stand product?

16  **A    I fully participated in the developing of**

17  **the hammock stand mainly as a guidance or a guiding**

18  **position, including the direction of the design and**

19  **the -- also the highlight, the presentation of the**

20  **highlights of the product.**

21  Q    Who else was involved in the development of

22  the Anymaka product?

23  **A    Can you give me a precise definition for**

24  **"involved" or "involvement"?**

25  **        For instance, does that count as involvement**



Case No. 1:23-cv-02405-SKC-TPO    Document 110-6    filed 04/10/25    USDC Colorado
pg 8 of 19

Eric Lin - 1/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1  **if somebody just give a suggestion or an idea?**

2     Q    Good question.

3          MR. MANGANO:  Maybe primary involvement?

4          MR. OLSON:  Yeah.

5  BY MR. OLSON:

6     Q    Did you hire anyone to help you develop the

7  Anymaka hammock stand product?

8     **A    Okay.  So Ming Chen -- M-i-n-g, first name,**

9  **last name C-h-e-n, is the one that you may call to**

10 **testify tomorrow.**

11    Q    Anyone else?

12    **A    So he is the main one in regards to the**

13 **design and development of the frame of the stand.**

14         **As far as the exterior look and the color**

15 **and the position of the logo, that was handled by**

16 **another graphic designer.**

17    Q    And who is that graphic designer?

18         THE INTERPRETER:  Interpreter was trying to

19 verify the gender of the person in order to

20 accurately interpret.

21         THE DEPONENT:  So that person, actually, I

22 have never met.  We only communicated through

23 Internet.

24         And we provided some of our requirements,

25 and then she would provide some ideas or suggestions,

Case No. 1:23-cv-02405-SKC-TPO    Document 110-6    filed 04/10/25    USDC Colorado
pg 9 of 19

Eric Lin - 1/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

 1   And then we would make some visual adjustments.

 2          So, basically, I would not think that she

 3   has a higher level of participation or involvement.

 4   BY MR. OLSON:

 5       Q    But what is the person's name?

 6       **A    I really cannot remember her name, but can I**

 7   **check?  You want me to check for her name now?**

 8       Q    Maybe check on a break and I can come back

 9   and ask you if you have that handy.

10       **A    Okay.**

11          MR. MANGANO:  Eric, just make a note, and

12   when we take a break, we can look it up -- see if you

13   can find an email.

14          THE DEPONENT:  (In English)  Okay.

15   BY MR. OLSON:

16       Q    Mr. Lin, did you sell any hammock stand

17   products before the Anymaka?

18       **A    No.**

19       Q    Did you sell any of the Anymaka hammock

20   stand product before the Kickstarter Campaign?

21       **A    No.**

22       Q    Is your business selling the Anymaka hammock

23   stand today?

24       **A    Yes.**

25       Q    In developing the Anymaka hammock stand,



Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado
Eric Lin  11/13/2025
pg 10 of 19
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1   what did you do to research the product?

2       A    We would do some research, such as we would

3   collect all the product information on Amazon or any

4   other online or Internet channels.

5           We would collect the reviews or the

6   consumers' comments or reviews.  And any selling

7   points of those products, their strengths and

8   weaknesses, we will conduct investigation or research

9   in two regards:  On one hand, we would analyze those

10  brands, the products of those brands, and their pros

11  and cons or their strengths and weaknesses.

12          And on the other hand, we would also review

13  and collect the consumers' reviews and comments and

14  to find out which areas are the weaknesses.  And we

15  will combine all those information together in our

16  analysis.

17          We also would purchase offline some of those

18  products to verify whether the reviews from those

19  consumers are correct, like their weaknesses or

20  insufficient areas, whether they are what the

21  consumers commented on.

22          So this is our research methods that we have

23  done.

24      Q    Do you recall, Mr. Lin, what competitor

25  hammock stands you purchased as part of your



Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado
pg 11 of 19
Eric Lin · 11/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

 1          MR. MANGANO:  And Shawn Mangano and Emily
 2  Hein.  We represent the Defendant/Counter-claimant,
 3  and we so stipulate.
 4          THE COURT REPORTER:  Ms. Hu, I just remind
 5  you that you are under oath to translate from English
 6  to Mandarin and from Mandarin to English.
 7          THE INTERPRETER:  Yes.
 8          THE COURT REPORTER:  Mr. Lin, can you raise
 9  your right hand, please?
10          You do solemnly swear that the testimony
11  you're about to give today will be the truth, the
12  whole truth, and nothing but the truth, so help you
13  God?
14          THE DEPONENT:  Yes.
15          THE COURT REPORTER:  Thank you.
16
17                      ERIC LIN,
18            having been remotely sworn again,
19                  testifies as follows:
20
21              EXAMINATION (continued)
22  BY MR. OLSON:
23     Q    Okay.  Mr. Lin, we're resuming your
24  deposition now.
25          What products does Easthills sell?

Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado
pg 12 of 19
Eric Lin - 11/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1    **A    Easthills mainly sells tents, blankets and**
2    **some hammocks.**
3    Q    And what hammock-related products does
4    Easthills sell?
5    **A    Mainly the hammock itself.**
6    Q    And they also sell hammock stands; correct?
7    **A    The hammock stands are mainly sold by**
8    **Anymaka, while Easthills does not get involved in**
9    **sells stands.**
10    Q    Is Anymaka -- strike that.
11         When did Easthills stop selling hammock
12    stands?
13    **A    Easthills was selling hammock stands mainly**
14    **only during the Crowdfunding period or stage.**
15         **And then after that initial stage, Easthills**
16    **no longer sold stands.**
17    Q    So that would be after approximately
18    October of 2023?
19    **A    The date I would not be sure.**
20         **I just want to emphasis that subsequent**
21    **businesses were carried over by the Hong Kong company**
22    **Anymaka.**
23    Q    And does Anymaka sell hammock stands
24    throughout the world, including the United States?
25    **A    Yes.**

Case No. 1:23-cv-02405-SKC-TPO    Document 110-6    filed 04/10/25    USDC Colorado
Eric Lin 11/13/2025 pg 13 of 19
Kammok Holdings, LLC vs. Easthills, Inc., et al.

```
 1     Q    Is Anymaka registered to do business in the
 2  United States?
 3     A    The form of the business I refer to was
 4  mainly for import and export.
 5     Q    Can you just answer my question?
 6          Is Anymaka registered to do business in the
 7  United States?
 8     A    I'm not sure what is required for a company
 9  to register in order to do business in the US
10  because, like Amazon, merchants like Amazon, they
11  accept worldwide merchants to sell their products on
12  its platform and also to file taxes.
13     Q    Okay.  So let me just confirm a few things,
14  then.
15          Anymaka exports from China to the United
16  States the Anymaka hammock stand; correct?  Anymaka
17  hammock.
18     A    Not completely true.  When I said exports,
19  I'm mainly mentioning exporting to distributor or
20  distributors.
21          So those distributors could be Europe-based
22  or South America-based distributors, and they are
23  sold through the Hong Kong company.
24     Q    What distributors does Anymaka use to
25  distribute its product outside of Hong Kong?
```



Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado
Eric Lin - 11/13/2025
pg 14 of 19
Kammok Holdings, LLC vs. Easthills, Inc., et al.

```
 1     A      It should be Anymaka, Limited.

 2     Q      Which is your Hong Kong company; correct?

 3     A      Yes.

 4     Q      And then how would that product -- again,

 5   assuming I buy it here in the United States on your

 6   Website that we are seeing -- assuming I buy that

 7   product, how will it -- how will it be shipped from

 8   where it's manufactured in China to my home in the

 9   United States?

10     A      First of all, we -- before any sales, we

11   would ship our products in batches to our overseas

12   warehouse at our US partners' warehouse.

13            So once we receive orders from our Website,

14   we will instruct our overseas warehouse -- that is,

15   our US partners, their warehouse -- to ship the

16   products from there.

17     Q      And who is your overseas partner?

18     A      For instance, there is Amazon Fulfillment.

19            And, for instance, there are other much

20   smaller third-party logistics service provider or

21   providers.

22     Q      When you used the word "partner" earlier,

23   were you referring to Amazon Fulfillment or other

24   third-party logistics providers?

25     A      All of them.
```



Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado
pg 15 of 19
Eric Lin  11/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

 1      Q   Does Easthills have any involvement in the
 2   distribution of your products in the United States?
 3      **A   Only in the early stage, during the**
 4   **Crowdfunding stage, we used American companies to**
 5   **import the Chinese products.**
 6           **But later we streamlined to use the Hong**
 7   **Kong company as the link to make these happen.**
 8      Q   Okay.  Thank you for that explanation.  I
 9   think I understand now.
10           Okay.  Let me show you some correspondence.
11   Okay.  I'm showing you what we will mark as
12   Exhibit 8.
13           (Exhibit 8 was marked; attached
14           hereto.)
15   BY MR. OLSON:
16      Q   This is a July 13, 2023, letter from Travis
17   Banta to Eric Lin and Wang Chen (indicating).
18           Do you recognize this letter, Mr. Lin?
19      **A   (In English)  Can you scroll down a little**
20   **bit?  (Translated)  Can you scroll down?**
21           (In English)  Okay.  Yes.  (Translated)
22   Yes.  I do recognize it.
23      Q   Do you recall that Mr. Banta included with
24   this letter a copy of the '893 patent that we looked
25   at yesterday?



Case No. 1:23-cv-02405-SKC-TPO    Document 110-6    filed 04/10/25    USDC Colorado
Eric Lin    11/13/2025
pg 16 of 19
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1    **A    Yes.**

2    Q    And he also included a claim chart?

3    Do you remember him including that?

4    **A    Yes.**

5    Q    Was that the first time that you recall

6  seeing the '893 patent?

7    **A    Correct.**

8    Q    Mr. Banta demanded in his letter that the

9  Kickstarter Campaign be ended?

10    Do you see that?

11    **A    Yes.  I see that.**

12    Q    And he also demanded that Easthills

13  immediately cease and desist making, selling or

14  offering for sale the Anymaka portable hammock stand?

15    Do you remember that?

16    **A    Yes.  I see that.**

17    Q    Did Easthills comply with any of the demands

18  of Mr. Banta's letter?

19    **A    We didn't, as we did not believe that his**

20  **demand or request was grounded.  That's why we didn't**

21  **comply.**

22    Q    Now I'm showing what you has been marked as

23  Exhibit 9 (indicating).

24    (Exhibit 9 was marked; attached

25    hereto.)

Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado
pg 17 of 19
Eric Lin - 11/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1  **function is to continue to sell after Kickstart ends.**

2  **So when Kickstart ends, then all the sales**

3  **can be transferred to the Indiegogo to continue to**

4  **sell.**

5  Q   So before Indiegogo, when you had the

6  Kickstarter Campaign and it was down, your company

7  did sell some hammock stands directly to consumers;

8  correct?

9  THE INTERPRETER:  Counsel, could you repeat

10 the first part?  When or after?

11 BY MR. OLSON:

12 Q   Before Indiegogo, during the Kickstarter

13 campaign but while it was down, your company sold

14 hammock stands directly to consumers; correct?

15 **A   Yes.**

16 Q   And then just to confirm, after the

17 Kickstarter program was completed on October 20th,

18 your company proceeded to sell using Indiegogo; is

19 that correct?

20 **A   Correct.**

21 Q   And during what time period did you use

22 Indiegogo to sell the hammock stand?

23 **A   The specific dates I would not remember, but**

24 **what I can say is, usually after Kickstart starts and**

25 **ends, based on the common practice, the sales will be**



Case No. 1:23-cv-02405-SKC-TPO   Document 110-6   filed 04/10/25   USDC Colorado pg 18 of 19
Eric Lin - 11/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1  **transferred to Indiegogo to continue the sales.**

2  **So I would say immediately after the end of**

3  **the Kickstart Campaign, Indiegogo -- the products**

4  **start to be sold through Indiegogo.**

5  Q   And do you recall for how long you used

6  Indiegogo, approximately?

7  **A   Theoretically, Indiegogo can continue to**

8  **sell to whenever.**

9  **So if you want to purchase on Indiegogo,**

10 **theoretically you can do so too now.**

11 Q   I'm showing you a document that you

12 produced, EASTHILLS 55 (indicating).

13 MR. OLSON:  And we will mark this as

14 Exhibit 12.

15 (Exhibit 12 was marked; attached

16 hereto.)

17 BY MR. OLSON:

18 Q   Can you tell me what this document is?

19 **A   This is the dashboard of Kickstarter's back**

20 **office.**

21 Q   And is this the dashboard at the end of the

22 campaign?

23 **A   It looks like you can see those updating**

24 **numbers throughout the campaign, and you don't have**

25 **to necessarily wait until the end of the campaign to**



Case No. 1:23-cv-02405-SKC-TPO    Document 110-6    filed 04/10/25    USDC Colorado
pg 19 of 19
Eric Lin    11/13/2025
Kammok Holdings, LLC vs. Easthills, Inc., et al.

1  see those numbers.  You can see them -- and from here

2  you can also see the campaign starting date was

3  July 12th of '23; ending date was October 16th of

4  '23.

5         So these dates are more accurate than what I

6  have told you earlier.

7     Q    Thank you.  That's helpful.

8         It appears that this particular screenshot

9  is at the end of the campaign, because it says, "Zero

10 seconds to go"; is that correct?

11    A    This particular screenshot was -- this

12 particular screenshot captured the moment when --

13 after the campaign ended.

14         However, this page exists throughout the

15 whole campaign and it will show how many days left.

16 Like 50 days to go, ten days to go, et cetera.

17    Q    Okay.  Great.

18         MR. OLSON:  All right.  Let's take a break,

19 and can we go off the record?

20         THE COURT REPORTER:  Yes, sir.

21         (A break was taken from 4:14 p.m.

22          to 4:31 p.m.)

23

24     (Pages 92-123 are in a separate transcript

25     labeled "Attorneys' Eyes Only.")