**Dominic Shaw**

**From:** Erik Olson
**Sent:** Tuesday, April 1, 2025 7:32 AM
**To:** Dominic Shaw
**Subject:** FW: Kammok-Easthills

**Erik A. Olson**
Attorney at Law

marshallolson&hull
TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
eolson@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact eolson@mohtrial.com by reply email and destroy all copies of the original message.

---

**From:** William Brees <William@bayramoglu-legal.com>
**Date:** Thursday, March 6, 2025 at 7:52 PM
**To:** Erik Olson <eolson@mohtrial.com>, Anikka Hoidal <ahoidal@mohtrial.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>, Reid J. Allred <Reid@cambridgelaw.com>, Doug Marsh <doug@cambridgelaw.com>, Emily Heim <Emily@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills







Admissions: Florida

1540 West Warm Springs Road, Suite 100,
Henderson, NV 89014
(702) 462-5973
www.bayramoglu-legal.com

EVERY PERSON WHO WALKS THROUGH OUR DOOR IS IMPORTANT TO US

---

**From:** Erik Olson <eolson@mohtrial.com>
**Date:** Thursday, March 6, 2025 at 6:32 PM
**To:** William Brees <William@bayramoglu-legal.com>, Anikka Hoidal <ahoidal@mohtrial.com>

**Cc:** Litigation <litigation@bayramoglu-legal.com>, Reid J. Allred <Reid@cambridgelaw.com>, Doug Marsh <doug@cambridgelaw.com>, Emily Heim <Emily@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills

[redacted]

[redacted]

[redacted]

**Erik A. Olson**
Attorney at Law

marshallolson&hull TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
eolson@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact eolson@mohtrial.com by reply email and destroy all copies of the original message.

---

**From:** William Brees <William@bayramoglu-legal.com>
**Date:** Thursday, March 6, 2025 at 2:42 PM
**To:** Erik Olson <eolson@mohtrial.com>, Anikka Hoidal <ahoidal@mohtrial.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>, Reid J. Allred <Reid@cambridgelaw.com>, Doug Marsh <doug@cambridgelaw.com>, Emily Heim <Emily@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills

[redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]

[redacted]

[redacted]



WILLIAM "BILL" BREES
Attorney-at-Law

Admissions: Florida




1540 West Warm Springs Road, Suite 100,
Henderson, NV 89014
(702) 462-5973
www.bayramoglu-legal.com

EVERY PERSON WHO WALKS THROUGH OUR DOOR IS IMPORTANT TO US

---

**From:** Erik Olson <eolson@mohtrial.com>
**Date:** Wednesday, February 26, 2025 at 4:56 PM
**To:** William Brees <William@bayramoglu-legal.com>, Anikka Hoidal <ahoidal@mohtrial.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>, Reid J. Allred <Reid@cambridgelaw.com>, Doug Marsh <doug@cambridgelaw.com>, Emily Heim <Emily@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills

**Erik A. Olson**
Attorney at Law

marshallolson&hull
TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
eolson@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact eolson@mohtrial.com by reply email and destroy all copies of the original message.

---

**From:** William Brees <William@bayramoglu-legal.com>
**Date:** Wednesday, February 26, 2025 at 1:59 PM
**To:** Erik Olson <eolson@mohtrial.com>, Anikka Hoidal <ahoidal@mohtrial.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>, Reid J. Allred <Reid@cambridgelaw.com>, Doug Marsh <doug@cambridgelaw.com>, Emily Heim <Emily@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills







Admissions: Florida

1540 West Warm Springs Road, Suite 100,
Henderson, NV 89014
(702) 462-5973
www.bayramoglu-legal.com

EVERY PERSON WHO WALKS THROUGH OUR DOOR IS IMPORTANT TO US

**From:** Erik Olson <eolson@mohtrial.com>
**Date:** Wednesday, February 26, 2025 at 3:03 PM
**To:** William Brees <William@bayramoglu-legal.com>, Anikka Hoidal <ahoidal@mohtrial.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>, Reid J. Allred <Reid@cambridgelaw.com>, Doug Marsh <doug@cambridgelaw.com>, Emily Heim <Emily@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills

**Erik A. Olson**
Attorney at Law

marshallolson&hull
TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
eolson@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact eolson@mohtrial.com by reply email and destroy all copies of the original message.

---

**From:** William Brees <William@bayramoglu-legal.com>
**Date:** Wednesday, February 26, 2025 at 8:50 AM
**To:** Anikka Hoidal <ahoidal@mohtrial.com>, Erik Olson <eolson@mohtrial.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>, Reid J. Allred <Reid@cambridgelaw.com>, Doug Marsh <doug@cambridgelaw.com>, Emily Heim <Emily@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills







Admissions: Florida

1540 West Warm Springs Road, Suite 100,
Henderson, NV 89014
(702) 462-5973
www.bayramoglu-legal.com

EVERY PERSON WHO WALKS THROUGH OUR DOOR IS IMPORTANT TO US

---

**From:** Anikka Hoidal <ahoidal@mohtrial.com>
**Date:** Friday, January 24, 2025 at 4:30 PM
**To:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>, Emily Heim <Emily@bayramoglu-legal.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>, Erik Olson <eolson@mohtrial.com>, Reid J. Allred <Reid@cambridgelaw.com>, Doug Marsh <doug@cambridgelaw.com>
**Subject:** Re: Kammok-Easthills

[redacted]

[redacted]

[redacted]

**Anikka T. Hoidal**
Attorney at Law

marshallolson&hull
TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
ahoidal@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact ahoidal@mohtrial.com by reply email and destroy all copies of the original message.

---

**From:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>
**Date:** Friday, January 24, 2025 at 12:36 PM
**To:** Anikka Hoidal <ahoidal@mohtrial.com>, Emily Heim <Emily@bayramoglu-legal.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>, Erik Olson <eolson@mohtrial.com>
**Subject:** Re: Kammok-Easthills

[redacted]

[redacted]

[redacted]

[redacted]




SHAWN MANGANO
Attorney-at-Law
Admissions: Nevada, California, and Illinois

---

**From:** Anikka Hoidal <ahoidal@mohtrial.com>
**Sent:** Friday, January 24, 2025 9:19 AM
**To:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>; Emily Heim <Emily@bayramoglu-legal.com>
**Cc:** Litigation <litigation@bayramoglu-legal.com>; Erik Olson <eolson@mohtrial.com>
**Subject:** Re: Kammok-Easthills

[redacted]

[redacted]

[redacted]

**Anikka T. Hoidal**
Attorney at Law

marshallolson&hull
TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
ahoidal@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact ahoidal@mohtrial.com by reply email and destroy all copies of the original message.

---

**From:** Erik Olson <eolson@mohtrial.com>
**Date:** Wednesday, January 22, 2025 at 3:16 PM
**To:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>
**Cc:** Emily Heim <Emily@bayramoglu-legal.com>, Anikka Hoidal <ahoidal@mohtrial.com>, Litigation <litigation@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills



**Erik A. Olson**
Attorney at Law




Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
eolson@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact eolson@mohtrial.com by reply email and destroy all copies of the original message.

---

**From:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>
**Date:** Monday, January 20, 2025 at 5:51 PM
**To:** Erik Olson <eolson@mohtrial.com>
**Cc:** Emily Heim <Emily@bayramoglu-legal.com>, Anikka Hoidal <ahoidal@mohtrial.com>, Litigation <litigation@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills



**From:** Erik Olson <eolson@mohtrial.com>
**Sent:** Monday, January 20, 2025 11:27 AM
**To:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>
**Cc:** Emily Heim <Emily@bayramoglu-legal.com>; Anikka Hoidal <ahoidal@mohtrial.com>; Litigation <litigation@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills



**Erik A. Olson**
Attorney at Law

marshallolson&hull
TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
eolson@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact eolson@mohtrial.com by reply email and destroy all copies of the original message.

---

**From:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>
**Date:** Monday, January 20, 2025 at 10:09 AM
**To:** Erik Olson <eolson@mohtrial.com>
**Cc:** Emily Heim <Emily@bayramoglu-legal.com>, Anikka Hoidal <ahoidal@mohtrial.com>, Litigation <litigation@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills




Attorney-at-Law

Admissions: Nevada, California, and Illinois

---

**From:** Erik Olson <eolson@mohtrial.com>
**Sent:** Saturday, January 18, 2025 11:57 AM
**To:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>
**Cc:** Emily Heim <Emily@bayramoglu-legal.com>; Anikka Hoidal <ahoidal@mohtrial.com>; Litigation <litigation@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills



**Erik A. Olson**
Attorney at Law

marshallolson&hull
TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656

eolson@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact eolson@mohtrial.com by reply email and destroy all copies of the original message.

**From:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>
**Date:** Friday, January 17, 2025 at 8:00 AM
**To:** Erik Olson <eolson@mohtrial.com>
**Cc:** Emily Heim <Emily@bayramoglu-legal.com>, Anikka Hoidal <ahoidal@mohtrial.com>, Litigation <litigation@bayramoglu-legal.com>
**Subject:** Re: Kammok-Easthills










Attorney-at-Law

Admissions: Nevada, California, and Illinois

**From:** Erik Olson <eolson@mohtrial.com>
**Sent:** Thursday, January 16, 2025 6:05 AM
**To:** Shawn Mangano <Shawnmangano@bayramoglu-legal.com>
**Cc:** Emily Heim <Emily@bayramoglu-legal.com>; Anikka Hoidal <ahoidal@mohtrial.com>
**Subject:** Kammok-Easthills

Shawn:

Following depositions from this week, we have several matters that merit prompt discussion, including:

- [redacted]
- Amendment of the complaint to add Anymaka Ltd.
- [redacted]

You may have other topics as well, but in light of the fast-approaching fact discovery cutoff, we need to have a discussion right away. I'm tied up today in meetings until about 2 p.m. PT. Let me know if you have time later this afternoon for a call. Thanks, Shawn.

Erik

**Erik A. Olson**
Attorney at Law

marshallolson&hull
TRIAL LAWYERS

Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
Telephone: (801) 456-7655
Facsimile: (801) 456-7656
eolson@mohtrial.com
www.mohtrial.com

This e-mail message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact eolson@mohtrial.com by reply email and destroy all copies of the original message.