IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1-10,

    Defendants.

**DECLARATION OF EMILY HEIM IN SUPPORT OF DFENDANT EASTHILLS, INC.'S OPPOSITION TO PLAINTIFF'S KAMMOK HOLDING, LLC'S SECOND MOTION FOR LEAVE TO AMEND COMPLAINT**

I, Emily Heim, of the City of Tampa, in the State of Florida, declare as follows:

1. I am an attorney at law, duly admitted to practice before, among other courts, all federal and state courts within the State of Florida and the United States District Court for the District of Colorado. I am one of the attorneys for Defendant Easthills, LLC ("Easthills") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of Easthills' Opposition to Plaintiff Kammok Holding, LLC's Second Motion for Leave to Amend Complaint (the "Opposition"), which argues that Plaintiff Kammok Holdings, LLC's ("Kammok"), request for leave to amend its Complaint for a second time should be denied due to unduly delay and prejudice to Easthills.

3. On April 28 2025, I went to https://web.archive.org/ (the "Wayback Machine") and searched for 'https://anymaka.com/contact-us/' (the "Contact Us Page") on www.anymaka.com

(the "Website") and found an archive for the Contact Us Page from December 8, 2023. Attached hereto as **Exhibit A** is a true and correct print to pdf copy of the Contact Us Page from the Website downloaded on the Wayback Machine.

4. On August 2, 2024, Easthills served discovery Bates labeled EASTHILLS_000413-EASTHILLS_001032. EASTHILLS_000461 is an invoice dated June 21, 2024 from Molecula Agency LLC to Anymaka Limited. EASTHILLS_000462 is an invoice dated April 11, 2024 from Molecula Agency LLC to Anymaka Limited. Attached hereto as **Exhibit B** is a true and correct copy of EASTHILLS_000461 and EASTHILLS_00462 that was served upon Kammok on August 2, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 28, 2025

By: */s/ Emily Heim*
Emily Heim (FL Bar No. 1015867)
**BAYRAMOGLU LAW OFFICES LLC**