# Exhibit A

 

0

# Contact Us

## Customer Support

Please always feel welcome to talk to our team members by Messaging us via  Instagram  or  Facebook.

## Email Address:

If we don't get back to you in time on social media, you can contact our email  hi@anymaka.com, and we will get back to you within 48 working hours.

## USA Address:

6547 N Academy Blvd, Colorado Springs, CO 80918, United States

## HK Address:

FLAT 1512, 15/F, LUCKY CENTER, NO.165-171 WAN CHAI ROAD, WAN CHAI, HONG KONG

**FOLLOW US**

Unwind anywhere, anytime with anymaka.

**SUPPORT**

About anymaka

Warranty

Contact Information

**SUBSCRIBE FOR OUR LATEST NEWS, BEST DEALS, AND MORE.**

Email

**SUBSCRIBE**

**FOLLOW US**

Unwind anywhere, anytime with anymaka.



PRIVACY POLICY    TERMS OF SERVICE    REFUND POLICY

Copyright 2023 © **anymaka**