# Exhibit B

FROM :

**COMPANY NAME:** MOLECULA AGENCY LLC
**NAME:** ANDRIY ZVIR
**EMAIL:** andy.zvir@gmail.com
**PHONE:** +1 9253501846
**COMPANY ADDRESS:** 3323 S LA CIENEGA BLVD APT 635 LOS ANGELES, CA 90016, UNITED STATES
**ACCOUNT NUMBER:** ▮▮▮▮▮▮
**ROUTING NUMBER:** ▮▮▮▮▮▮
**NAME OF THE BANK:** JPMORGAN CHASE BANK, N.A., 383 MADISON AVENUE, NEW YORK, United States
**BIC /SWIFT CODE:** CHASUS33

TO:

**COMPANY NAME:** ANYMAKA LIMITED
**NAME:** 林曦
**EMAIL:** ericlin@anymaka.com
**PHONE:** +86 18695683649
**COMPANY ADDRESS:** FLAT 721, 7/F, LIVEN HOUSE, NO.61-63 KING YIP STREET, KWUN TONG, KOWLOON, HONG KONG

Invoice 06.21.2024

Date: 06.21.2024

| | PROJECT | | AMOUNT |
|---|---|---|---|
| | ANYMAKA UGC VIDEOS AND PHOTOS FINAL PAYMENT | | $10,000 USD |
| | Total: | | $10,000 USD |

_____/Andriy Zvir

**FROM :**

**COMPANY NAME:** MOLECULA AGENCY LLC
**NAME:** ANDRIY ZVIR
**EMAIL:** andy.zvir@gmail.com
**PHONE:** +1 9253501846
**COMPANY ADDRESS:** 3323 S LA CIENEGA BLVD APT 635 LOS ANGELES, CA 90016, UNITED STATES
**ACCOUNT NUMBER:** ▇▇▇▇▇▇
**ROUTING NUMBER:** ▇▇▇▇▇▇
**NAME OF THE BANK:** JPMORGAN CHASE BANK, N.A., 383 MADISON AVENUE, NEW YORK, United States
**BIC /SWIFT CODE:** CHASUS33


**TO:**

**COMPANY NAME:** ANYMAKA LIMITED
**NAME:** 林曦
**EMAIL:** ericlin@anymaka.com
**PHONE:** +86 18695683649
**COMPANY ADDRESS:** FLAT 721, 7/F, LIVEN HOUSE, NO.61-63 KING YIP STREET, KWUN TONG, KOWLOON, HONG KONG


## Invoice 04.11.2024

### Date: 04.11.2024

|   | PROJECT |   | AMOUNT |
|---|---------|---|--------|
|   | ANYMAKA UGC VIDEOS AND PHOTOS PREPAYMENT |   | $12,275 USD |
|   | Total: |   | $12,275 USD |

　/Andriy Zvir

EASTHILLS_000462