IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02405-SKC-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1-10,

    Defendants.

**DEFENDANT EASTHILLS, INC.'S RESPONSES TO PLAINTIFF KAMMOK HOLDINGS, LLC'S SECOND SET OF WRITTEN DISCOVERY REQUESTS**

Pursuant to Federal Rules of Civil Procedure 33 and 34, Defendant EASTHILLS, INC. ("Defendant"), by and through its counsel, the Bayramoglu Law Offices, LLC, hereby responds to Plaintiff KAMMOK HOLDINGS, LLC's ("Plaintiff") Fourth Set of Written Discovery Requests; Interrogatory 11 and Requests for Production 13 and 14, dated July 3, 2024 (the "Plaintiff's Fourth Set of Discovery Requests"), as follows:

**PRELIMINARY STATEMENTS**

Defendant provides these responses without waiving any objections, including any objections that may be raised at trial, in other proceedings, or in response to other discovery requests in this action or any other action. Defendant's investigation of this lawsuit is ongoing, and Defendant reserves the right to supplement their objections and responses as appropriate under the Federal and Local Rules.

Any documents, information, or tangible things identified below have been or will be produced solely for the purpose of this action and may not be used in any other action. For all documents, information, and tangible things produced, Defendant reserves their right to interpose at trial or in any other proceeding in this or any other action all objections to competence, authenticity, relevance, materiality, propriety, admissibility and any and all other objections that would exclude said materials from evidence, impeachment, or other consideration.

Moreover, by agreeing to provide information responsive to a particular interrogatory, request for production, or request for admission, Defendant does not admit the relevance or admissibility of the information provided. Nothing contained in any response herein shall be deemed an admission, concession, or waiver by Defendant as to the relevance, materiality, or admissibility of any information provided in response to the interrogatory, request for production, or request for admission.

The following responses are based on a reasonable search of locations where responsive materials would likely to be found as of the date of this response. Further discovery, independent investigation, and analysis may supply additional facts or add meaning to known facts, or establish entirely new factual conclusions and legal contentions, any of which may lead to additions, changes to, or variations from the information herein set forth.

Discovery is ongoing in this action, and Defendant has not completed discovery or its investigation into the parties' claims and defenses. Defendant therefore

DEFENDANT'S RESPONSES TO PLAINTIFF'S        CASE NO. 1: 23-cv-02405-SKC-MEH
FOURTH SET OF WRITTEN DISCOVERY

responds to these interrogatories and requests for production based upon information in their possession after diligent inquiry at the time of preparation of these responses. Defendant reserves the right to amend, supplement, and/or correct their objections or responses as additional information becomes available to Defendant in the course of discovery and its on-going investigation.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 11:**

Identify the gross revenue, net profit, profit margins, and fixed and variable costs attributable to the Anymaka on a monthly basis since January 2023.

**RESPONSE TO INTERROGATORY NO.11:**

Easthills objects to this request on the basis that it is unduly burdensome as it would take many months and extensive manhours for Easthills to collect the necessary data, documents, and to perform the complex calculations required to come to an accurate answer. Notwithstanding this objection, Easthills does not have exact answers to this request as the Anymaka is just one of many of Easthills' projects. In addition to the information already provided, Easthills is producing further business records which contain information sufficient to respond to this interrogatory pursuant to Federal Rule of Civil Procedure 33(d).

## RESPONSES TO REQUESTS FOR PRODUCTION

## REQUEST FOR PRODUCTION NO. 13:

Produce all documents sufficient to show the gross revenue, net profit, profit margins, and fixed and variable costs attributable to the Anymaka on a monthly basis since January 2023.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

Defendant agrees to produce all non-privilege, responsive materials in response to this request that are in Defendant's possession, custody, or control. As discovery is still ongoing, Defendant reserves its right to supplement this response. *See* EASTHILL_S000489 - 0001032.

## REQUEST FOR PRODUCTION NO. 14:

Produce all documents supporting the damages calculated in EASTHILLS_000088-000090.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

Defendant agrees to produce all non-privilege, responsive materials in response to this request that are in Defendant's possession, custody, or control. As discovery is still ongoing, Defendant reserves its right to supplement this response. *See* EASTHILLS_000413 - 000488.

DATED: August 2, 2024                    Respectfully submitted,

*/s/ Shawn A. Mangano*
SHAWN A. MANGANO, ESQ.
shawnmangano@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973

## CERTIFICATE OF SERVICE

I, hereby certify that this 2nd day of August 2024, a true correct copy of the foregoing **DEFENDANT EASTHILLS, INC.'S RESPONSES TO PLAINTIFF KAMMOK HOLDINGS, LLC'S FOURTH SET OF DISCOVERY REQUESTS** was served by electronic mail, on the following counsel of record:

Reid J. Allred
Douglas N. Marsh
Cambridge Law, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
reid@cambridgelawcolorado.com
doug@cambridgelawcolorado.com

Erik A. Olson
Dominic W. Shaw
Marshall Olson & Hull, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
eolson@mohtrial.com
dshaw@mohtrial.com

By: */s/ Heather Ikerd*
Heather Ikerd, Paralegal
Bayramoglu Law Offices LLC