# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-CNS-MEH

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## JOINT STIPULATION REGARDING CLAIM TERMS

The parties hereby provide notice to the Court that they have come to an agreement on seven of the remaining ten disputed claims terms that are the subject of the May 14, 2025 patent claim construction hearing.

On June 6, 2024, the parties filed a Joint Disputed Claim Terms Chart, which included 15 disputed claim terms. (ECF No. 63). On July 5, 2024, the parties filed their opening claim construction briefs. (ECF Nos. 64, 65). After filing their opening claim construction briefs, the parties mutually agreed on the construction of five of the fifteen disputed terms. *See* (ECF No. 69 at 1–2). The previously stipulated terms are: "Engages", "Pinholes", "Anchor", "Side Clip", and "Side Clip Including a First Anchor".

Pursuant to ongoing conferral and discovery efforts by the parties, plaintiff and defendant have stipulated to the following previously disputed claim terms:

| Agreed Term | Claim No. | Stipulated Construction |
|---|---|---|
| "Footprint Adjustment Bar" | 1, 2, 4, 5, 6, 7, 17, 19 | Plain and ordinary meaning |
| "Cradle" | 1, 14 | Plain and ordinary meaning |
| "Backside of the First Cantilever Arm" | 1, 16 | Plain and ordinary meaning |
| "Detachably Attaching" | 2 | Plain and ordinary meaning |
| "Telescopically" | 5 | Plain and ordinary meaning |
| "Connecting | 1 | Plain and ordinary meaning |
| "Compressible Bushing" | 3,4 | Plain and ordinary meaning |

The parties believe that this stipulation will promote greater efficiency for the Court and all parties. Pursuant to this stipulation, together with the previously stipulated terms, the only <u>terms still in dispute</u> are: (1) "Cantilever Arm", (2) "Inside Surfaces", and (3) "Backside". Thus, at the May 14, 2025 claim construction hearing, the parties will focus their respective arguments on the three remaining, disputed terms.

DATED this 15th day of May, 2025.

BY:  /s/ Dominic W. Shaw                    /s/ William Brees
                                                   (Signed with permission)

| | |
|---|---|
| Reid J. Allred | William Brees (FL Bar No. 98886) |
| Douglas N. Marsh | williamo@bayramoglu-legal.com |
| CAMBRIDGE LAW, LLC | Emily M. Heim (FL Bar No. 1015867) |
| 4610 South Ulster Street, Suite 150 | emily@bayramoglu-legal.com |
| Denver, Colorado 80237 | Nihat Deniz Bayramoglu (NV Bar No. 14030) |
| 303.488.3338 | deniz@bayramoglu-legal.com |
| reid@cambridgelawcolorado.com | BAYRAMOGLU LAW OFFICES LLC |
| doug@cambridgelawcolorado.com | 1540 West Warm Springs Road Ste 100 |
| | Henderson, NV 89014 |
| Erik A. Olson | Telephone: 702.462.5973 |
| eolson@mohtrial.com | Facsimilie: 702.553.3404 |
| Anikka T. Hoidal | *Attorneys for Defendant* |
| ahoidal@mohtrial.com | |
| Dominic W. Shaw | |
| dshaw@mohtrial.com | |
| MARSHALL OLSON & HULL, P.C. | |
| Newhouse Building | |
| Ten Exchange Place, Suite 350 | |
| Salt Lake City, Utah 84111 | |
| 801.456.7655 | |

*Attorneys for Plaintiff*

3