IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC., and DOES 1–10.

    Defendants

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to the Court's scheduling order (the "Scheduling Order") (ECF No. 17) and D.C.COLO.LCivR 6.1(b), plaintiff Kammok Holdings, LLC ("Kammok") submits the following unopposed motion for an extension of the fact discovery deadlines solely for the purposes of accommodating the availability of two non-party witnesses to appear at previously noticed depositions. The parties seek a twenty-four-day extension of the fact discovery deadline, with all expert discovery deadlines and dispositive motions deadline to follow. This would move the relevant deadlines to:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Fact discovery deadline | May 27, 2025 | June 20, 2025 |
| Affirmative expert designation deadline | July 8, 2025 | August 1, 2025 |
| Rebuttal expert designation deadline | August 19, 2025 | September 12, 2025 |
| Expert discovery deadline | September 18, 2025 | October 12, 2025 |

| | | |
|---|---|---|
| Dispositive motions deadline | October 21, 2025 | November 14, 2025 |

The parties have been diligent in pursuing discovery but require additional time to complete depositions of two non-party fact witnesses—one of whom is not available until late June—prior to the close of fact discovery. The parties believe that a twenty-four-day extension will allow sufficient time to take the above-described depositions.

Additionally, plaintiff Kammok Holdings, LLC's second motion to amend (ECF no. 110) is fully briefed. If granted, the motion will likely create the need for additional fact discovery. The requested twenty-four-day extension provides the additional benefit of maintaining the status quo pending the Court's decision on the motion to amend.

The parties previously sought and received four extensions of fact discovery. *See* ECF Nos. 74, 76 (sixty-day extension); 88, 90 (ninety-day extension); 96, 98 (thirty-day extension); 103, 105 (ninety-day extension).

Pursuant to Local Rule 6.1(c), counsel certifies that this motion is being contemporaneously served upon counsel's client, Kammok Holdings, LLC.

DATED this 19th day of May, 2025.

        BY:   /s/ Dominic W. Shaw

Reid Allred
reid@cambridgelaw.com
Douglas Marsh
doug@cambridgelaw.com
CAMBRIDGE LAW, LLC
4610 South Ulster Street, Suite 150
Denver, Colorado 80237
303.488.3338

Erik A. Olson
eolson@mohtrial.com
Dominic W. Shaw
dshaw@mohtrial.com
MARSHALL OLSON & HULL, P.C.
Newhouse Building
Ten Exchange Place, Suite 350
Salt Lake City, Utah 84111
801.456.7655

*Attorneys for Plaintiff*

3