IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02405-SKC-TPO

KAMMOK HOLDINGS, LLC,

    Plaintiff,

v.

EASTHILLS, INC. and
DOES 1-10,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 21, 2025.**

For good cause shown, Plaintiff's Unopposed Motion to Extend Discovery Deadlines [ECF 116] is **granted**. The Court **modifies** the Scheduling Order at ECF 105 as follows:

| Deadline | Date |
| --- | --- |
| Fact discovery deadline | June 20, 2025 |
| Affirmative expert designation deadline | August 1, 2025 |
| Rebuttal expert designation deadline | September 12, 2025 |
| Expert discovery deadline | October 12, 2025 |
| Dispositive motions deadline | November 14, 2025 |